UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No: 3:24-cv-00820<br><br>JUDGE SHELLY D. DICK |
| V. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| **MEMBERS OF CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Civil Rule 7.1,

Defendants, Cora Texas Growers and Harvesters Agricultural Association, Inc. and Cora Texas Manufacturing Company, LLC ("Defendants") provide the following information.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Plaintiffs: Ernesto Jiminez-Gonzalez, Jose Alberto Torres-Martinez
Plaintiffs' Counsel:  Daniel Davis, Estes Davis Law, LLC
Plaintiffs' Counsel:  Dawson Morton
Plaintiffs' Counsel:  James M. Knoepp
Defendants:  Cora Texas Growers and Harvesters Agricultural Association, Inc., Cora Texas Manufacturing Company, LLC (and their members).
Defendants' Counsel:  Brandon Davis, Phelps Dunbar, LLP
Defendants' Counsel:  Caroline Perlis, Phelps Dunbar, LLP

 

       */s/ Brandon Davis*
       Brandon Davis (La Bar #29823)
       Caroline Perlis (La Bar#40905)