UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC,<br><br>Defendants. | Case No. 3:24-cv-00820-SDD-RLB |

**MOTION FOR ATTORNEY DAWSON MORTON
TO APPEAR AS VISITING ATTORNEY**

Pursuant to Local Civil Rule 83(b)(8) the undersigned hereby moves for permission for his co-counsel, Dawson Morton, to appear in this matter as a visiting attorney. Mr. Morton is a member in good standing of the U.S. District Court for the Northern District of California. This motion is supported by the attached declaration of Mr. Morton.

Dated:   November 4, 2024            Respectfully submitted,

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com