# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Dawson Morton

Bar Number 320811

was duly admitted to practice in this Court on April 23, 2019, and is in good standing as a member of the bar of this Court.



Signed on October 28, 2024 by

*Mark B. Busby*

Mark B. Busby, Clerk of the Court