UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

_____ )
ERNESTO JIMENEZ-GONZALEZ and )
JOSE ALBERTO TORRES-MARTINEZ, )
ON BEHALF OF THEMSELVES AND ALL )
OTHERS SIMILARLY SITUATED, )   Case No. 3:24-cv-00820-SDD-RLB
 )
    Plaintiffs, )
 )
v. )
 )
CORA TEXAS GROWERS AND )
HARVESTERS AGRICULTURAL )
ASSOCIATION, INC. and CORA TEXAS )
MANUFACTURING COMPANY, LLC, )
 )
    Defendants. )
_____)

**ORDER**

CONSIDERING the foregoing Motion for Attorney Dawson Morton to Appear as Visiting Attorney:

IT IS HEREBY ORDERED that Dawson Morton be and is hereby permitted to appear in this matter as a visiting attorney.

Baton Rouge, Louisiana this _____ day of November, 2024

_____
**JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**