## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No:  3:24-cv-00820<br><br>**JUDGE SHELLY D. DICK** |
| V. | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

### MOTION FOR ATTORNEY JENNIFER CLEWIS THOMAS TO APPEAR AS VISITING ATTORNEY

Pursuant to Local Civil Rule 83(b)(8) the undersigned hereby moves for permission for his co-counsel, Jennifer Clewis Thomas, to appear in this matter as a visiting attorney. Ms. Thomas is a member in good standing of the highest court in the state of Texas. This motion is supported by the attached declaration of Ms. Clewis.

Dated:  December 2 , 2024

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Brandon Davis*
Brandon Davis (La Bar #29823)
Caroline Perlis (La Bar#40905)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130