# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No: 3:24-cv-00820<br><br>**JUDGE SHELLY D. DICK** |
| V. | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

## DECLARATION OF JENNIFER CLEWIS THOMAS

Pursuant to 28 U.S.C. § 1746, Jennifer Clewis Thomas declares and states as follows:

1. I am a member in good standing of the State Bar of Texas. A copy of the good standing from the Clerk of the Texas Supreme Court is attached to this Declaration.

2. I am co-counseling this matter with Brandon Davis, Caroline Perlis, and Marcellus D. Chamberlain of Phelps Dunbar, LLP. We represent the Defendants Cora Texas Growers and Harvesters Agricultural Association Inc., and Cora Texas Manufacturing Company, LLC.

3. No disciplinary proceedings or criminal charges have been instituted against me.

4. I do solemnly affirm that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law and that I will support the Constitution of the United States.

5. I declare under penalty of perjury that the foregoing statements are true and correct.

Date: <u>December 2, 2024</u>

                                       */s/ Jennifer Clewis Thomas*
                                       **Jennifer Clewis Thomas**