UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No: 3:24-cv-00820<br><br>JUDGE SHELLY D. DICK |
| V. | MAGISTRATE JUDGE<br>RICHARD L. BOURGEOIS, JR. |
| **CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

**ORDER**

CONSIDERING the foregoing Motion for Attorney Jennifer Clewis Thomas to Appear as Visiting Attorney:

IT IS HEREBY ORDERED that Jennifer Clewis Thomas be and is hereby permitted to appear in this matter as a visiting attorney.

Baton Rouge, Louisiana this _____ day of _____, 2024.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA