## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ERNESTO JIMINEZ-GONZALEZ and**      **No: 3:24-cv-00820**
**JOSE ALBERTO TORRES-MARTINEZ**
**ON BEHALF OF THEMSELVES AND**      **JUDGE SHELLY D. DICK**
**OTHERS SIMILARLY SITUATED**

      **V.**      **MAGISTRATE JUDGE**
      **RICHARD L. BOURGEOIS, JR.**

**CORA TEXAS GROWERS AND**
**HARVESTERS AGRICULTURAL**
**ASSOCIATION, INC AND CORA**
**TEXAS MANUFACTURING COMPANY, LLC**

### MOTION FOR ATTORNEY MARCELLUS D. CHAMBERLAIN TO APPEAR AS VISITING ATTORNEY

Pursuant to Local Civil Rule 83(b)(8) the undersigned hereby moves for permission for his co-counsel, Marcellus D. Chamberlain, to appear in this matter as a visiting attorney. Mr. Chamberlain is a member in good standing of the highest court in the state of Mississippi. This motion is supported by the attached declaration of Ms. Lewis.

Dated: December 2, 2024.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Brandon Davis*
Brandon Davis (La Bar #29823)
Caroline Perlis (La Bar #40905)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130