UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No: 3:24-cv-00820<br><br>**JUDGE SHELLY D. DICK** |
| V. | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

ORDER

 CONSIDERING the foregoing Motion for Attorney Marcellus D. Chamberlain to Appear as Visiting Attorney:

 IT IS HEREBY ORDERED that Marcellus D. Chamberlain be and is hereby permitted to appear in this matter as a visiting attorney.

Baton Rouge, Louisiana this _____ day of _____, 2024.

_____
JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA