UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**ERNESTO JIMINEZ-GONZALEZ and**     No: 3:24-cv-00820
**JOSE ALBERTO TORRES-MARTINEZ**
**ON BEHALF OF THEMSELVES AND**     JUDGE SHELLY D. DICK
**OTHERS SIMILARLY SITUATED**

          **V.**                 MAGISTRATE JUDGE
                                RICHARD L. BOURGEOIS, JR.

**CORA TEXAS GROWERS AND**
**HARVESTERS AGRICULTURAL**
**ASSOCIATION, INC AND CORA**
**TEXAS MANUFACTURING COMPANY, LLC**

## DEFENDANTS' MOTION FOR ORAL ARGUMENT

**MAY IT PLEASE THE COURT:**

    Defendants, Cora Texas Growers and Harvesters Agricultural Association, Inc. and Cora Texas Manufacturing Company, LLC (collectively, "Defendants" or "Cora Texas), appear through undersigned counsel, without waiving and expressly reserving all rights, motions and defenses, respectfully request that this Court hear oral argument concerning their Motion to Dismiss and Alternative Rule 12(e) Motion for More Definite Statement [ECF No. 20]. Defendants submit that oral argument will assist the Court in adjudicating the issues raised in Defendants' Motion.

                                              Respectfully submitted,

                                              **PHELPS DUNBAR LLP**

                                              */s/ Brandon Davis*
                                              Brandon Davis (La Bar #29823)
                                              Caroline E. Perlis (La Bar #40905)
                                              Marcellus D. Chamberlain (*Admitted Pro Hac Vice*)
                                              Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
                                              365 Canal Street, Suite 2000
                                              New Orleans, Louisiana 70130
                                              Telephone: 504-566-1311
                                              Facsimile: 504-568-9130
                                              brandon.davis@phelps.com

caroline.perlis@phelps.com
marcellus.chamberlain@phelps.com
jennifer.clewis@phelps.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 3rd day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

                                        */s/ Brandon E. Davis*
                                        BRANDON E. DAVIS