IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ, ET AL., and all others similarly situated,<br><br>　Plaintiffs,<br><br>v.<br><br>CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC.; and CORA TEXAS MANUFACTURING CO., LLC,<br><br>　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACT. NO.: 24-820-SDD-RLB<br>:<br>:  RULE 23 CLASS<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF FILING FLSA CONSENT OF OPT-IN PLAINTIFF**

　Plaintiffs hereby give notice that the Consent to Sue of Miguel Martinez-Villalobos is filed as an attachment to this notice. This FLSA consent form supplements those filed as Exhibit A to the initial complaint in this action.

Dated:　December 4, 2024

/s/ Daniel Davis
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com

/s/ Dawson Morton
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*

    1808 Sixth St.
    Berkeley, CA 94710
    Phone: (404) 590-1295
    Email: dawson@dawsonmorton.com

    /s/ James M. Knoepp
    James M. Knoepp (Lead Attorney)
    South Carolina Bar No. 102757
    *Admitted Pro Hac Vice*
    1612 Crestwood Drive
    Columbia, SC 29205
    Telephone: (828) 379-3169
    Email: jim@dawsonmorton.com

    *Attorneys for Plaintiffs*