CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo durante el año o los años: 2022, 2023, 2024.

Fecha firmada: 11 / 25 / 2024.

Nombre y Apellidos (en letras de molde): Miguel Martinez Villalobos

Firma: *[signature]*


CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work during the year(s): 2022, 2023, 2024.

Date signed: 11 / 25 / 2024.

Full Name (printed): Miguel Martinez Villalobos

Signature: _____

Doc ID: 644c874073f74e117cfd146fd60fb7ee2ff7f3f8