UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No: 3:24-cv-00820<br><br>**JUDGE SHELLY D. DICK** |
| **V.** | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Defendants, Cora Texas Growers and Harvesters Agricultural Association, Inc. and Cora Texas Manufacturing Company, LLC, appearing pursuant to Rule 7.1 of the Federal Rules of Civil Procedure solely for the purpose of this Disclosure Statement, and reserving all rights, motions and defenses without waiver thereof, respectfully provide the following statement of corporate disclosure and corporation interests:

Cora Texas Growers and Harvesters Agricultural Association, Inc. has no parent corporation, and no publicly traded company owns 10 percent or more of Cora Texas Growers and Harvesters Agricultural Association, Inc.

Cora Texas Manufacturing Company, LLC, has no parent corporation, and no publicly traded company owns 10 percent or more of Cora Texas Manufacturing Company, LLC.

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Brandon Davis*
Brandon Davis (La Bar #29823)
Marcellus D. Chamberlain (*pro hac vice*)
Jennifer Clewis Thomas (*pro hac vice*)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
marcellus.chamberlain@phelps.com
jennifer.thomas@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record/parties in this proceeding.

*/s/ Brandon E. Davis*
BRANDON E. DAVIS

- 2 -