UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | Case No. 3:24-cv-00820-SDD-RLB |
| Plaintiffs, | CLASS ACTION |
| v. | |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs provide Notice to the Court and the parties of a recent Report and Recommendation issued by Magistrate Judge Carol B. Whitehurst of the United States District Court for the Western District of Louisiana, Lafayette Division in *Avila-Soto, et al. v. South Central Sugar Cane Growers Ass'n, et al.*, Case No. 6:24-CV-01392. The Report and Recommendation is attached to this Notice.[1]

The Report and Recommendation involves a motion to dismiss filed by the defendants that contained almost identical arguments as those raised by Defendants in the motion to dismiss pending in the instant case (ECF No. 20). In fact, counsel for Plaintiffs and Defendants in both *Avila-Soto* and this case are the same and filed very similar briefing on the motions to dismiss in both cases.

---

[1] The time period to file an objection under Fed. R. Civ. P. 72 has expired in the *Avila-Soto* matter and Defendants in that case filed an Answer on February 24, 2025.

1

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com