# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ERNESTO JIMINEZ-GONZALEZ and      No: 3:24-cv-00820
JOSE ALBERTO TORRES-MARTINEZ
ON BEHALF OF THEMSELVES AND      JUDGE SHELLY D. DICK
OTHERS SIMILARLY SITUATED

       V.          MAGISTRATE JUDGE
                                     RICHARD L. BOURGEOIS, JR.

CORA TEXAS GROWERS AND
HARVESTERS AGRICULTURAL
ASSOCIATION, INC AND CORA
TEXAS MANUFACTURING COMPANY, LLC

## MOTION TO ENROLL MOLLY MCDIARMID AS ADDITIONAL COUNSEL OF RECORD FOR DEFENDANTS

NOW INTO COURT, comes Brandon Davis, counsel for Defendants Cora Texas Growers and Harvesters Agricultural Association , Inc. and Cora Texas Manufacturing Company, LLC, who respectfully requests that this Court enroll Molly McDiarmid (La. Bar Roll No. 36426) of the law firm Phelps Dunbar LLP, P.O. Box 4412 (70821-4412), 400 Convention Street, Suite 1100, Baton Rouge, Louisiana 70802, as additional counsel in this matter.   Brandon E. Davis and Jennifer Clewis Thomas of Phelps Dunbar, LLP, will remain enrolled as counsel of record, and they consent to Molly McDiarmid's enrollment as counsel. Molly McDiarmid also consents to be enrolled as additional counsel.

WHEREFORE, Defendants pray that this motion be granted and Molly McDiarmid be enrolled as additional counsel of record.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:    /s/ *Brandon Davis*
         Brandon E. Davis (La Bar #29823)
         Molly McDiarmid (La Bar #36426)
         Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
         365 Canal Street, Suite 2000
         New Orleans, Louisiana 70130
         Telephone: 504-566-1311
         Facsimile: 504-568-9130
         brandon.davis@phelps.com
         molly.mcdiarmid@phelps.com
         caroline.perlis@phelps.com
         jennifer.clewis@phelps.com


         ATTORNEY FOR DEFENDANTS, CORA
         TEXAS GROWERS AND HARVESTERS
         AGRICULTURAL ASSOCIATION, INC
         AND CORA TEXAS MANUFACTURING
         COMPANY, LLC


## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2025, I electronically filed the foregoing Motion to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to all participating counsel of record.


/s/ *Brandon Davis*

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**ERNESTO JIMINEZ-GONZALEZ and**         No:  **3:24-cv-00820**
**JOSE ALBERTO TORRES-MARTINEZ**
**ON BEHALF OF THEMSELVES AND**        **JUDGE SHELLY D. DICK**
**OTHERS SIMILARLY SITUATED**

       **V.**                      **MAGISTRATE JUDGE**
                                     **RICHARD L. BOURGEOIS, JR.**

**CORA TEXAS GROWERS AND**
**HARVESTERS AGRICULTURAL**
**ASSOCIATION, INC AND CORA**
**TEXAS MANUFACTURING COMPANY, LLC**

## ORDER

CONSIDERING the foregoing *Motion to Enroll Molly McDiarmid as Additional Counsel of Record for Defendants*,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Molly McDiarmid (La. Bar Roll No. 36426) of the firm Phelps Dunbar LLP is enrolled as additional counsel for Cora Texas Growers and Harvesters Agricultural Association, Inc. and Cora Texas Manufacturing Company, LLC.

SIGNED this _____ day of _____, 2025 in _____, Louisiana.

_____