UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ERNESTO JIMINEZ-GONZALEZ and**
**JOSE ALBERTO TORRES-MARTINEZ**
**ON BEHALF OF THEMSELVES AND**
**OTHERS SIMILARLY SITUATED**

**No:  3:24-cv-00820**

**JUDGE SHELLY D. DICK**

**V.**

**MAGISTRATE JUDGE**
**RICHARD L. BOURGEOIS, JR.**

**CORA TEXAS GROWERS AND**
**HARVESTERS AGRICULTURAL**
**ASSOCIATION, INC AND CORA**
**TEXAS MANUFACTURING COMPANY, LLC**

**ORDER**

CONSIDERING the foregoing *Motion to Enroll Molly McDiarmid as Additional Counsel of Record for Defendants*,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Molly McDiarmid (La. Bar Roll No. 36426) of the firm Phelps Dunbar LLP is enrolled as additional counsel for Cora Texas Growers and Harvesters Agricultural Association, Inc. and Cora Texas Manufacturing Company, LLC.

SIGNED this _____ day of _____, 2025 in _____, Louisiana.

_____