CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo en el estado de Louisiana durante el año o los años: 2021, 2022, 2023, y 2024.

Nombre y Apellidos (en letras de molde): Juan Carlos Morales Ruelas

Firma: _JCM.R_____

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work in the state of Louisiana during the year(s): 2021, 2022, 2023 and 2024.

Full Name (printed): Juan Carlos Morales Ruelas

Signature: _____

Doc ID: a889df11ca2e2f3382e029667783bb6926e8628a