UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, <br><br> Defendants. | Case No. 3:24-cv-00820-SDD-RLB <br><br> JUDGE SHELLY D. DICK <br><br> MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. <br><br> CLASS ACTION |

### NOTICE OF FILING FLSA CONSENTS OF OPT-IN PLAINTIFFS

Plaintiffs hereby give notice that, pursuant to 29 U.S.C. § 216(b), the following individuals file their consents to sue under the Fair Labor Standards Act (FLSA):

4. Manuel Morales Palacios

5. Julian Luna Nava.

The FLSA consents are filed as attachments to this Notice.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton

1

        California Bar No. 320811
        *Admitted Pro Hac Vice*
        1808 Sixth St.
        Berkeley, CA  94710
        Phone: (404) 590-1295
        Email:  dawson@dawsonmorton.com

        **/s/ Daniel Davis**
        Daniel Davis, LA Bar No. 30141
        Estes Davis Law, LLC
        4465 Bluebonnet Blvd, Suite A
        Baton Rouge, LA 70809
        Telephone: (225) 336-3394
        Fax: (225) 384-5419
        Email:  dan@estesdavislaw.com