CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo durante el año o los años: 2022, 2023.

Nombre y Apellidos (en letras de molde): Julian Luna Nava

Firma: _____

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work during the year(s): 2022, 2023.

Full Name (printed): Julian Luna Nava

Signature: _____

Doc ID: b9e0cc0c7f775c73087dfc07a64a408f08d1c8b2