UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and ) JOSE ALBERTO TORRES-MARTINEZ, ) ON BEHALF OF THEMSELVES AND ) ALL OTHERS SIMILARLY SITUATED, ) | Case No. 3:24-cv-00820-SDD-RLB |
| ) Plaintiffs, ) | JUDGE SHELLY D. DICK |
| ) v. ) ) | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| ) CORA TEXAS GROWERS AND ) HARVESTERS AGRICULTURAL ) ASSOCIATION, INC. and CORA TEXAS ) MANUFACTURING COMPANY, LLC, ) ) Defendants. ) | CLASS ACTION |

**PLAINTIFFS' MOTION FOR 29 U.S.C. § 216(B) NOTICE TO SIMILARLY SITUATED WORKERS AND FOR DISCLOSURE OF CONTACT INFORMATION**

Plaintiffs are truck drivers brought to the United States by Defendants to work pursuant to the H-2A temporary foreign worker visa program hauling harvested sugarcane in semi-trucks within Louisiana.  They allege that Defendants failed to pay them and other similarly situated heavy tractor-trailer truck drivers minimum and overtime wages as required by the Fair Labor Standards Act.  (Compl. ¶¶ 78-84) (ECF No. 1.)

Pursuant to 29 U.S.C. § 216(b), Plaintiffs move the Court for an order finding that they are similarly situated to Defendants' other H-2A truck drivers and authorizing the sending of a proposed notice.  (Ex. 1.) Plaintiffs seek approval for notice to similarly situated workers defined as:

> **All individuals admitted as H-2A temporary foreign workers who were employed by Defendants as truck drivers hauling**

**harvested sugarcane within the state of Louisiana during the 2022, 2023, and/or 2024 sugarcane seasons.**

Plaintiffs additionally move the Court to:

1.    Approve the proposed notice attached as Exhibit 1;

2.    Approve the proposed methods of sending the notice;

3.    Order Defendants to provide Plaintiffs the names, addresses (U.S. and foreign), email addresses, and telephone numbers (U.S., foreign, cell phone, and WhatsApp) of the similarly situated H-2A truck drivers within fourteen (14) days of entry of any order granting Plaintiffs' motion;

4.    Allow ninety (90) days from the date on which Plaintiffs first send the notice for potential opt-in Plaintiffs to return their consent forms; and

5.    Allow Plaintiffs to send a reminder notice to potential opt-in Plaintiffs forty-five (45) days after the initial notice was sent.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com