EXHIBIT 11

SAMPLE CHECKSTUBS FOR FLSA OPT-IN
PLAINTIFF MIGUEL MARTINEZ-VILLALOBOS



Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788



MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 10/07/2022 - 10/07/2022 | Pay Date: 10/07/2022 |
|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

SSN

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Travel & Subsistence | 1.00 | 325.00 | 325.00 | 325.00 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Net Pay | | | 325.00 | 325.00 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 000989

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/03/2022 - 10/09/2022 | Pay Date: 10/14/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 27.78 | 12.45 | 345.86 | 345.86 |
| Travel & Subsistence | | | | 325.00 |
| | 27.78 | | 345.86 | 670.86 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | 345.86 | 670.86 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA TEXAS - 000991

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



---

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/10/2022 - 10/16/2022 | Pay Date: 10/21/2022 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80.48 | 12.45 | 1,001.98 | 1,347.84 |
| Travel & Subsistence | | | | 325.00 |
| | 80.48 | | 1,001.98 | 1,672.84 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,001.98** | **1,672.84** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339805

CONFIDENTIAL          CORA TEXAS - 000993

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 10/17/2022 - 10/23/2022 | Pay Date: 10/28/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 88.67 | 12.45 | 1,103.94 | 2,451.78 |
| Travel & Subsistence | | | | 325.00 |
| | 88.67 | | 1,103.94 | 2,776.78 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,103.94** | **2,776.78** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 000995

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/24/2022 - 10/30/2022 | Pay Date: 11/04/2022 |

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 86.32 | 12.45 | 1,074.68 | 3,526.46 |
| Travel & Subsistence | | | | 325.00 |
| | 86.32 | | 1,074.68 | 3,851.46 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,074.68** | **3,851.46** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 000997

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/31/2022 - 11/06/2022 | Pay Date: 11/11/2022 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 84.48 | 12.45 | 1,051.78 | 4,578.24 |
| Travel & Subsistence | | | | 325.00 |
| | 84.48 | | 1,051.78 | 4,903.24 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,051.78** | **4,903.24** |

- Juf uyl Ml

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL            CORA TEXAS - 000999

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 11/07/2022 - 11/13/2022 | | Pay Date: 11/18/2022 |
|---|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,    SSN    ***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 85.77 | 12.45 | 1,067.84 | 5,646.08 |
| Travel & Subsistence | | | | 325.00 |
| | 85.77 | | 1,067.84 | 5,971.08 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Net Pay | | | 1,067.84 | 5,971.08 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                CORA TEXAS - 001001

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 11/14/2022 - 11/20/2022 | Pay Date: 11/25/2022 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 84.90 | 12.45 | 1,057.01 | 6,703.09 |
| Travel & Subsistence | | | | 325.00 |
| | 84.90 | | 1,057.01 | 7,028.09 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,057.01** | **7,028.09** |

CONFIDENTIAL          CORA TEXAS - 001003

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 11/21/2022 - 11/27/2022 | Pay Date: 12/02/2022 |
|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 86.72 | 12.45 | 1,079.66 | 7,782.75 |
| Travel & Subsistence | | | | 325.00 |
| | 86.72 | | 1,079.66 | 8,107.75 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,079.66** | **8,107.75** |

CONFIDENTIAL          CORA TEXAS - 001005

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 11/28/2022 - 12/04/2022 | Pay Date: 12/09/2022 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 85.62 | 12.45 | 1,065.97 | 8,848.72 |
| Travel & Subsistence | | | | 325.00 |
| | 85.62 | | 1,065.97 | 9,173.72 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,065.97** | **9,173.72** |

CONFIDENTIAL          CORA TEXAS - 001007

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 12/05/2022 - 12/11/2022** | **Pay Date: 12/16/2022** |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 88.47 | 12.45 | 1,101.45 | 9,950.17 |
| Travel & Subsistence | | | | 325.00 |
| | 88.47 | | 1,101.45 | 10,275.17 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,101.45** | **10,275.17** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                CORA TEXAS - 001009

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 12/12/2022 - 12/18/2022** | | **Pay Date: 12/23/2022** |
|---|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 82.42 | 12.45 | 1,026.13 | 10,976.30 |
| Travel & Subsistence | | | | 325.00 |
| | 82.42 | | 1,026.13 | 11,301.30 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,026.13** | **11,301.30** |

CONFIDENTIAL          CORA TEXAS - 001011

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | Pay Period: 12/19/2022 - 12/25/2022 | | Pay Date: 12/30/2022 |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 90.28 | 12.45 | 1,123.99 | 12,100.29 |
| Travel & Subsistence | | | | 325.00 |
| | 90.28 | | 1,123.99 | 12,425.29 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,123.99** | **12,425.29** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001013

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 12/26/2022 - 01/01/2023 | | Pay Date: 01/06/2023 |
|---|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

\*\*\*-\*\*-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 90.45 | 12.45 | 1,126.10 | 1,126.10 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,126.10** | **1,126.10** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 — EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001015

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 01/02/2023 - 01/08/2023 | | Pay Date: 01/13/2023 |

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 82.43 | 12.45 | 1,026.25 | 2,152.35 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Net Pay | | | 1,026.25 | 2,152.35 |

CONFIDENTIAL            CORA TEXAS - 001017

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 01/09/2023 - 01/12/2023 | | Pay Date: 01/14/2023 |
|---|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 56.67 | 13.67 | 774.68 | 2,927.03 |
| Travel & Subsistence | 1.00 | 264.00 | 264.00 | 264.00 |
| Straight time | | | | 117.62 |
| | 56.67 | | 1,038.68 | 3,308.65 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Adjustments to Net Pay | | | Current | YTD Amount |
| Incentive | | | 1,000.00 | 1,000.00 |
| Net Pay | | | 2,038.68 | 4,308.65 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001019

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 01/01/2023 - 01/08/2023 | | Pay Date: 01/13/2023 |

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight time | 96.41 | 1.22 | 117.62 | 117.62 |
| Hourly | | | | 2,152.35 |
| | 96.41 | | 117.62 | 2,269.97 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **117.62** | **2,269.97** |

CONFIDENTIAL          CORA TEXAS - 001020

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 10/02/2023 - 10/08/2023 | Pay Date: 10/13/2023 |
|---|---|---|---|---|---|---|

| Employee | | | | | | SSN |
|---|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | | ***-**-5327 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 83.00 | 23.16 | 1,922.28 | 5,160.35 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 83.00 | | 1,922.28 | 5,797.74 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | **1,922.28** | **6,797.74** |

CONFIDENTIAL          CORA TEXAS - 001025

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/09/2023 - 10/15/2023 | | Pay Date: 10/20/2023 |
|---|---|---|---|---|---|---|---|

**Employee**                                                    **SSN**

MIGUEL MARTINEZ VILLALOBOS,                                    ***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 86.53 | 23.16 | 2,004.03 | 7,164.38 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 86.53 | | 2,004.03 | 7,801.77 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | **2,004.03** | **8,801.77** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | | Check number: | | Pay Period: 10/16/2023 - 10/22/2023 | | Pay Date: 10/27/2023 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75.35 | 23.16 | 1,745.11 | 8,909.49 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 75.35 | | 1,745.11 | 9,546.88 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| Adjustments to Net Pay | | | Current | YTD Amount |
| Incentive | | | | 1,000.00 |
| Net Pay | | | 1,745.11 | 10,546.88 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

**Employee Pay Stub**     Check number:     Pay Period: 10/23/2023 - 10/29/2023     Pay Date: 11/03/2023

**Employee**     **SSN**
MIGUEL MARTINEZ VILLALOBOS,     ***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 83.55 | 23.16 | 1,935.02 | 10,844.51 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 83.55 | | 1,935.02 | 11,481.90 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | **1,935.02** | **12,481.90** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001031

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 10/30/2023 - 11/05/2023 | Pay Date: 11/10/2023 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80.88 | 23.16 | 1,873.18 | 12,717.69 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 80.88 | | 1,873.18 | 13,355.08 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 1,000.00 |

| Net Pay | | | 1,873.18 | 14,355.08 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001033

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 11/06/2023 - 11/12/2023 | | Pay Date: 11/17/2023 |
|---|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75.95 | 23.16 | 1,759.00 | 14,476.69 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 75.95 | | 1,759.00 | 15,114.08 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 1,000.00 |

| Net Pay | | | 1,759.00 | 16,114.08 |
|---|---|---|---|---|

CONFIDENTIAL          CORA TEXAS - 001035

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | Pay Period: 11/13/2023 - 11/19/2023 | Pay Date: 11/24/2023 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 68.28 | 23.16 | 1,581.36 | 16,058.05 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 68.28 | | 1,581.36 | 16,695.44 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | **1,581.36** | **17,695.44** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339805

CONFIDENTIAL          CORA TEXAS - 001037

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 11/20/2023 - 11/26/2023** | | **Pay Date: 12/01/2023** |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | | |
|---|---|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 | | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 63.05 | 23.16 | 1,460.24 | 17,518.29 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 63.05 | | 1,460.24 | 18,155.68 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | **1,460.24** | **19,155.68** |

CONFIDENTIAL          CORA TEXAS - 001039

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 11/27/2023 - 12/03/2023 | Pay Date: 12/08/2023 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 78.25 | 23.16 | 1,812.27 | 19,330.56 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 78.25 | | 1,812.27 | 19,967.95 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 1,000.00 |

| Net Pay | 1,812.27 | 20,967.95 |
|---|---|---|

CONFIDENTIAL                    CORA TEXAS - 001041

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 12/04/2023 - 12/10/2023** | **Pay Date: 12/15/2023** |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 82.95 | 23.16 | 1,921.12 | 21,251.68 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 82.95 | | 1,921.12 | 21,889.07 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | **1,921.12** | **22,889.07** |

CONFIDENTIAL          CORA TEXAS - 001043

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 12/11/2023 - 12/17/2023** | **Pay Date: 12/22/2023** |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 77.83 | 23.16 | 1,802.54 | 23,054.22 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 77.83 | | 1,802.54 | 23,691.61 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | Current | YTD Amount |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | 1,802.54 | 24,691.61 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001045

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 12/18/2023 - 12/24/2023 | | Pay Date: 12/29/2023 |

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

SSN
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75.40 | 23.16 | 1,746.26 | 24,800.48 |
| Travel & Subsistence | | | | 519.77 |
| Straight time | | | | 117.62 |
| | 75.40 | | 1,746.26 | 25,437.87 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 1,000.00 |
| **Net Pay** | | | **1,746.26** | **26,437.87** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL           CORA TEXAS - 001047

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| **Employee Pay Stub** | | Check number: 67207 | | | Pay Period: 12/25/2023 - 12/31/2023 | Pay Date: 01/05/2024 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 85.10 | 23.16 | 1,970.92 | 1,970.92 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Net Pay | | | 1,970.92 | 1,970.92 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 01/01/2024 - 01/07/2024 | Pay Date: 01/12/2024 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

\*\*\*-\*\*-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 81.10 | 23.16 | 1,878.28 | 3,849.20 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Net Pay | 1,878.28 | 3,849.20 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001051

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 01/08/2024 - 01/14/2024 | | Pay Date: 01/19/2024 |

| Employee | | | | |
| --- | --- | --- | --- | --- |
| MIGUEL MARTINEZ VILLALOBOS, | | | | |

SSN

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Hourly | 83.08 | 23.16 | 1,924.13 | 5,773.33 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Net Pay | 1,924.13 | 5,773.33 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL            CORA TEXAS - 001053

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 09/16/2024 - 09/22/2024 | Pay Date: 09/27/2024 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 22.12 | 23.93 | 529.33 | |
| Hourly | 43.86 | 14.62 | 641.23 | 7,809.51 |
| Travel & Subsistence | | | | 495.39 |
| | 65.98 | | 1,170.56 | 8,304.90 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,170.56** | **9,204.90** |

CONFIDENTIAL          CORA TEXAS - 001060

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788



MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 09/23/2024 - 09/29/2024 | Pay Date: 10/04/2024 |
|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 94.13 | 14.62 | 1,376.18 | 9,185.69 |
| Travel & Subsistence | | | | 495.39 |
| | 94.13 | | 1,376.18 | 9,681.08 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,376.18** | **10,581.08** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL            CORA TEXAS - 001062

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | Pay Period: 09/30/2024 - 10/06/2024 | Pay Date: 10/11/2024 |
|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
\*\*\*-\*\*-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 88.20 | 14.62 | 1,289.48 | 10,475.17 |
| Travel & Subsistence | | | | 495.39 |
| | 88.20 | | 1,289.48 | 10,970.56 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,289.48** | **11,870.56** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA TEXAS - 001064

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 10/07/2024 - 10/13/2024 | Pay Date: 10/18/2024 |
|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 87.33 | 14.62 | 1,276.76 | 11,751.93 |
| Travel & Subsistence | | | | 495.39 |
| | 87.33 | | 1,276.76 | 12,247.32 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,276.76** | **13,147.32** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001066

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/14/2024 - 10/20/2024 | | Pay Date: 10/25/2024 |
|---|---|---|---|---|---|---|---|

| **Employee** | | | | | | **SSN** | |
|---|---|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | | ***-**-5327 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 91.43 | 14.62 | 1,336.71 | 13,088.64 |
| Travel & Subsistence | | | | 495.39 |
| | 91.43 | | 1,336.71 | 13,584.03 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | Current | YTD Amount |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,336.71** | **14,484.03** |

CONFIDENTIAL          CORA TEXAS - 001068

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 10/21/2024 - 10/27/2024 | Pay Date: 11/01/2024 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 81.83 | 14.62 | 1,196.35 | 14,284.99 |
| Travel & Subsistence | | | | 495.39 |
| | 81.83 | | 1,196.35 | 14,780.38 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 900.00 |

| Net Pay | | | 1,196.35 | 15,680.38 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339805

CONFIDENTIAL          CORA TEXAS - 001070

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | | Check number: | | Pay Period: 10/28/2024 - 11/03/2024 | | Pay Date: 11/08/2024 |
|---|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 88.75 | 14.62 | 1,297.53 | 15,582.52 |
| Travel & Subsistence | | | | 495.39 |
| | 88.75 | | 1,297.53 | 16,077.91 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 900.00 |

| Net Pay | | | 1,297.53 | 16,977.91 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001072

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 11/04/2024 - 11/10/2024 | | Pay Date: 11/15/2024 |
|---|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 84.72 | 14.62 | 1,238.61 | 16,821.13 |
| Travel & Subsistence | | | | 495.39 |
| | 84.72 | | 1,238.61 | 17,316.52 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,238.61** | **18,216.52** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001074

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 11/11/2024 - 11/17/2024 | Pay Date: 11/22/2024 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 86.83 | 14.62 | 1,269.45 | 18,090.58 |
| Travel & Subsistence | | | | 495.39 |
| | 86.83 | | 1,269.45 | 18,585.97 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,269.45** | **19,485.97** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 — EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001076

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 11/18/2024 - 11/24/2024 | | Pay Date: 11/29/2024 |
|---|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

\*\*\*-\*\*-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 81.05 | 14.62 | 1,184.95 | 19,275.53 |
| Travel & Subsistence | | | | 495.39 |
| | 81.05 | | 1,184.95 | 19,770.92 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 900.00 |
| **Net Pay** | | | **1,184.95** | **20,670.92** |

CONFIDENTIAL          CORA TEXAS - 001078

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 11/25/2024 - 12/01/2024 | | Pay Date: 12/06/2024 |
|---|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

\*\*\*-\*\*-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 76.68 | 23.93 | 1,834.95 | 21,110.48 |
| Travel & Subsistence | | | | 495.39 |
| Pay Period 09/16/24 - 09/22/24 | | | | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | | | | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | | | | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | | | | 813.04 |
| | 76.68 | | 1,834.95 | 24,524.74 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 900.00 |

| Net Pay | | | 1,834.95 | 25,424.74 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA TEXAS - 001080

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 11/25/2024 - 12/01/2024 | Pay Date: 12/05/2024 |
|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
\*\*\*-\*\*-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Pay Period 09/16/24 - 09/22/24 | 43.86 | 9.31 | 408.34 | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | 94.13 | 9.31 | 876.35 | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | 88.20 | 9.31 | 821.14 | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | 87.33 | 9.31 | 813.04 | 813.04 |
| Hourly | | | | 19,275.53 |
| Travel & Subsistence | | | | 495.39 |
| | 313.52 | | 2,918.87 | 22,689.79 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 900.00 |

| Net Pay | 2,918.87 | 23,689.79 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001081

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 12/02/2024 - 12/08/2024 | | Pay Date: 12/13/2024 |

| Employee | | | | | SSN |
| --- | --- | --- | --- | --- | --- |
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
| --- | --- | --- | --- | --- |
| Hourly | 79.10 | 23.93 | 1,892.86 | 23,003.34 |
| Travel & Subsistence | | | | 495.39 |
| Pay Period 09/16/24 - 09/22/24 | | | | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | | | | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | | | | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | | | | 813.04 |
| Pay Period 10/14/24 - 10/20/24 | | | | 851.21 |
| Pay Period 10/21/24 - 10/27/24 | | | | 761.84 |
| | 79.10 | | 1,892.86 | 28,030.65 |

| Taxes | Current | YTD Amount |
| --- | --- | --- |
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
| --- | --- | --- |
| Incentive | | 900.00 |

| Net Pay | 1,892.86 | 28,930.65 |

CONFIDENTIAL        CORA TEXAS - 001083

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 10/21/2024 - 10/27/2024 | Pay Date: 12/12/2024 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Pay Period 10/14/24 - 10/20/24 | 91.43 | 9.31 | 851.21 | 851.21 |
| Pay Period 10/21/24 - 10/27/24 | 81.83 | 9.31 | 761.84 | 761.84 |
| Hourly | | | | 21,110.48 |
| Travel & Subsistence | | | | 495.39 |
| Pay Period 09/16/24 - 09/22/24 | | | | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | | | | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | | | | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | | | | 813.04 |
| | 173.26 | | 1,613.05 | 26,137.79 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 900.00 |

| Net Pay | | | 1,613.05 | 27,037.79 |

CONFIDENTIAL          CORA TEXAS - 001084

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

| Employee Pay Stub | | Check number: | | | Pay Period: 12/09/2024 - 12/15/2024 | Pay Date: 12/20/2024 |
|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 79.32 | 23.93 | 1,898.13 | 24,901.47 |
| Travel & Subsistence | | | | 495.39 |
| Pay Period 09/16/24 - 09/22/24 | | | | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | | | | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | | | | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | | | | 813.04 |
| Pay Period 10/14/24 - 10/20/24 | | | | 851.21 |
| Pay Period 10/21/24 - 10/27/24 | | | | 761.84 |
| Pay Period 10/28/24 - 11/03/24 | | | | 826.26 |
| Pay Period 11/04/24 - 11/10/24 | | | | 788.74 |
| | 79.32 | | 1,898.13 | 31,543.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 900.00 |

| Net Pay | 1,898.13 | 32,443.78 |
|---|---|---|

CONFIDENTIAL          CORA TEXAS - 001086

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS

**Employee Pay Stub**      Check number:                    Pay Period: 11/04/2024 - 11/10/2024        Pay Date: 12/19/2024

**Employee**                                                 **SSN**
MIGUEL MARTINEZ VILLALOBOS,                                   ***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Pay Period 10/28/24 - 11/03/24 | 88.75 | 9.31 | 826.26 | 826.26 |
| Pay Period 11/04/24 - 11/10/24 | 84.72 | 9.31 | 788.74 | 788.74 |
| Hourly | | | | 23,003.34 |
| Travel & Subsistence | | | | 495.39 |
| Pay Period 09/16/24 - 09/22/24 | | | | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | | | | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | | | | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | | | | 813.04 |
| Pay Period 10/14/24 - 10/20/24 | | | | 851.21 |
| Pay Period 10/21/24 - 10/27/24 | | | | 761.84 |
| | 173.47 | | 1,615.00 | 29,645.65 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 900.00 |

| Net Pay | | | 1,615.00 | 30,545.65 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL        CORA TEXAS - 001087

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 12/16/2024 - 12/22/2024 | | Pay Date: 12/27/2024 |
|---|---|---|---|---|---|---|---|

**Employee**

MIGUEL MARTINEZ VILLALOBOS,

**SSN**

***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 89.17 | 23.93 | 2,133.84 | 27,035.31 |
| Travel & Subsistence | | | | 495.39 |
| Pay Period 09/16/24 - 09/22/24 | | | | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | | | | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | | | | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | | | | 813.04 |
| Pay Period 10/14/24 - 10/20/24 | | | | 851.21 |
| Pay Period 10/21/24 - 10/27/24 | | | | 761.84 |
| Pay Period 10/28/24 - 11/03/24 | | | | 826.26 |
| Pay Period 11/04/24 - 11/10/24 | | | | 788.74 |
| Pay Period 11/11/24 - 11/17/24 | | | | 808.39 |
| Pay Period 11/18/24 - 11/24/24 | | | | 754.58 |
| | 89.17 | | 2,133.84 | 35,240.59 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 900.00 |

| Net Pay | 2,133.84 | 36,140.59 |
|---|---|---|

CONFIDENTIAL          CORA TEXAS - 001089

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 11/18/2024 - 11/24/2024** | **Pay Date: 12/26/2024** |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| MIGUEL MARTINEZ VILLALOBOS, | | | | | ***-**-5327 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Pay Period 11/11/24 - 11/17/24 | 86.83 | 9.31 | 808.39 | 808.39 |
| Pay Period 11/18/24 - 11/24/24 | 81.05 | 9.31 | 754.58 | 754.58 |
| Hourly | | | | 24,901.47 |
| Travel & Subsistence | | | | 495.39 |
| Pay Period 09/16/24 - 09/22/24 | | | | 408.34 |
| Pay Period 09/23/24 - 09/29/24 | | | | 876.35 |
| Pay Period 09/30/24 - 10/06/24 | | | | 821.14 |
| Pay Period 10/07/24 - 10/13/24 | | | | 813.04 |
| Pay Period 10/14/24 - 10/20/24 | | | | 851.21 |
| Pay Period 10/21/24 - 10/27/24 | | | | 761.84 |
| Pay Period 10/28/24 - 11/03/24 | | | | 826.26 |
| Pay Period 11/04/24 - 11/10/24 | | | | 788.74 |
| | 167.88 | | 1,562.97 | 33,106.75 |

| **Taxes** | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| **Adjustments to Net Pay** | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 900.00 |

| **Net Pay** | | | 1,562.97 | 34,006.75 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA TEXAS - 001090

Cora Texas Growers and Harvesters
Agricultural Association
35150 Richland Road
White Castle, La 70788

MIGUEL MARTINEZ VILLALOBOS



| Employee Pay Stub | | Check number: | | | Pay Period: 12/23/2024 - 12/29/2024 | Pay Date: 01/03/2025 |
|---|---|---|---|---|---|---|

**Employee**
MIGUEL MARTINEZ VILLALOBOS,

**SSN**
***-**-5327

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 76.27 | 23.93 | 1,825.14 | 1,825.14 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Net Pay | 1,825.14 | 1,825.14 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605