EXHIBIT 12

EXCERPTS FROM DEPOSITION OF
PLAINTIFF ERNESTO JIMENEZ-GONZALEZ

# Transcript of the Testimony of
# Ernesto Jimenez-Gonzales

## Date: April 30, 2025

**Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers, et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# Professional Shorthand Reporters, Inc.
Phone:  504-529-5255
Fax:  504-529-5257
Email:  reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 1

```
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF LOUISIANA


ERNESTO JIMENEZ-GONZALES              CIVIL ACTION
AND JOSE ALBERTO                      3:24-CV-00820
TORRES-MARTINEZ,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED

VERSUS

CORA TEXAS GROWERS                    JUDGE DICK
AND HARVESTERS AGRICULTURAL
ASSOCIATION, INC. AND CORA
TEXAS MANUFACTURING
COMPANY, LLC

             DEPOSITION OF
ERNESTO JIMENEZ-GONZALES, AVENIDA
FERROCARRIL 749, COLONIA SAN JOAQUIN, TORREON,
COAHUILA, MEXICO CP 27340, TAKEN VIA ZOOM FROM
TORREON, MEXICO, ON THE 30TH DAY OF APRIL, 2025.


APPEARANCES:

   DAWSON MORTON, LLC
   (BY:  DAWSON MORTON, ESQUIRE)
   104 CAMBRIDGE AVENUE
   DECATUR, GEORGIA 30030

           - AND -

   JAMES KNOEPP, ESQUIRE
   150 E. PONCE DE LEON AVENUE
   SUITE 340
   DECATUR, GEORGIA 30030

      ATTORNEYS FOR PLAINTIFFS
```

Page 21

1  October of 2023?
2       A.   Yes.
3       Q.   How many months did you have that
4  Telcel phone prior to October of 2023?
5       A.   Also around 6 months.
6       Q.   Did you have a Telcel phone before
7  April of 2023?
8       A.   Yes.  I have always had the Telcel
9  company; it's just -- I just haven't been
10 consistent.
11      Q.   When you had the Telcel phone in April
12 of 2023, did you also have that one for
13 6 months?
14      A.   Yes.
15      Q.   Did you have a Telcel phone before
16 October of 2022?
17      A.   Yes.
18      Q.   Did you have a Telcel phone between
19 April of 2022 and October of 2022?
20      A.   When we go work in Louisiana, we hire
21 a phone company called Cricket.  During our stay
22 in Louisiana, we use Cricket, and in Mexico, I
23 use Telcel.
24      Q.   What was your Cricket telephone
25 number?

Page 44

1    A.    Well, costs related to gas, and also,
2    the money that you pay at the booth or at the
3    toll -- interpreter correction -- and for meals.
4    Q.    Other than the $950 you paid to
5    Bernice, the gas money, the tollbooths and your
6    meals, did you pay any other out-of-pocket
7    expenses for your trip from your home in Torreón
8    to the U.S. Consulate in Monterrey in 2020?
9    A.    Yes, to the lady that recruits us and
10   gives us the information.
11   Q.    How much did you pay the recruiter to
12   obtain the H-2A visas you applied for from the
13   U.S. consulate in Monterrey?
14   A.    1,000 pesos.
15   Q.    Did you pay the 1,000 pesos to the
16   recruiter in the year 2020?
17   A.    Yes.
18   Q.    Did you pay 1,000 pesos to the
19   recruiter in the year 2021?
20   A.    Yes.
21   Q.    Did you pay 1,000 pesos to the
22   recruiter in 2022?
23   A.    Yes.
24   Q.    Did you pay 1,000 pesos to the
25   recruiter in 2023?

Page 45

1      A.    Yes.
2      Q.    I want you to turn to the back side of
3  your Mexican passport book.
4      A.    Okay.
5      Q.    You are looking at the back side of
6  your passport book. I see a sticker there, and
7  there is a name, Bernice, on the back. Do you
8  see that?
9      A.    Yes.
10     Q.    Is that the Bernice you have been
11 speaking of this morning?
12     A.    Yes.
13     Q.    What is the name of the recruiter that
14 you paid 1,000 pesos to every year between 2020
15 and 2023?
16     A.    Senora Flor.
17     Q.    Do you have any contact information
18 about Senora Flor like you do Bernice?
19     A.    The phone number.
20     Q.    What is Senora Flor's phone number?
21     A.    I don't have it at this time.
22     Q.    Now, the $1,000 you paid to
23 Senora Flor, did you pay that in cash as well?
24     A.    It was 1,000 Mexican pesos.
25     Q.    1,000 Mexican pesos that you paid in

Page 100

```
 1        A.    Yes.
 2        Q.    Earlier, I asked you about your
 3   claims, and also, I asked you if what you are
 4   claiming is also true for the people that you
 5   intend to represent in the case.  I would like
 6   to ask you now, do you believe that the hours
 7   that the other people who you are representing
 8   recorded are truthful and reliable?
 9        A.    Yes.
10        Q.    Did you give Cora a copy of your CDL
11   license before you entered the United States in
12   September of 2020?
13        A.    Yes, every year.
14        Q.    Why would you give Cora a copy of your
15   CDL license every year?
16        A.    Well, because it was a requirement to
17   be able to work on a trailer.
18        Q.    Before you entered the United States,
19   in September of 2020, you knew that a CDL
20   license was a requirement for a job with the
21   Cora Association?
22        A.    Yes.
23        Q.    Now, again, I want to ask you, as it
24   relates to your role in representing other
25   people in this case, do you agree that the other
```

Page 101

1  people that you intend to represent also knew
2  that the CDL license was a requirement of the
3  job?
4       A.   Yes.
5       Q.   Everyone who worked for the Cora
6  Association and who you intend to represent now
7  had CDL licenses; is that correct?
8       A.   Correct.
9       Q.   So who was it who told you that this
10 job was going to be a field job?
11      A.   Can you repeat that question?
12      Q.   Sure.
13           MR. DAVIS:
14               Cathy?
15               (Requested read back as follows:
16           "Q. So who was it who told you
17           that this job was going to be a field
18           job?")
19           THE WITNESS:
20               Ms. Flor.
21 EXAMINATION BY MR. DAVIS:
22      Q.   Did you have any other employers that
23 you identified to the U.S. Consulate at
24 Monterrey in 2020, 2021, 2022 or 2023?
25           MR. MORTON: