# EXHIBIT 14

# SPREADSHEET PRODUCED BY DEFENDANTS RELATED TO REIMBURSEMENT OF EXPENSES



**Cora Texas Growers & Harvesters Agricultural Association, Inc.**
**Inbound Travel**
**2021-2024**

### 2021

| EMPLOYEE LAST NAME | EMPLOYEE FIRST NAME | HOME CITY | FACILITATOR-MX | Facilitator Processing Fee: | CONSULATE | HOME TO CONSULATE (BUS TICKET) | IN COUNTRY TRANSPORTATION COSTS | TRANSPORTATION FROM BORDER TO JOBISTE | BORDER CROSSING | LODGING | # TRAVEL DAYS | SUBSISTENCE & MEALS ($13.17 per day) | TOTAL TRANSPORATION REIMBURSEMENTCOSTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jimenez Gonzalez | Ernesto | Coahuila | Berenice Cortez-H2 Visa | $ 40.00 | Monterrey | $ 64.49 | $ 104.49 | $ 200.00 | $ 6.00 | $ 25.00 | 3 | $ 39.51 | $ 375.00 |
| Torres Martinez | Jose Alberto | Coahuila | Berenice Cortez-H2 Visa | $ 40.00 | Monterrey | $ 64.49 | $ 104.49 | $ 200.00 | $ 6.00 | $ 25.00 | 3 | $ 39.51 | $ 375.00 |

### 2022

| EMPLOYEE LAST NAME | EMPLOYEE FIRST NAME | HOME CITY | FACILITATOR-MX | Facilitator Processing Fee: | CONSULATE | HOME TO CONSULATE (BUS TICKET) | IN COUNTRY TRANSPORTATION COSTS | TRANSPORTATION FROM BORDER TO JOBISTE | BORDER CROSSING | LODGING | # TRAVEL DAYS | SUBSISTENCE & MEALS ($14.00 per day) | TOTAL TRANSPORATION REIMBURSEMENTCOSTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jimenez Gonzalez | Ernesto | Coahuila | Berenice Cortez-H2 Visa | $ 45.00 | Monterrey | $ 60.00 | $ 105.00 | $ 172.00 | $ 6.00 | | 3 | $ 42.00 | $ 325.00 |
| Torres Martinez | Jose Alberto | Coahuila | Berenice Cortez-H2 Visa | $ 45.00 | Monterrey | $ 60.00 | $ 105.00 | $ 172.00 | $ 6.00 | | 3 | $ 42.00 | $ 325.00 |
| Martinez Villalobos | Miguel | Durango | Berenice Cortez-H2 Visa | $ 45.00 | Monterrey | $ 60.00 | $ 105.00 | $ 172.00 | $ 6.00 | | 3 | $ 42.00 | $ 325.00 |

### 2023

| EMPLOYEE LAST NAME | EMPLOYEE FIRST NAME | HOME CITY | FACILITATOR-MX | Facilitator Processing Fee: | CONSULATE | HOME TO CONSULATE (BUS TICKET) | IN COUNTRY TRANSPORTATION COSTS | TRANSPORTATION FROM BORDER TO JOBISTE | BORDER CROSSING | LODGING | # TRAVEL DAYS | SUBSISTENCE & MEALS ($15.46 per day) | TOTAL TRANSPORATION REIMBURSEMENTCOSTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jimenez Gonzalez | Ernesto | Coahuila | Berenice Cortez-H2 Visa | $ 45.59 | Monterrey | $ - | $ 45.59 | $ 145.92 | $ 6.00 | | 2 | $ 30.92 | $ 228.43 |
| Torres Martinez | Jose Alberto | Coahuila | Berenice Cortez-H2 Visa | $ 45.59 | Monterrey | $ - | $ 45.59 | $ 145.92 | $ 6.00 | | 2 | $ 30.92 | $ 228.43 |
| Martinez Villalobos | Miguel | Durango | Berenice Cortez-H2 Visa | $ 45.59 | Monterrey | $ - | $ 45.59 | $ 173.26 | $ 6.00 | | 2 | $ 30.92 | $ 255.77 |

### 2024

| EMPLOYEE LAST NAME | EMPLOYEE FIRST NAME | HOME CITY | FACILITATOR-MX | Facilitator Processing Fee: | CONSULATE | HOME TO CONSULATE (BUS TICKET) | IN COUNTRY TRANSPORTATION COSTS | TRANSPORTATION FROM BORDER TO JOBISTE | BORDER CROSSING | LODGING | # TRAVEL DAYS | SUBSISTENCE & MEALS ($15.88 per day) | TOTAL TRANSPORATION REIMBURSEMENTCOSTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Martinez Villalobos | Miguel | Durango | Berenice Cortez-H2 Visa | $ 45.00 | Monterrey | $ 46.00 | $ 91.00 | $ 77.00 | $ 6.00 | | 3 | $ 47.64 | $ 221.64 |