UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | Case No. 3:24-cv-00820-SDD-RLB |
| Plaintiffs, | JUDGE SHELLY D. DICK |
| v. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, | CLASS ACTION |
| Defendants. | |

**PROPOSED ORDER**

Plaintiffs' Motion for notice pursuant to 29 U.S.C. § 216(b) to similarly situated workers is GRANTED. IT IS ORDERED that Plaintiffs are similarly situated to other H-2A truck drivers employed by the Defendants and notice should be sent to those similarly situated workers, who are defined as:

> **All individuals admitted as H-2A temporary foreign workers who were employed by Defendants as truck drivers hauling harvested sugarcane within the state of Louisiana during the 2022, 2023, and/or 2024 sugarcane seasons.**

IT IS FURTHER ORDERED as follows:

1. Plaintiffs' proposed notice is approved. Plaintiffs are ordered to have the notice translated into Spanish for distribution.

2. Within fourteen (14) days of this order, Defendants shall provide Plaintiffs the names, addresses (U.S. and foreign), email addresses, telephone numbers (U.S., foreign, cell

1

phone, and WhatsApp), of all individuals who meet the above definition of similarly situated workers. Such information should be provided electronically when available.

3.  Not more than thirty (30) days after the production of the contact information, Plaintiffs shall distribute the notice and consent-to-sue forms to similarly situated individuals by mail, email, text message, WhatsApp, and by posting it on a web page that allows for electronic signature by potential opt-in Plaintiffs.

4.  Plaintiffs shall, not less than forty-five (45) after the first notice, distribute a reminder notice by email, text message, and WhatsApp.

5.  Individuals seeking to join this action must postmark or otherwise electronically send or sign their consent to sue forms within ninety (90) days after the first notice is sent.

IT IS SO ORDERED THIS ___ DAY OF _____, 2025

_____
SHELLY D. DICK
CHIEF UNITED STATES DISTRICT JUDGE