UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC,<br><br>Defendants. | Case No. 3:24-cv-00820-SDD-RLB<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION**

Plaintiffs file this Motion for Rule 23 Class Certification and hereby move to certify a class pursuant to Federal Rule of Civil Procedure 23(b)(3), declare that Plaintiffs are adequate class representatives, and appoint class counsel pursuant to Rule 23(g). Plaintiffs seek Rule 23 class certification of their second and third claims for relief for breach of contract and violations of the Louisiana Wage Payment Act, LA. REV. STAT. §§ 23:631, *et seq.* (Compl. ¶¶ 85-96) (ECF No. 1). Plaintiffs seek Rule 23 certification of a class defined as:

> **All individuals admitted as H-2A temporary foreign workers who were employed by Defendants as truck drivers hauling harvested sugarcane within the state of Louisiana during the 2021, 2022, 2023, and/or 2024 sugarcane seasons.**

For the reasons detailed in Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Rule 23 Class Certification, and the evidence attached, the Court should grant Plaintiffs' Motion for Rule 23 Class Certification, and (i) certify the Class; (ii) find that the

1

Named Plaintiffs are adequate class representatives; and (iii) appoint the undersigned attorneys as class counsel.

            Respectfully submitted,

            **/s/ James M. Knoepp**
            James M. Knoepp* (Lead Attorney)
            South Carolina Bar No. 102757
            *Admitted Pro Hac Vice*
            1612 Crestwood Drive
            Columbia, SC 29205
            Telephone: (828) 379-3169
            Email: jim@dawsonmorton.com

            **/s/ Dawson Morton**
            Dawson Morton
            California Bar No. 320811
            *Admitted Pro Hac Vice*
            1808 Sixth St.
            Berkeley, CA 94710
            Phone: (404) 590-1295
            Email: dawson@dawsonmorton.com

            **/s/ Daniel Davis**
            Daniel Davis, LA Bar No. 30141
            Estes Davis Law, LLC
            4465 Bluebonnet Blvd, Suite A
            Baton Rouge, LA 70809
            Telephone: (225) 336-3394
            Fax: (225) 384-5419
            Email: dan@estesdavislaw.com