PLAINTIFFS' MOTION FOR RULE 23 CLASS CERTIFICATION

Exhibit List

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of Dawson Morton |
| 2 | 2021 ETA-790 Clearance Order |
| 3 | 2022 ETA-790 Clearance Order |
| 4 | 2023 ETA-790 Clearance Order |
| 5 | 2024 ETA-790 Clearance Order |
| 6 | Defendants' Responses to Plaintiffs' First Set of Interrogatories |
| 7 | Defendants' Responses to Plaintiffs' Requests for Admission |
| 8 | Excerpts of 30(b)(6) Deposition of Defendant Cora Texas Growers and Harvesters Agricultural Association, Inc. |
| 9 | Sample checkstubs – Plaintiff Ernesto Jimenez-Gonzalez |
| 10 | Sample checkstubs – Plaintiff Jose Alberto Torres-Martinez |
| 11 | Sample checkstubs – Miguel Martinez-Villalobos (member of proposed class) |
| 12 | Excerpts of Deposition of Plaintiff Ernesto Jimenez-Gonzalez |
| 13 | Excerpts of Deposition of Plaintiff Jose Alberto Torres-Martinez |
| 14 | Spreadsheet Produced by Defendants Related to Reimbursement of Expenses |
| 15 | Declaration of James Knoepp |