EXHIBIT 4

2023 ETA-790 CLEARANCE ORDER

K.Nunez, N.Kessler, T.Dei
04.28.25
**Exhibit 004**
ALYSSA A. REPSIK



*OMB Approval: 1205-0466*
*Expiration Date: 11/30/2025*

Agricultural Clearance Order
Form ETA-790
**U.S. Department of Labor**

---

**IMPORTANT**: In accordance with 20 CFR 653.500, all employers seeking U.S. workers to perform agricultural services or labor on a temporary, less than year-round basis through the Agricultural Recruitment System for U.S. Workers, must submit a completed job clearance order (Form ETA-790) to the State Workforce Agency (SWA) for placement on its intrastate and interstate job clearance systems. Employers submitting a job order in connection with an H-2A Application for Temporary Employment Certification (Form ETA-9142A) must complete the Form ETA-790 and attach a completed ETA-790A. All other employers submitting agricultural clearance orders must complete the Form ETA-790 and attach a completed ETA-790B. Employers and authorized preparers must read the general instructions carefully, complete ALL required fields/items containing an asterisk ( * ), and any fields/items where a response is conditional as indicated by the section ( § ) symbol.

## I. Clearance Order Information

| FOR STATE WORKFORCE AGENCY (SWA) USE ONLY | | |
|---|---|---|
| *Questions 1 through 17* | | |
| 1. Clearance Order Number * <br> 1475925 | 2. Clearance Order Issue Date * <br> 7/5/2023 | 3. Clearance Order Expiration Date * <br> 10/31/2023 |
| 4. SOC Occupation Code * <br> 53-3032.00 | 5. SOC Occupation Title * <br> Heavy and Tractor-Trailer Truck Drivers | |

| SWA Order Holding Office Contact Information | | |
|---|---|---|
| 6. Contact's last (family) name * <br> Dalbor | 7. First (given) name * <br> Lana | 8. Middle name(s) § |
| 9. Contact's job title * <br> WFD Specialist | | |
| 10. Address 1 * <br> Iberville Career Solutions Center | | |
| 11. Address 2 *(suite/floor and number)* § <br> 23425 Railroad Avenue Suite 1 | | |
| 12. City * <br> Plaquemine | 13. State * <br> Louisiana | 14. Postal code * <br> 70764 |
| 15. Telephone number * <br> 225-687-0969 | 16. Extension § | 17. Email address * <br> FLC@LWC.LA.GOV |

## II. Employer Contact Information

| | | |
|---|---|---|
| 1. Legal Business Name * <br> Cora Texas Growers and Harvesters Agricultural Association, Inc. | | |
| 2. Trade Name/Doing Business As (DBA), if applicable § | | |
| 3. Contact's last (family) name * <br> Ramagos Sistrunk | 4. First (given) name * <br> Katie | 5. Middle name(s) § |
| 6. Contact's job title * <br> Officer | | |
| 7. Address 1 * <br> 36150 Richland Road | | |
| 8. Address 2 *(suite/floor and number)* § | | |
| 9. City * <br> White Castle | 10. State * <br> Louisiana | 11. Postal code * <br> 70788 |
| 12. Telephone number * <br> +1 (225) 937-5813 | 13. Extension § | 14. Business email address * <br> afarmersdaughterllc@gmail.com |
| 15. Federal Employer Identification Number *(FEIN from IRS)* * <br> 84-2339605 | | 16. NAICS Code * <br> 1119 |

## III. Type of Clearance Order

| 1. Indicate the type of agricultural clearance order being placed with the SWA for recruitment of U.S. workers. *(choose only one)* * | ☑ 790A (placed in connection with an H-2A application) <br> ☐ 790B (not placed in connection with an H-2A application) |
|---|---|

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

CONFIDENTIAL        CORA TEXAS - 000199

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



## A. Job Offer Information

**1. Job Title *** Agricultural Equipment Operators

| 2. Workers Needed * | a. Total | b. H-2A Workers | **Period of Intended Employment** | |
|---|---|---|---|---|
| | 240 | 240 | 3. First Date * 9/1/2023 | 4. Last Date * 12/31/2023 |

**5.** Will this job generally require the worker to be on-call 24 hours a day and 7 days a week? *
If "Yes", proceed to question 8. If "No", complete questions 6 and 7 below.
☐ Yes  ☑ No

**6.** Anticipated days and hours of work per week *(an entry is required for each box below)* *

| 48 | **a. Total Hours** | 8 | c. Monday | 8 | e. Wednesday | 8 | g. Friday |
| 0 | b. Sunday | 8 | d. Tuesday | 8 | f. Thursday | 8 | h. Saturday |

**7.** Hourly Work Schedule *
a. 3 : 00  ☑ AM  ☐ PM
b. 11 : 30  ☑ AM  ☐ PM

**Temporary Agricultural Services and Wage Offer Information**

**8a.** Job Duties - Description of the specific services or labor to be performed. *
*(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

| 8b. Wage Offer * $ 23 . 16 | 8c. Per * ☑ HOUR ☐ MONTH | 8d. Piece Rate Offer § $ ____.__ | 8e. Piece Rate Units / Estimated Hourly Rate / Special Pay Information § |
|---|---|---|---|

**9.** Is a completed **Addendum A** providing additional information on the crops or agricultural activities to be performed and wage offers attached to this job offer? *
☐ Yes  ☑ N/A

**10.** Frequency of Pay: *  ☑ Weekly  ☐ Biweekly  ☐ Other (specify): N/A

**11.** State all deduction(s) from pay and, if known, the amount(s). *
*(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



---

**B. Minimum Job Qualifications/Requirements**

1. Education: minimum U.S. diploma/degree required. *
   ☒ None  ☐ High School/GED  ☐ Associate's  ☐ Bachelor's  ☐ Master's or higher  ☐ Other degree (JD, MD, etc.)

| 2. Work Experience: number of <u>months</u> required. * | 12 | 3. Training: number of <u>months</u> required. * | 0 |
|---|---|---|---|

4. Basic Job Requirements (check all that apply) §

   ☒ a. Certification/license requirements
   ☒ b. Driver requirements
   ☐ c. Criminal background check
   ☒ d. Drug screen
   ☒ e. Lifting requirement  50  lbs.

   ☒ f. Exposure to extreme temperatures
   ☒ g. Extensive pushing or pulling
   ☒ h. Extensive sitting or walking
   ☒ i. Frequent stooping or bending over
   ☒ j. Repetitive movements

| 5a. Supervision: does this position supervise the work of other employees? * | ☐ Yes  ☒ No | 5b. If "Yes" to question 5a, enter the number of employees worker will supervise. § | |
|---|---|---|---|

6. Additional Information Regarding Job Qualifications/Requirements. *
   *(Please begin response on this form and use Addendum C if additional space is needed. If no additional skills or requirements, enter "**NONE**" below)*

   See Addendum C

---

**C. Place of Employment Information**

1. Place of Employment Address/Location *
016 Wilberts/Island/Loading Side, Bayou Jacob Rd (N30°16'45.9, W91°15'39.2)

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| Plaquemine | Louisiana | 70764 | Iberville |

6. Additional Place of Employment Information.  *(If no additional information, enter "**NONE**" below)* *
Crops grown: Sugarcane; 017 Wilberts/Star, Bayou Jacob Rd; 755 Sod Farm, Evergreen Rd; 169 A Wilberts Mg West, Myrtle Grove Rd; 170 A Wilberts Mg Rear/Loading Side, Myrtle Grove Rd; 171 Wilberts Enterprise/Loading Side, LA 77; 174 Wilberts Milly Plantation Stassy Rd/Loading Side, Bayou Rd; 175 Wilberts Milly #3 CLI/Loading Side, Belleview Rd; 176 Wilberts Milly #1A/Loading Side, Milly Plantation Rd; 177 Wilberts Village/Loading Side, 63315 Bayou Rd; 150 A Wilberts "Milly 2", Milly Plantation Rd

| 7. Is a completed **Addendum B** providing additional information on the places of employment and/or agricultural businesses who will employ workers, or to whom the employer will be providing workers, attached to this job order? * | ☒ Yes  ☐ N/A |
|---|---|

---

**D. Housing Information**

1. Housing Address/Location *
Cora Texas Association - 56815 Lydia Lane

| 2. City * | 3. State * | 4. Postal Code * | 5. County * |
|---|---|---|---|
| White Castle | Louisiana | 70788 | Iberville |

| 6. Type of Housing *(check only one)* * | 7. Total Units * | 8. Total Occupancy * |
|---|---|---|
| ☒ Employer-provided (including mobile or range)   ☐ Rental or public | 1 | 30 |

9. Identify the entity that determined the housing met all applicable standards: *
   ☒ Local authority  ☒ SWA  ☐ Other State authority  ☒ Federal authority  ☐ Other (specify): _____

10. Additional Housing Information.  *(If no additional information, enter "**NONE**" below)* *
   Head west on Cambre St toward Mayor Maurice Brown St. In 0.1 mile turn right onto Leona Ave. In 0.1 mile turn left onto LA-1 N. In 1.2 miles turn left onto Catherine Rd. In 0.8 miles Turn left onto Lydia Ln and go 0.2 miles.

| 11. Is a completed **Addendum B** providing additional information on housing that will be provided to workers attached to this job order? * | ☒ Yes  ☐ N/A |
|---|---|

---

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



---

**E. Provision of Meals**

1. Describe <u>how</u> the employer will provide each worker with three meals per day or furnish free and convenient cooking and kitchen facilities. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

Employer does not provide meals.  Employer-provided housing includes free and convenient kitchen facilities with appropriate equipment, appliances, cooking accessories, and dishwashing facilities for meal preparation.  For workers residing in employer-provided housing, employer also provides free transportation once per week to/from closest town or city for personal errands (e.g., groceries, banking services).  Dining, kitchen/cooking facilities and other common areas are shared by all workers.  In the event that kitchen facilities become unavailable during the contract period, employer will provide three daily meals in accordance with 20 CFR 655.122(g).  In such circumstances, employer will deduct the cost of such meals up to the maximum allowable amount published in the Federal Register, or as otherwise approved by the U.S. Department of Labor.

| 2. The employer: * | ☐ **WILL NOT** charge workers for meals. | | |
|---|---|---|---|
| | ☑ **WILL** charge each worker for meals at | $ 15 . 46 | per day, if meals are provided. |

**F. Transportation and Daily Subsistence**

1. Describe the terms and arrangements for daily transportation the employer will provide to workers. *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

See Addendum C

2. Describe the terms and arrangements for providing workers with transportation (a) to the place of employment (*i.e.*, inbound) and (b) from the place of employment (*i.e.*, outbound). *
   *(Please begin response on this form and use Addendum C if additional space is needed.)*

Employer pays/reimburses foreign workers for all visa-related costs (excluding passport fees) in the first workweek. For non-local workers, employer arranges/provides inbound transportation via common carrier mode of transportation (e.g., bus or plane) and reimburses workers for daily subsistence and reasonable lodging costs, if applicable. Use of employer-offered transportation is voluntary.

| 3. During the travel described in Item 2, the employer will pay for or reimburse daily meals by providing each worker * | a. no less than | $ 15 . 46 | per day * |
|---|---|---|---|
| | b. no more than | $ 59 . 00 | per day with receipts |

**G. Referral and Hiring Instructions**

CONFIDENTIAL    CORA TEXAS - 000202

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



| 1. | Explain **how** prospective applicants may be considered for employment under this job order, including verifiable contact information for the employer (or the employer's authorized hiring representative), methods of contact, and the days and hours applicants will be considered for the job opportunity. * |
|---|---|

*(Please begin response on this form and use Addendum C if additional space is needed.)*
Employer accepts referrals and applicants from all sources.  Interview required.  Employer  conducts interviews by phone at time of inquiry or within a reasonable time thereafter. Interviews conducted at no cost to applicants, whether via phone or in-person.  Contact Employer  Monday through Friday during the hours of 9:00 AM - 5:00 PM CT. If unavailable, contact employer 's agent during the hours of 8:00 AM - 4:00 PM CT..
Employer Agent:
AgWorks H2, LLC (a MAS Labor company)
(434) 260-8833
referrals@maslabor.com
Referring State Workforce Agency (SWA) is responsible for informing applicants of terms and conditions of employment.  After coordinating referral with local order holding office, referring SWA should contact employer or employers agent to provide notice of the referral.  When possible, SWA should furnish translator services as needed.  Employer requests advance notice by the SWA if holding office intends to refer multiple applicants concurrently.

To be eligible for employment, applicants must:
1. Be able, willing, and available to perform the specified job duties for the duration of the contract period;
2. Have been apprised of all material terms and conditions of employment;
3. Agree to abide by all material terms and conditions of employment;
4. Be legally authorized to work in the United States; AND
5. Satisfy all minimum job requirements.

| 2. Telephone Number to Apply *<br>+1 (225) 937-5813 | 3. Extension §<br>N/A | 4. Email Address to Apply *<br>afarmersdaughterllc@gmail.com |
|---|---|---|
| 5. Website Address (URL) to Apply *<br>louisianaworks.net/hire/vosnet/Default.aspx | | |

**H.  Additional Material Terms and Conditions of the Job Offer**

| 1. | Is a completed **Addendum C** providing additional information about the material terms, conditions, and benefits (monetary and non-monetary) that will be provided by the employer attached to this job order? * | ☑ Yes   ☐ No |
|---|---|---|

**I.  Conditions of Employment and Assurances for H-2A Agricultural Clearance Orders**

By virtue of my signature below, I **HEREBY CERTIFY** my knowledge of and compliance with applicable Federal, State, and local employment-related laws and regulations, including employment-related health and safety laws, and certify the following conditions of employment:

1. **JOB OPPORTUNITY**:  Employer assures that the job opportunity identified in this clearance order (hereinafter also referred to as the "job order") is a full-time temporary position being placed with the SWA in connection with an *H-2A Application for Temporary Employment Certification* for H-2A workers and this clearance order satisfies the requirements for agricultural clearance orders in 20 CFR part 653, subpart F and the requirements set forth in 20 CFR 655, subpart B.  This job opportunity offers U.S. workers no less than the same benefits, wages, and working conditions that the employer is offering, intends to offer, or will provide to H-2A workers and complies with the requirements at 20 CFR part 655, subpart B.  The job opportunity is open to any qualified U.S. worker regardless of race, color, national origin, age, sex, religion, handicap, or citizenship.

2. **NO STRIKE, LOCKOUT, OR WORK STOPPAGE**:  Employer assures that this job opportunity, including all places of employment for which the employer is requesting temporary agricultural labor certification does not currently have workers on strike or being locked out in the course of a labor dispute.  20 CFR 655.135(b).

3. **HOUSING FOR WORKERS**:  Employer agrees to provide or secure housing for the H-2A workers and those workers in corresponding employment who are not reasonably able to return to their residence at the end of the work day.  That housing complies with the applicable local, State, and/or Federal standards and is sufficient to house the specified number of workers requested through the clearance system. The employer will provide the housing without charge to the worker.  Any charges for rental housing will be paid directly by the employer to the owner or operator of the housing.  If public accommodations or public housing are provided to workers, the employer agrees to pay all housing-related charges directly to the housing's management.  The employer agrees that charges in the form of deposits for bedding or other similar incidentals related to housing (e.g., utilities) must not be levied upon workers.  However, the employer may require workers to reimburse them for damage caused to housing by the individual worker(s) found to have been responsible for damage which is not the result of normal wear and tear related to habitation.  When it is the prevailing practice in the area of intended employment and the occupation to provide family housing, the employer agrees to provide family housing at no cost to workers with families who request it.  20 CFR 655.122(d), 653.501(c)(3)(vi).

   *Request for Conditional Access to Intrastate or Interstate Clearance System*:  Employer assures that the housing disclosed on this clearance order will be in full compliance with all applicable local, State, and/or Federal standards at least 20 calendar days before the housing is to be occupied. 20 CFR 653.502(a)(3).  The Certifying Officer will not certify the application until the employer provides evidence that housing has been inspected and approved or, in the case of rental or public accommodations, is otherwise in full compliance.

4. **WORKERS' COMPENSATION COVERAGE**:  Employer agrees to provide workers' compensation insurance coverage in compliance with State law covering injury and disease arising out of and in the course of the worker's employment.  If the type of employment for which the certification is sought is not covered by or is exempt from the State's workers' compensation law, the employer agrees to provide, at no cost to the worker, insurance covering injury and disease arising out of and in the course of the worker's employment that will provide benefits at least equal to those provided under the State workers' compensation law for other comparable employment.  20 CFR 655.122(e).

5. **EMPLOYER-PROVIDED TOOLS AND EQUIPMENT**:  Employer agrees to provide to the worker, without charge or deposit charge, all tools, supplies, and equipment required to perform the duties assigned.  20 CFR 655.122(f), .210(d), or .302(c).

Form ETA-790A                         FOR DEPARTMENT OF LABOR USE ONLY                                      Page 4 of 8
H-2A Case Number:  H-300-23185-165619     Case Status: Full Certification     Determination Date: 08/23/2023     Validity Period:               to

CONFIDENTIAL                    CORA TEXAS - 000203

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



6.  **MEALS**:  Employer agrees to provide each worker with three meals a day or furnish free and convenient cooking and kitchen facilities to the workers that will enable the workers to prepare their own meals.  Where the employer provides the meals, the job offer will state the charge, if any, to the worker for such meals.  The amount of meal charges is governed by 20 CFR 655.173.  20 CFR 655.122(g).  When a charge or deduction for the cost of meals would bring the worker's wage below the minimum wage set by the FLSA at 29 U.S.C. 206, the charge or deduction must meet the requirements of 29 U.S.C. 203(m) of the FLSA, including the recordkeeping requirements found at 29 CFR 516.27.

    For workers engaged in the herding or production of livestock on the range, the employer agrees to provide each worker, without charge or deposit charge, (1) either three sufficient meals a day, or free and convenient cooking facilities and adequate provision of food to enable the worker to prepare his own meals.  To be sufficient or adequate, the meals or food provided must include a daily source of protein, vitamins, and minerals; and (2) adequate potable water, or water that can be easily rendered potable and the means to do so.  20 CFR 655.210(e).

7.  **TRANSPORTATION AND DAILY SUBSISTENCE**:  Employer agrees to provide the following transportation and daily subsistence benefits to eligible workers.

    A.  *Transportation to Place of Employment (Inbound)*

        If the worker completes 50 percent of the work contract period, and the employer did not directly provide such transportation or subsistence or otherwise has not yet paid the worker for such transportation or subsistence costs, the employer agrees to reimburse the worker for reasonable costs incurred by the worker for transportation and daily subsistence from the place from which the worker came to work for the employer to the employer's place of employment, whether in the U.S. or abroad.  The amount of the transportation payment must be no less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved.  The amount the employer will pay for daily subsistence expenses are those amounts disclosed in this clearance order, which are at least as much as the employer would charge the worker for providing the worker with three meals a day during employment (if applicable), but in no event will be less than the amount permitted under 20 CFR 655.173(a).  The employer understands that the Fair Labor Standards Act applies independently of the H-2A requirements and imposes obligations on employers regarding payment of wages. 20 CFR 655.122(h)(1).

    B.  *Transportation from Place of Employment (Outbound)*

        If the worker completes the work contract period, or is terminated without cause, and the worker has no immediate subsequent H-2A employment, the employer agrees to provide or pay for the worker's transportation and daily subsistence from the place of employment to the place from which the worker came to work for the employer, disregarding intervening employment, departed to work for the employer.  Return transportation will not be provided to workers who voluntarily abandon employment before the end of the work contract period, or who are terminated for cause, if the employer follows the notification requirements in 20 CFR 655.122(n).

        If the worker has contracted with a subsequent employer who has not agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's place of employment to such subsequent employer's place of employment, the employer must provide for such expenses.  If the worker has contracted with a subsequent employer who has agreed in such work contract to provide or pay for the worker's transportation and daily subsistence expenses from the employer's place of employment to such subsequent employer's place of employment, the subsequent employer must provide or pay for such expenses.

        The employer is not relieved of its obligation to provide or pay for return transportation and subsistence if an H-2A worker is displaced as a result of the employer's compliance with the employer's obligation to hire U.S. workers who apply or are referred after the recruitment period set out in 20 CFR 655.135(d). 20 CFR 655.122(h)(2).

    C.  *Daily Transportation*

        Employer agrees to provide transportation between housing provided or secured by the employer and the employer's place(s) of employment at no cost to the worker. 20 CFR 655.122(h)(3).

    D.  *Compliance with Transportation Standards*

        Employer assures that all employer-provided transportation will comply with all applicable Federal, State, or local laws and regulations.  Employer agrees to provide, at a minimum, the same transportation safety standards, driver licensure, and vehicle insurance as required under 29 U.S.C. 1841 and 29 CFR 500.104 or 500.105 and 29 CFR 500.120 to 500.128.  If workers' compensation is used to cover transportation, in lieu of vehicle insurance, the employer will ensure that such workers' compensation covers all travel or that vehicle insurance exists to provide coverage for travel not covered by workers' compensation.  Employer agrees to have property damage insurance.  20 CFR 655.122(h)(4).

8.  **THREE-FOURTHS GUARANTEE**:  Employer agrees to offer the worker employment for a total number of work hours equal to at least three-fourths of the workdays of the total period beginning with the first workday after the arrival of the worker at the place of employment or the advertised contractual first date of need, whichever is later, and ending on the expiration date specified in the work contract or in its extensions, if any. 20 CFR 655.122(i).

    The employer may offer the worker more than the specified hours of work on a single workday.  For purposes of meeting the three-fourths guarantee, the worker will not be required to work for more than the number of hours specified in the job order for a workday, or on the worker's Sabbath or Federal holidays.  If, during the total work contract period, the employer affords the U.S. or H-2A worker less employment than that required under this guarantee, the employer will pay such worker the amount the worker would have earned had the worker, in fact, worked for the guaranteed number of days.  An employer will not be considered to have met the work guarantee if the employer has merely offered work on three-fourths of the workdays if each workday did not consist of a full number of hours of work time as specified in the job order.  All hours of work actually performed may be counted by the employer in calculating whether the period of guaranteed employment has been met.  Any hours the worker fails to work, up to a maximum of the number of hours specified in the job order for a workday, when the worker has been offered an opportunity to work, and all hours of work actually performed (including voluntary work over 8 hours in a workday or on the worker's Sabbath or Federal holidays), may be counted by the employer in calculating whether the period of guaranteed employment has been met.  20 CFR 655.122(i).

    If the worker is paid on a piece rate basis, the employer agrees to use the worker's average hourly piece rate earnings or the required hourly wage rate, whichever is higher, to calculate the amount due under the three-fourths guarantee.  20 CFR 655.122(i).

CONFIDENTIAL

CORA TEXAS - 000204

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



If the worker voluntarily abandons employment before the end of the period of employment set forth in the job order, or is terminated for cause, and the employer follows the notification requirements in 20 CFR 655.122(n), the worker is not entitled to the three-fourths guarantee. The employer is not liable for payment of the three-fourths guarantee to an H-2A worker whom the Department of Labor certifies is displaced due to the employer's requirement to hire qualified and available U.S. workers during the recruitment period set out in 20 CFR 655.135(d), which lasts until 50 percent of the period of the work contract has elapsed (50 percent rule). 20 CFR 655.122(i).

*Important Note*: In circumstances where the work contract is terminated due to contract impossibility under 20 CFR 655.122(o), the three-fourths guarantee period ends on the date of termination.

9. **EARNINGS RECORDS**: Employer agrees to keep accurate and adequate records with respect to the workers' earnings at the place or places of employment, or at one or more established central recordkeeping offices where such records are customarily maintained. The records must include each worker's permanent address, and, when available, permanent email address, and phone number(s). All records must be available for inspection and transcription by the Department of Labor or a duly authorized and designated representative, and by the worker and representatives designated by the worker as evidenced by appropriate documentation. Where the records are maintained at a central recordkeeping office, other than in the place or places of employment, such records must be made available for inspection and copying within 72 hours following notice from the Department of Labor, or a duly authorized and designated representative, and by the worker and designated representatives. The content of earnings records must meet all regulatory requirements and be retained by the employer for a period of not less than 3 years after the date of certification by the Department of Labor. 20 CFR 655.122(j).

10. **HOURS AND EARNINGS STATEMENTS**: Employer agrees to furnish to the worker on or before each payday in one or more written statements the following information: (1) the worker's total earnings for the pay period; (2) the worker's hourly rate and/or piece rate of pay; (3) the hours of employment offered to the worker (showing offers in accordance with the three-fourths guarantee as determined in 20 CFR 655.122(i), separate from any hours offered over and above the guarantee); (4) the hours actually worked by the worker; (5) an itemization of all deductions made from the worker's wages; (6) if piece rates are used, the units produced daily; (7) beginning and ending dates of the pay period; and (8) the employer's name, address and FEIN. 20 CFR 655.122(k).

For workers engaged in the herding or production of livestock on the range, the employer is exempt from recording and furnishing the hours actually worked each day, the time the worker begins and ends each workday, as well as the nature and amount of work performed, but otherwise must comply with the earnings records and hours and earnings statement requirements set out in 20 CFR 655.122(j) and (k). The employer agrees to keep daily records indicating whether the site of the employee's work was on the range or off the range. If the employer prorates a worker's wage because of the worker's voluntary absence for personal reasons, it must also keep a record of the reason for the worker's absence. 20 CFR 655.210(f).

11. **RATES OF PAY**: The employer agrees that it will offer, advertise in its recruitment, and pay at least the Adverse Effect Wage Rate (AEWR), a prevailing wage rate, the agreed-upon collective bargaining rate, the Federal minimum wage, or the State minimum wage, whichever is highest, for every hour or portion thereof worked during a pay period. If the offered wage(s) disclosed in this clearance order is/are based on commission, bonuses, or other incentives, the employer guarantees the wage paid on a weekly, semi-monthly, or monthly basis will equal or exceed the AEWR, prevailing wage rate, Federal minimum wage, State minimum wage, or any agreed-upon collective bargaining rate, whichever is highest. If the applicable AEWR or prevailing wage is adjusted during the contract period, and that new rate is higher than the highest of the AEWR, the prevailing wage, the collective bargaining rate, the Federal minimum wage, or the State minimum wage, the employer will increase the pay of all employees in the same occupation to the higher rate no later than the effective date of the adjustment. If the new AEWR or prevailing wage is lower than the rate guaranteed on this job order, the employer will continue to pay at least the rate guaranteed on this job order.

If the worker is paid on a piece rate basis, the piece rate must be no less than the prevailing piece rate for the crop activity or agricultural activity and, if applicable, a distinct work task or tasks performed in that activity in the geographic area, if one has been issued. At the end of the pay period, if the piece rate does not result in average hourly piece rate earnings during the pay period at least equal to the amount the worker would have earned had the worker been paid at the appropriate hourly rate, the employer agrees to supplement the worker's pay at that time so that the worker's earnings are at least as much as the worker would have earned during the pay period if the worker had instead been paid at the appropriate hourly wage rate for each hour worked. 20 CFR 655.120, 655.122(l).

For workers engaged in the herding or production of livestock on the range, the employer agrees to pay the worker at least the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, in effect at the time work is performed, whichever is highest, for every month of the job order period or portion thereof. If the offered wage disclosed in this clearance order is based on commissions, bonuses, or other incentives, the employer guarantees that the wage paid will equal or exceed the monthly AEWR, the agreed-upon collective bargaining wage, or the applicable minimum wage imposed by Federal or State law or judicial action, whichever is highest, and will be paid to each worker free and clear without any unauthorized deductions. The employer may prorate the wage for the initial and final pay periods of the job order period if its pay period does not match the beginning or ending dates of the job order. The employer also may prorate the wage if an employee is voluntarily unavailable to work for personal reasons. 20 CFR 655.210(g).

12. **FREQUENCY OF PAY**: Employer agrees to pay workers when due based on the frequency disclosed in this clearance order. 20 CFR 655.122(m).

13. **ABANDONMENT OF EMPLOYMENT OR TERMINATION FOR CAUSE**: If a worker voluntarily abandons employment before the end of the contract period, or is terminated for cause, the employer is not responsible for providing or paying for the subsequent transportation and subsistence expenses of that worker, and that worker is not entitled to the three-fourths guarantee, if the employer notifies the U.S. Department of Labor and, if applicable, the Department of Homeland Security, in writing or by any other method specified by the Department of Labor or the Department of Homeland Security in the *Federal Register*, not later than 2 working days after the abandonment or termination occurs. A worker will be deemed to have abandoned the work contract after the worker fails to show up for work at the regularly scheduled time for 5 consecutive work days without the consent of the employer. 20 CFR 655.122(n).

14. **CONTRACT IMPOSSIBILITY**: The work contract may be terminated before the end date of work specified in the work contract if the services of the workers are no longer required for reasons beyond the control of the employer due to fire, weather, or other Act of God that makes fulfillment of the contract impossible, as determined by the Department of Labor. In the event that the work contract is terminated, the employer agrees to fulfill the three-fourths guarantee for the time that has elapsed from the start date of work specified in the work contract to the date of termination. The employer also agrees that it will make efforts to transfer the worker to other comparable employment acceptable

**Form ETA-790A**
H-2A Case Number: H-300-23185-165619
**FOR DEPARTMENT OF LABOR USE ONLY**
CONFIDENTIAL
Case Status: Full Certification    Determination Date: 08/23/2023    Validity Period: ___ to ___
CORA TEXAS - 000205
Page 6 of 8

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



to the worker and consistent with existing immigration laws. In situations where a transfer is not affected, the employer agrees to return the worker at the employer's expense to the place from which the worker, disregarding intervening employment, came to work for the employer, or transport the worker to his/her next certified H-2A employer, whichever the worker prefers. The employer will also reimburse the worker the full amount of any deductions made by the employer from the worker's pay for transportation and subsistence expenses to the place of employment. The employer will also pay the worker for any transportation and subsistence expenses incurred by the worker to that employer's place of employment. The amounts the employer will pay for subsistence expenses per day are those amounts disclosed in this clearance order. The amount of the transportation payment must not be less (and is not required to be more) than the most economical and reasonable common carrier transportation charges for the distances involved. 20 CFR 655.122(o).

The employer is not required to pay for transportation and daily subsistence from the place of employment to a subsequent employer's place of employment if the worker has contracted with a subsequent employer who has agreed to provide or pay for the worker's transportation and subsistence expenses from the present employer's place of employment to the subsequent employer's place of employment. 20 CFR 655.122(h)(2).

15. **DEDUCTIONS FROM WORKER'S PAY**: Employer agrees to make all deductions from the worker's paycheck required by law. This job offer discloses all deductions not required by law which the employer will make from the worker's paycheck and all such deductions are reasonable, in accordance with 20 CFR 655.122(p) and 29 CFR part 531. The wage requirements of 20 CFR 655.120 will not be met where undisclosed or unauthorized deductions, rebates, or refunds reduce the wage payment made to the employee below the minimum amounts required under 20 CFR part 655, subpart B, or where the employer fails to receive such amounts free and clear because the employee kicks back directly or indirectly to the employer or to another person for the employer's benefit the whole or part of the wage delivered to the employee. 20 CFR 655.122(p).

16. **DISCLOSURE OF WORK CONTRACT**: Employer agrees to provide a copy of the work contract to an H-2A worker no later than the time at which the worker applies for the visa, or to a worker in corresponding employment no later than on the day work commences. For an H-2A worker coming to the employer from another H-2A employer or who does not require a visa for entry to the United States, the employer agrees to provide a copy of the work contract no later than the time an offer of employment is made to the H-2A worker. A copy of the work contract will be provided to each worker in a language understood by the worker, as necessary or reasonable. In the absence of a separate, written work contract entered into between the employer and the worker, the work contract at minimum will be the terms of this clearance order, including all Addenda, the certified *H-2A Application for Temporary Employment Certification* and any obligations required under 8 U.S.C. 1188, 29 CFR part 501, or 20 CFR part 655, subpart B. 20 CFR 655.122(q).

17. **ADDITIONAL ASSURANCES FOR CLEARANCE ORDERS**:

    A.    Employer agrees to provide to workers referred through the clearance system the number of hours of work disclosed in this clearance order for the week beginning with the anticipated first date of need, unless the employer has amended the first date of need at least 10 business days before the original first date of need by so notifying the Order-Holding Office (OHO) in writing (*e.g.*, email notification). The employer understands that it is the responsibility of the SWA to make a record of all notifications and attempt to inform referred workers of the amended first date of need expeditiously. 20 CFR 653.501(c)(3)(i).

        If there is a change to the anticipated first date of need, and the employer fails to notify the OHO at least 10 business days before the original first date of need, the employer agrees that it will pay eligible workers referred through the clearance system the specified rate of pay disclosed in this clearance order for the first week starting with the originally anticipated first date of need or will provide alternative work if such alternative work is stated on the clearance order. 20 CFR 653.501(c)(5).

    B.    Employer agrees that no extension of employment beyond the period of employment specified in the clearance order will relieve it from paying the wages already earned, or if specified in the clearance order as a term of employment, providing transportation from the place of employment, as described in paragraph 7.B above. 20 CFR 653.501(c)(3)(ii).

    C.    Employer assures that all working conditions comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration, and other employment-related laws. 20 CFR 653.501(c)(3)(iii).

    D.    Employer agrees to expeditiously notify the OHO or SWA by emailing and telephoning immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment. 20 CFR 653.501(c)(3)(iv).

    E.    If acting as a farm labor contractor (FLC) or farm labor contractor employee (FLCE) on this clearance order, the employer assures that it has a valid Federal FLC certificate or Federal FLCE identification card and when appropriate, any required State FLC certificate. 20 CFR 653.501(c)(3)(v).

    F.    Employer assures that outreach workers will have reasonable access to the workers in the conduct of outreach activities pursuant to 20 CFR 653.107. 20 CFR 653.501(c)(3)(vii).

*I **declare** under penalty of perjury that I have read and reviewed this clearance order, including every page of this Form ETA-790A and all supporting addendums, and that to the best of my knowledge, the information contained therein is true and accurate. This clearance order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. 20 CFR 653.501(c)(3)(viii). I understand that to knowingly furnish materially false information in the preparation of this form and/or any supplement thereto or to aid, abet, or counsel another to do so is a federal offense punishable by fines, imprisonment, or both. 18 U.S.C. §§ 2, 1001.*

| 1. Last (family) name *<br>Ramagos Sistrunk | 2. First (given) name *<br>Katie | 3. Middle initial § |
|---|---|---|
| 4. Title *<br>Officer | | |

CONFIDENTIAL

CORA TEXAS - 000206

*OMB Approval:* 1205-0466
*Expiration Date:* 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A
**U.S. Department of Labor**



| 5. Signature (or digital signature) * | | 6. Date signed * |
|---|---|---|
| Digital Signature Verified and Retained By | *Certifying Officer* | 7/18/2023 |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A     **FOR DEPARTMENT OF LABOR USE ONLY**     Page 8 of 8

H-2A Case Number: H-300-23185-165619    Case Status: Full Certification    Determination Date: 08/23/2023    Validity Period: ___ to ___

CONFIDENTIAL     CORA TEXAS - 000207

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| 1887 Farms, Inc. | 016 Wilberts/Island/Loading Side, Bayou Jacob Rd (N3016'45.9, W9115'39.2) Plaquemine, Louisiana 70764 IBERVILLE | Crops grown: Sugarcane; 017 Wilberts/Star, Bayou Jacob Rd; 755 Sod Farm, Evergreen Rd; 169 A Wilberts Mg West, Myrtle Grove Rd; 170 A Wilberts Mg Rear/Loading Side, Myrtle Grove Rd; 171 Wilberts Enterprise/Loading Side, LA 77; 174 Wilberts Milly Plantation Stassy Rd/Loading Side, Bayou Rd; 175 Wilberts Milly #3 CLI/Loading Side, Belleview Rd; 176 Wilberts Milly #1A/Loading Side, Milly Plantation Rd; 177 Wilberts Village/Loading Side, 63315 Bayou Rd; 150 A Wilberts "Milly 2", Milly Plantation Rd | 9/1/2023 | 12/31/2023 | 8 |
| Alton Landry, Inc. | 065 Mcdonald/Jones/Hayhur/Loading Side, Laurel Ridge Rd (N30˚10.048', W091˚07.296') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 066 Leblanc and Co/Loading Side, Laurel Ridge Rd; 067 Jumonville P&M/Loading Side, Laurel Ridge Rd; 068 Estate Marie Leblanc, Burke Rd; 069 RJ Hymel/Loading Side, LA-405; 070 Est Ed Koch/Martin K/Loading Side/Shop, LA-1; 071 Meijer/Meijer Trust/Loading Side, LA-1; 072 Martin Koch RR/Loading Side, LA-1; 180 Dow Chemical Company/Loading Side, LA 405; 086 G Griffon/M Sullivan/Loading Side, Breaux St | 9/1/2023 | 12/31/2023 | 4 |
| Alton Landry, Inc. | 080 Murrell Pltn Co/Loading Side, Augusta Rd (N30˚11.796', W91˚12.574') Bayou Goula, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 4 |
| Guillot Farms, Inc. | 007 Daigle Estate/Loading Side, LA 995 (N30˚07.319', W091˚09.166') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 009 Guillot Land Co LLC/Loading Side, LA 404; 054 Hernandez Tract/Loading Side, 34040 Richland Rd; 057 Genevieve Hymel/Loading Side, LA 3001; 058 Reggie Dunbar/Guillot Land Loading Side, LA 404; 060 Nolan Himel, 35550 Richland Rd; 083 Guy Hymel, 57755 LA 404; 100 L N Folse Co/Loading Side, 34520 KC Dr; 101 F Sam Leblanc Co LLC/ Loading Side, KC Dr; 115 Carbo, LA 69; 342 Est of Ruby Joseph-Front Pl/Loading Side, Bowie St | 9/1/2023 | 12/31/2023 | 2 |
| Guillot Farms, Inc. | 007 Daigle Estate/Loading Side, LA 995 (N30˚07.319', W091˚09.166') White Castle, Louisiana 70788 IBERVILLE | 340 Est of Ruby Joseph-Fifty Foot/Loading Side, Fifty Foot Rd; 003 Angella Boudreaux/Loading Side, Fifty Foot Rd; 344 Allen Medine Sr Estate/Loading Side, 55275 Grand Rd; 345 Allen Medine Sr Est/Loading Side, 55275 Grand Rd; 099 Jumonville/Loading Side, Clarke Rd; 043 Jos A Maggio Fr Et Als/Loading Side, KC Dr; 089 David Sanchez/Loading Side, 55275 Grand Rd; 034 Sandy Ridge Farms/Loading Side, 36865 LA 69; 102 John R Latino, KC Dr; 103 White Castle Fertilizer C/Loading Side, 32549 Cora Rd | 9/1/2023 | 12/31/2023 | 2 |
| Guillot Farms, Inc. | 007 Daigle Estate/Loading Side, LA 995 (N30˚07.319', W091˚09.166') White Castle, Louisiana 70788 IBERVILLE | 112 Rodriguez/Loading Side, 32910 Celeste St; 055 Lawton Tract/Loading Side, Cedar Grove Rd; East West/Loading Side, Richland Rd; 084 Calvin Medine, Jr, Richland Rd; 134 Constance Major, LA 3001 | 9/1/2023 | 12/31/2023 | 2 |
| Guillot Farms, Inc. | 353 Zeringue Properties, LA 405 (N30˚11.410', W091˚02.133') Donaldsonville, Louisiana 70788 ASCENSION | Crops grown: Sugarcane; 354 Mulberry Grove/Loading Side, LA 405; 355 Pelico (Caballero Plt), Rayville Rd; 357 Jeanne and Aubin Zering, LA 405 | 9/1/2023 | 12/31/2023 | 2 |
| Harang Sugars, LLC | 230 Churchill/Thibaut/Evanhall/Loading Side, 32366 LA 943 (N30˚06.539', W091˚03.723') Donaldsonville, Louisiana 70346 ASCENSION | Crops grown: Sugarcane; 264 Mcmanor Plantation/Shop/Loading Side, Frank Noel Rd; 266 St Emma Plantation/Loading Side, 1181 Saint Emma Rd; 267 Rousso Farms/Loading Side, LA 1; 268 Reynaud Tract, Loop 945 St; 296 Mt Trumph Baptist Church, Loop | 9/1/2023 | 12/31/2023 | 8 |
| Harang Sugars, LLC | 265 Savoie Industries Inc., Avon Rd (N30˚03.944', W091˚03.826') Belle Rose, Louisiana 70341 ASSUMPTION | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 8 |
| Jarreau Farms, LLC | 911-910 Overpass, US 190 E Hwy 77 Livonia, Louisiana 70755 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 3 |

## D. Additional Housing Information

**FOR DEPARTMENT OF LABOR USE ONLY**

H-2A Case Number: H-300-23185-165619          Case Status: Full Certification          Determination Date: 08/23/2023          Validity Period:

CONFIDENTIAL

CORA TEXAS - 000208

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Jarreau Farms, LLC | Boudreaux Property, 912-911 Wesley, 279 Hwy (N30´30.214',W091´30.868' Elv44ft) Maringouin, Louisiana 70757 IBERVILLE | Crops grown: Sugarcane; 9279 Hwy 977; 914 Tony Millertello, 589 Hwy 977; 915 Johnson, 589 Hwy 977; 916 Ruby Allen, 589 Hwy 977; 920 Jon Wiel, 1069 Hwy 977; 928 Union Pacivic, Hwy77; 334 Railroad, 1005 Hwy 77; 925 Butler, 926 Wesley Prevost, Sexton, Bayou Rd with Sparks Lane by bridge | 9/1/2023 | 12/31/2023 | 3 |
| Jarreau Farms, LLC | 910-912 Tanks, 7157 Hwy 81 (N30´32.901',W091´36.558' Elv47ft) Lotie, Louisiana 70756 POINTE COUPEE | Crops grown: Sugarcane; 922 Hay Field Place, 7157 Hwy 81 | 9/1/2023 | 12/31/2023 | 3 |
| Jarreau Farms, LLC | 413 Pydras Bayou Rd Erwinville, Louisiana 70752 WEST BATON ROUGE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 3 |
| Jarreau Farms, LLC | 840--001 Annette Adams Estate, 9609 Flynn Rd (N30´33.678',W091´23.384') Port Allen, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane; 841--002 Clifton Williams, 9609 Flynn Rd; 842--003 Lillie Williams Estate, 6422 Flynn Rd; 843--004 Stumpy (Percy Rougon State), 8188 Rougon Rd | 9/1/2023 | 12/31/2023 | 3 |
| Jarreau Farms, LLC | 923 Boudeaux, 4089 Hwy 413, (N30´34.966', W091´23.756') Lakeland, Louisiana 70752 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 3 |
| The Morris Group, LLC | 113 Elayne Bryant/Loading Side, Section Rd (N30´32.470',W091´20.795') Port Allen, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 1 |
| Paul Schexnayder Farms | 110 Conquest, Pointe Coupee Rd. New Roads, Louisiana 70760 POINTE COUPEE | Crops grown: Sugarcane; 155 Hewitt Fontaine Famil/Loading Side, Pointe Coupee Rd; 205 Paul Schexnayder (Home)/Loading Side, 10787 Pointe Coupee Rd; 135 Live Oak Plantation, Hwy 3131 and Hwy 1 (by the new roads airport) | 9/1/2023 | 12/31/2023 | 32 |
| Paul Schexnayder Farms | 199 Labarre Plantation/Loading Side, Deaton Ln (N30´41.344',W091´33.616') Morganza, Louisiana 70759 POINTE COUPEE | Crops grown: Sugarcane; 254 Fontaine Family (Morg), Welcome Rd; 256 Morganza (Labarre-Pro)/Loading Side, Mitchell Ln | 9/1/2023 | 12/31/2023 | 32 |
| Paul Schexnayder Farms | 731 Big Man, 3529 Bigman Ln (N30´36.285',W091´28.260' Elv35ft) Oscar, Louisiana 70762 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 32 |
| T&M Farms, LLC | 8678 False River Rd New Roads, Louisiana 70760 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 20 |

## D. Additional Housing Information

H-2A Case Number: H-300-23185-165619    Case Status: Full Certification    Determination Date: 08/23/2023    Validity Period:

CONFIDENTIAL                    CORA TEXAS - 000209

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| T&M Farms, LLC | 16185-16339 LA Hwy 418 Lettsworth, Louisiana 70760 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 20 |
| Jeffery Newton Farms | 605 Soulier, LA Hwy 417 (N30˚49.142',W091˚42.646') Batchelor, Louisiana 70715 POINTE COUPEE | Crops grown: Sugarcane; 662 Laborde, LA Hwy 417; 663 Ewing Tract, LA Hwy 417; 664 Bickham, LA Hwy 417 | 9/1/2023 | 12/31/2023 | 4 |
| C&M Newton Farms, LLC | 600 Stonewall Pltn/Loading Side, LA 1 (N30˚42.598',W091˚30.301') New Roads, Louisiana 70760 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 7 |
| C&M Newton Farms, LLC | 601 Red Cross/Loading Side, Laio Rd. (N30˚40.885',W091˚42.362') Morganza, Louisiana 70759 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 7 |
| C&M Newton Farms, LLC | 602 Woodson/Loading Side, LA Hwy 417 (N30˚50.563',W091˚43.847') Batchelor, Louisiana 70715 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 7 |
| Dunham Brothers Farm, LLC | Alice Lynn, 5699 Old St Rd Batchelor, Louisiana 70715 POINTE COUPEE | Crops grown: Sugarcane; Double A Holdings LLC, 12506 Hwy 417; Home Place, 372 Boyd Brooks, 376 Allen, 377 Hymel, 378 Chutz Store, 12438 Hwy 417; Chustz Property, 10665 Chustz Rd; 370 Cazayoux Place, 371 Holloway Place, Old St.; 374 Katherine Lea, 375 Joe Lea, State Road; 380 Old Baker Place, Hwy 418; 16518 Hwy 417; David Rice Jr, Bennie Rice, 16518 Hwy 417; Joe Lea 2, Moran, Heatherwick, 14850 Coon Rd | 9/1/2023 | 12/31/2023 | 8 |
| Four Oaks Farm | 061 Jumonville Tract/Loading Side, Ventress Rd (N30˚39.825',W091˚23.317') Jarreau, Louisiana 70783 POINTE COUPEE | Crops grown: Sugarcane; 062 Jumonville 2111, Ventress Rd. | 9/1/2023 | 12/31/2023 | 14 |
| Four Oaks Farm | 269 Dorothy Brown/Loading Side, 10118 Bayou Fordoche Rd., Price Gay Property (N30˚42.500',W091˚39.213') Morganza, Louisiana 70759 POINTE COUPEE | Crops grown: Sugarcane; 271 Hess Properties/Loading Side, 10118 Bayou Fordoche Rd; 280 Robillard/Loading Side, 10118 Bayou Fordoche Rd; 283 Four Oaks/Loading Side, 10118 Bayou Fordoche Rd; 284 Silvermont Land/Loading Side, 10118 Bayou Fordoche Rd; | 9/1/2023 | 12/31/2023 | 14 |
| Four Oaks Farm | 269 Dorothy Brown/Loading Side, 10118 Bayou Fordoche Rd., Price Gay Property (N30˚42.500',W091˚39.213') Morganza, Louisiana 70759 POINTE COUPEE | 700 Sean Mikel Gustin, 10118 Bayou Fordoche Rd | 9/1/2023 | 12/31/2023 | 14 |
| Sugar West, Inc. | 044 Keith Morris/Loading Side, Section Rd (N30˚32.946',W091˚21.375') Port Allen, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane; 049 Tilton, 3600 Bellmont Rd; 050 Wilkinson, 3600 Bellmont Rd; 186 Bellemount Pltn, 3600 Bellmont Rd; 402 Heirs of Horace Wilki, 3600 Bellmont Rd | 9/1/2023 | 12/31/2023 | 3 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Sugar West, Inc. | 410 Donald Zaunbrecker/Loading Side, Rosehill Dr (N30˚33.831',W091˚19.645') Erwinville, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 3 |
| Rosehill Planting, LLC | 178 Kelson Plantation--Josephine B Zaunbrec, N River Rd (N30˚37.340',W091˚18.904') Erwinville, Louisiana 70729 WEST BATON ROUGE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 4 |
| Rosehill Planting, LLC | 182 Poplar Grove-Wilkinso, 3600 Bellmont Rd (N30˚29.037',W091˚14.667') Port Allen, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane; 181 Rosehill/Loading Side, Rosehill Dr; 212 Poplar Grove, 3600 Bellmont Rd | 9/1/2023 | 12/31/2023 | 4 |
| Westbank Planting Company, LLC | 010 Seven Oaks Farms/Loading Side, N River Rd (N30˚33.722',W091˚17.291') Port Allen, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane; 188 Westover Pltg Co Ltd/Loading Side, Calumet Rd; 272 Milliken & Farwell, Smithfield Rd; 320 Scanlan, Smithfield Rd | 9/1/2023 | 12/31/2023 | 5 |
| K&T Farms, Inc. | 001 LG Adams, Fifty Foot Rd (N30˚07.197',W091˚09.780') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 005 Adams Tract/Loading Side, 35890 LA 69; 026 K&T Property, 35405 LA 69; 027 Richard/Richard Landtl/ 35405 LA 69; 104 K&T/Jewell Lejeune TR--Cedotal Farms Home/ 35405 LA 69; 106 Cora Texas/Shop/ State Rd 995; 118 Jean Landry, Grand Rd; 120 Edna Alleman Estate/Loading Side, Grand Rd; 031 Cora Texas MFG, Myles Rd; 308 Jewell Lejeune Tract, 35405 LA 69; 107 Wintz/SavoyTract/55274 Grand Rd | 9/1/2023 | 12/31/2023 | 2 |
| Mark Gomez Farms, LLC | 230 Churchill/Thibaut/Bell Sod, 32603 Hwy 943 (N30˚06.411',W091˚04.180') Donaldsonville, Louisiana 70346 ASCENSION | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 1 |
| Spike Noel Farms | 325 Spike Noel Farms/Chatau/Shop, 9227 Brou Rd (N30˚11.311',W091˚03.633') Donaldsonville, Louisiana 70346 ASCENSION | Crops grown: Sugarcane; 326 Spike Noel Farm/Hymel/Loading Side, 8002 LA 405; 327 Spike Noel Farms/Maher, 35126 Julien Ln; 328 Spike Noel Farms/Africa/Loading Side, Willie Thomas Rd; 329 Spike Noel Farms, 35126 Julien Ln; 330 Spike Noel Farms/Mistretal, 35126 Julien Ln; 331 Spike Noel-Ascension/Newhope, LA 405; New Hope, LA 405; 960 Julienn Tract, 35126 Julien Ln; 970 Alabama Farmer's Co-op, 35126 Julien Ln; 980 Greater Baton Rouge Port Property; 352 Germania Plantation, Mulberry Grv | 9/1/2023 | 12/31/2023 | 3 |
| Spike Noel Farms | 325 Spike Noel Farms/Chatau/Shop, 9227 Brou Rd (N30˚11.311',W091˚03.633') Donaldsonville, Louisiana 70346 ASCENSION | 356 Woodstock Plantation/Loading, Willie Thomas Rd | 9/1/2023 | 12/31/2023 | 3 |
| Mistretta Farms, LLC | 032 Tomeny Tract/Loading Side, LA 405 (N30˚11.334',W091˚06.897') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 905 Old Hickory/Loading Side, 33480 Hwy 405; 036 Joe Campesi Co/Loading Side, 52478 Clark Rd; 041 Crown Enterprise/Loading Side, 52478 Clark Rd; 906 Evans Family Property, 34124 Hwy 405; 018 Luke Babin Co Inc/Loading Side, Dorseyville Oil Fld | 9/1/2023 | 12/31/2023 | 1 |
| M&W Farms, Inc. | 045 Joseph Frank Messina/Loading Side, LA 405 (N30˚13.915',W091˚08.589') Plaquemine, Louisiana 70764 IBERVILLE | Crops Grown: Sugarcane; 046 Little Acres/Loading Side, 55439 Troxclair St; 074 Union Carbide/Loading Side/Shop, LA 405; 087 George Nash Qualified/Loading Side, 55439 Troxclair St; 088 Messina Tract/Loading Side House, LA 405; 132 Ishmael/Robichaux/Loading Side, 55439 Troxclair St; 015 Wilbert/Evergreen/ Loading Side, Old Evergreen Road | 9/1/2023 | 12/31/2023 | 2 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**      **FOR DEPARTMENT OF LABOR USE ONLY**      Page B.4 of B.12
H-2A Case Number: H-300-23185-165619    Case Status: Full Certification    Determination Date: 08/23/2023    Validity Period:
CONFIDENTIAL      CORA TEXAS - 000211

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| M&W Farms, Inc. | 075 Landry Tract/Loading Side, LA 405 (N30˚12.839',W091˚09.934') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 161 Deumite/Landry/Landry/Loading Side, Kinsale Rd; 180 J Supples Sons/Loading Side, Catherine Rd | 9/1/2023 | 12/31/2023 | 2 |
| Callegan Farms, LLC | 028 Callegan Baltimore, 56633 Callegan Rd (N30˚07.442',W091˚10.531') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 063 Nelda Landry, 35855 LA 3001; 064 Jacqueline Breaux, 35935 LA 3001; 021 Callegan's Lone Star #1, Butz Rd; 022 Callegan's Lone Star #2, New Camp Rd; 131 Callegan Lone Star/Ned C, 58864 New Camp Rd; 006 Olda Dugas, LA-69; Mullberry, Shell Oilfield Road | 9/1/2023 | 12/31/2023 | 5 |
| Callegan Farms, LLC | 141 Myrtle Grove East#2/Loading Side, Myrtle Grove Rd (N30˚17.538',W091˚15.715') Plaquemine, Louisiana 70764 IBERVILLE | Crops grown: Sugarcane; 151 A Wilberts Myrtle Gr/Loading Side, Myrtle Grove Rd; 152 A Wilberts Myrtle Gr/Loading Side, Myrtle Grove Rd; 153 A Wilberts "Kearn", LA 77; 163 Charles Champagne/Loading Side, 20130 Enterprise Blvd; 164 Dow Chemical/Loading Side, 21255 LA 1; 187 Dawson 50, Hwy 1148; 728 Dale Brown/Loading Side, LA 77 | 9/1/2023 | 12/31/2023 | 5 |
| St. Louis Planting, Inc. | 052 Home Tract/St Louis/Loading Side/Shop, St Louis Rd (N30˚15.367',W091˚13.862') Plaquemine, Louisiana 70764 IBERVILLE | Crops grown: Sugarcane; 128 Est Mattie D Hebert/Loading Side, True Hope Ln | 9/1/2023 | 12/31/2023 | 5 |
| St. Louis Planting, Inc. | 162 Murrell Pltns Co/Loading Side, LA 1 (N30˚11.730',W091˚10.793') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 5 |
| Ourso Farms, Inc. | 023 Allie Daigle/Loading Side, 37200 Lone Star Rd (N30˚06.089',W091˚13.036') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 076 Ourso Farms, Inc/Loading Side, Aloysia Rd; 085 Gerald Gaspard 35075 Richland Rd; 090 Milton Ourso Sr/Loading Side, 57030 Ourso Rd; 091 J Supple Sons/Loading Side, LA 994; 092 Milton Ourso, Jr/Loading Side, 36570 Richland Rd; 093 Tomeny Tract/Loading Side, LA 405; 094 Murrell/Forest Home/Loading Side, Augusta Rd; 096 George Murrell/Loading Side, Augusta Rd; 124 Estate of Charles Guerci, Fifty Foot Rd;125 Randy Gomez, Fifty Foot Rd; 126 Herman Landry, Medine Rd | 9/1/2023 | 12/31/2023 | 3 |
| Ourso Farms, Inc. | 023 Allie Daigle/Loading Side, 37200 Lone Star Rd (N30˚06.089',W091˚13.036') White Castle, Louisiana 70788 IBERVILLE | 127 Marian Hebert/Loading Side, Ridge Rd; 133 Ejs, Inc/Loading Side, 59020 Augusta Rd; 231 Papet, Ridge Rd; 123 Estate of Sam Forte/Loading Side, Dent Rd; 233 Lawton/Loading Side, Ourso Rd; 037 J Supple Sons Shop, LA 994; 097 Adeline Plantation--Supple Sons Shop, LA 994 | 9/1/2023 | 12/31/2023 | 3 |
| Ourso Farms, Inc. | 095 Grace Murrell/Augusta/Loading Side/Shop (N30˚11.497',W091˚13.051') Bayou Goula, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 3 |
| Randall Rivere Farms, Inc. | 122 Leblanc & Co, Laurel Ridge Road White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 121 Cora Texas, Annadale Rd | 9/1/2023 | 12/31/2023 | 2 |
| Tre Bayous Farms, LLC | 001 Bowling Green/Loading Side, Rosedale Rd (N30˚25.333',W091˚28.891') Maringoun, Louisiana 70757 IBERVILLE | Crops grown: Sugarcane; 218 Row/Loading Side, Rosedale Rd; 012 Ramah/Loading Side, Hwy 3000; 119 Frogmore, LA 977; 194 Valverda/Loading Side, LA 977; 200 Frank Brown/Loading Side, LA 76; 202 Barbara O Brockhoeft/Loading Side, Belmont Ln; 206 Elise L Newchurch/Loading Side, Belmont Ln; 215 Brockhoeft/Loading Side, LA 76; 216 Maringou/Loading Side, LA 76; 259 Kimball Properties/Loading Side, Belmont Ln; 261 High Wagley Agt/Loading Side, Belmont Ln; 401 Peggy Carriere/Loading Side, Belmont Ln | 9/1/2023 | 12/31/2023 | 21 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**       **FOR DEPARTMENT OF LABOR USE ONLY**       Page B.5 of B.12

H-2A Case Number: H-300-23185-165619    Case Status: Full Certification    CONFIDENTIAL    Determination Date: 08/23/2023    Validity Period _____ to _____

CORA TEXAS - 000212

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Tre Bayous Farms, LLC | 001 Bowling Green/Loading Side, Rosedale Rd (N30´25.333´,W091´28.891´) Maringoun, Louisiana 70757 IBERVILLE | 245 NL Carriere Jr/Loading Side, Belmont Ln; 261 Hugh Wagley AGT and 464 Wagley Spillway, Hwy 77 & Hwy 76; 462 Newchurch Spillway, Blemont Ln.; 463 Brockhoeft Spillway, LA 76; | 9/1/2023 | 12/31/2023 | 21 |
| Tre Bayous Farms, LLC | 114 Trinity Plantation/Loading Side, LA 77 (N30´26.140´,W091´26.981´) Rosedale, Louisiana 70772 IBERVILLE | Crops grown: Sugarcane; 165 Home/Loading Side, Augusta Ave; 166 Reulet/Loading Side, Augusta Ave; 168 Succession of Lewis G/Loading Side, Rosedale Rd; 213 Obier/Loading Side, Sidney Rd; | 9/1/2023 | 12/31/2023 | 21 |
| Tre Bayous Farms, LLC | 147 Wild Cat/Loading Side, Sidney Rd (N30´25.399´,W091´26.260´) Grosse Tete, Louisiana 70740 IBERVILLE | Crops grown: Sugarcane; 148 Landry Tract/Loading Side, Sidney Rd; 195 Holiday/Loading Side, Cedar St; 262 Florence Ranch, 76730 Garner Ln; 460 David Ellison and 461 Charleville, Garner Ln | 9/1/2023 | 12/31/2023 | 21 |
| Tre Bayous Farms, LLC | 217 Dreyfus/Loading Side, Fordoche Rd (N30´34.309´,W091´34.285´) Fordoche, Louisiana 70732 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 21 |
| Joseph Kent Farms, LLC | 900 Randy, US190 E & Hwy 975 (N3035.200, W09147.205´) Fordoche, Louisiana 70732 POINTE COUPEE | Crops grown: Sugarcane; 931 A.N. Smith, 932 Kowin, 934 Tommy Montgomery, 933 Andrews, US 190 & HWY 81; 909 McHugh, Fordoche Rd | 9/1/2023 | 12/31/2023 | 35 |
| Joseph Kent Farms, LLC | 937 Joe Road, 2915 Hwy 976 (N3032.977´, W09135.933´) Lottie, Louisiana 70756 POINTE COUPEE | Crops grown: Sugarcane; 938 Smith, 939 Sha, 941 Blanchard, Demoulin, Hwy 81 | 9/1/2023 | 12/31/2023 | 35 |
| Joseph Kent Farms, LLC | Homeplace 2309 Hwy 77 ( N3032.463´, W09133.289´) Livonia, Louisiana 70755 POINTE COUPEE | Crops Grown: Sugar Cane | 9/1/2023 | 12/31/2023 | 35 |
| Joseph Kent Farms, LLC | JBM Farm, 7211 Callegan Lane W, (N3042.841´, W09135.994´) Morganza, Louisiana 70759 POINTE COUPEE | Crops Grown: Sugarcane | 9/1/2023 | 12/31/2023 | 35 |
| Joseph Kent Farms, LLC | 901 Nanya Shop--250 Acres, 5670 Old St Rd (N30´49.675´,W091´39.667´ Elv42ft) Batchelor, Louisiana 70715 POINTE COUPEE | Crops grown: Sugarcane; Nanya Loading Side 2--146 Acres, 5471 Old St Rd; Nanya Loading Side 3, 5155 Old St Rd; 902 Robinson--560 Acres, 11468 Coon Rd; 908 Cypress Point-New 380 Acres, 13858 Coon Rd; 936 Bazer, 11468 Coon Rd. | 9/1/2023 | 12/31/2023 | 35 |
| Joseph Kent Farms, LLC | 903 Dufour--004, 156 Couvillion Rd (N30´55.806´,W091´48.731´ Elv7.4 ft) Simmesport, Louisiana 71369 AVOYELLES | Crops grown: Sugarcane; Dufour New Site, 202 Willie Dufour Rd. | 9/1/2023 | 12/31/2023 | 35 |

## D. Additional Housing Information

**Form ETA-790A Addendum B**                    **FOR DEPARTMENT OF LABOR USE ONLY**                    Page B.6 of B.12

H-2A Case Number: H-300-23185-165619     Case Status: Full Certification     CONFIDENTIAL     Determination Date: 08/23/2023     Validity Period _____ to _____     CORA TEXAS - 000213

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Joseph Kent Farms, LLC | 510 Exxon, Big Man Ln & Gremillion Rd (N30˚56.849', W091˚48.987') Torbert, Louisiana 70762 POINTE COUPEE | Crops Grown: Sugarcane; Airline Hwy I-190 | 9/1/2023 | 12/31/2023 | 35 |
| Karl A Glaser Farm, LLC | 130 Patsy Marionneaux, Musson Ln (N30˚28.265',W091˚31.711') Maringouin, Louisiana 70757 IBERVILLE | Crops grown: Sugarcane; 249 Richard J Ward, Musson Ln; 251 Wilbert Sons (Big 4)/Loading Side, Rosedale Rd; 252 Wilberts Sons (Shady)/Loading Side/Shop, Westoak Ln | 9/1/2023 | 12/31/2023 | 8 |
| Karl A Glaser Farm, LLC | 185 John Major/Loading Side, 6453 Hwy 1 (N30˚35.862',W091˚26.573') Oscar, Louisiana 70762 POINTE COUPEE | Crops grown: Sugarcane; 193 James & Melodie Fairchile/Ortis/Loading Side, 6453 Hwy 1; 197 KZL Properties LLC--Olinde/Loading Side, LA 1; 198 Caillet/Loading Side/Shop, 6453 Hwy 1; 299 Charles & Steve Loup/Loading Side, 6453 Hwy 1; 403 Harry Laws Loading Side, 6453 Hwy 1; 404 John and Beth Klein | 9/1/2023 | 12/31/2023 | 8 |
| Don Hadley Farms | 692 Beauvais, Gremillion Ln Livonia, Louisiana 70755 POINTE COUPEE | Crops grown: Sugarcane; Henry Place, US 190 W and Hwy 78; Beauvals Gas Station, Isabel St; Bergeron, US 190 W and Hwy 78; 681 Bergeron Jm State, 8888 US 190; 691Fisher Place, Gremillion Road; 697 1881 Tract, 698 Lejuene Estate and 702 L.W. Bergeron, US-90W & Hwy 78; 682 J. M. Bergeron Estate Frisco, 683 Major Estate, 685 Anthony Facione, 686 Francis Richard, Hwy 78 | 9/1/2023 | 12/31/2023 | 4 |
| Don Hadley Farms | 684 Freneaus, 4619 Manda Rd. Oscar, Louisiana 70762 POINTE COUPEE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 4 |
| Sotile Farms, Inc. | 227 Sotile Farms/St Ameli, 8166 Copalm St (N30˚03.095',W090˚51.115') Saint James, Louisiana 70086 ST JAMES | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 5 |
| Sotile Farms, Inc. | 019 L N Folse Co/Loading Side, Texas Rd (N30˚10.110',W91˚08.427') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 234 CF Industries, 2134 Schexnayder Rd | 9/1/2023 | 12/31/2023 | 5 |
| Sotile Farms, Inc. | 220 Pt Housmas/Loading Side, LA 18 (N30˚07.844',W090˚56.028') Donaldsonville, Louisiana 70346 ASCENSION | Crops grown: Sugarcane; 222 Falcon, Prov, LA 70; 224 CF, 1509 LA 70; 225 Peytavin, 38000 LA 3089; 226 Viso, 38000 LA 3089; 235 Belle Tarre Plantation/Loading Side, Belle Terre Rd | 9/1/2023 | 12/31/2023 | 5 |
| Medine Farms, Inc. | 080 Murrell Pltn Co/Loading Side, Augusta Rd (N30˚11.796',W 91˚12.574') Bayou Goula, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 2 |
| Medine Farms, Inc. | 047 Heirs-Medine/Loading Side, Aloysia Rd (N30˚10.211', W91˚11.087') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 079 Stanley Robert/Loading Side, Aloysia Rd; 813 Laws/Landry, August Rd; 816 Cac Landry Property, Hebert St | 9/1/2023 | 12/31/2023 | 2 |

## D. Additional Housing Information

CONFIDENTIAL

CORA TEXAS - 000214

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Medine Farms, Inc. | 154 Cohn/Loading Side, Sandy Acres Ln (N30˚27.538',W91˚14.391') Port Allen, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane; 156 Kahao Brothers (Allen)/Loading Side, Allendale Rd; 158 Seidenbach Prop/Ralph/Loading Side, N Winterville Ext | 9/1/2023 | 12/31/2023 | 2 |
| Olivia Plantation, Inc. | 020 C Schexnayder, 2134 Schexnayder Rd (N30˚05.593',W90˚58.015') Donaldsonville, Louisiana 70346 ASCENSION | Crops grown: Sugarcane; 350 C Schexnayder II, 2135 Schexnayder Rd | 9/1/2023 | 12/31/2023 | 6 |
| Olivia Plantation, Inc. | P&M/Loading Side, Laurel Ridge Rd (N30˚08.071',W091˚06.560') White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 6 |
| Olivia Plantation, Inc. | 014 Dow Chemical Union/Loading Side, LA 1148 (N30˚19.363',W091˚16.438') Plaquemine, Louisiana 70764 IBERVILLE | Crops grown: Sugarcane; 081 Jumonville Lands, LLC/Jumonville 3/Loading Side, LA 405 | 9/1/2023 | 12/31/2023 | 6 |
| Olivia Plantation, Inc. | 244 Wilberts/Loading Side, Rosedale Rd (N30˚28.153',W091˚19.939') Port Allen, Louisiana 70767 WEST BATON ROUGE | Crops grown: Sugarcane | 9/1/2023 | 12/31/2023 | 6 |
| Triple M Farms of Donaldsonville, LLC | 230 Churchill/Thibaut/Bell Sod, Wood Falcon Rd (N30˚05.942',W091˚03.920' Elv5ft) Belle Rose, Louisiana 70346 ASSUMPTION | Crops grown: Sugarcane; 930 MN Ourso Farms, Hwy 1140; 930 MN Ourso Farms, 3079 Township Rd; 940 Rodrigue Tract, 33224 Hwy 944 S; 950 The Mccall Company (New Hope) Shop, 34275 New Hope Rd | 9/1/2023 | 12/31/2023 | 1 |
| Triple M Farms of Donaldsonville, LLC | 230 Churchill/Thibaut/Bell Sod, 32124 Hwy 1 (N30˚10.334',W091˚08.881' Elv-63ft) White Castle, Louisiana 70788 IBERVILLE | Crops grown: Sugarcane; 950 The Mccall Company (New Hope) Back, 32547 Texas Rd; 950 The Mccall Company (New Hope) Middle, 32124 Hwy 1 | 9/1/2023 | 12/31/2023 | 1 |
| Ben Merrick Farms, LLC | 7796-7990 LA Hwy 418 (N30.86152˚, W91.69961˚) Lettsworth, Louisiana 70715 POINTE COUPEE | Crops grown: Sugarcane; 790 BE2 Gumpstump; 791 BE1 Idlewild; 792 BE3 Dunkley; 793 BE4 Donnelly; 794 BE5 Lambert; 795 BE6 Garon; 796 BE7 Kingsbury West; 797 JBE8 Bunge; 798 BE10 Lucius Levee; 799 BE11 Whitehall; 800 BE12 Kingsbury East; 801 BE9 Row | 9/1/2023 | 12/31/2023 | 5 |
| Sugar Stick Farms, LLC | 7796-7990 LA HWY 418 (N30.86152˚, W91.69961˚) Lettsworth, Louisiana 70715 POINTE COUPEE | Crops grown: Sugarcane; 790 BE2 Gumpstump; 791 BE1 Idlewild; 792 BE3 Dunkley; 793 BE4 Donnelly; 794 BE5 Lambert; 795 BE6 Garon; 796 BE7 Kingsbury West; 797 JBE8 Bunge; 798 BE10 Lucius Levee; 799 BE11 Whitehall; 800 BE12 Kingsbury East; 801 BE9 Row Hoe | 9/1/2023 | 12/31/2023 | 1 |
| Joe Beaud, III Farms, LLC | 8467 Labarre Service Rd (N30.71424⁰, W91.54883⁰) Morganza, Louisiana 70759 POINTE COUPEE | Crops grown: Sugarcane; 801 JF1 Brunswick; 802 JF2 Labarre; 803 JF3 Shirley Plantation; 804 JF4 Brunswick-Outfield TE; 805 JF5 Walter C. Morrison FA | 9/1/2023 | 12/31/2023 | 4 |

## D. Additional Housing Information

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**



## C. Additional Place of Employment Information

| 1. Name of Agricultural Business § | 2. Place of Employment * | 3. Additional Place of Employment Information § | 4. Begin Date § | 5. End Date § | 6. Total Workers § |
|---|---|---|---|---|---|
| Cora Texas Growers and Harvesters Agricultural Association, Inc. | 32599 LA 1 (30.16619º N, 91.13398º W) White Castle, Louisiana 70788 IBERVILLE | | 9/1/2023 | 12/31/2023 | 240 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## D. Additional Housing Information

H-2A Case Number: H-300-23185-165619     Case Status: Full Certification     Determination Date: 08/23/2023     Validity Period

CONFIDENTIAL     CORA TEXAS - 000216

OMB Approval: 1205-0466
Expiration Date: 11/30/2025



H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Inspection Entity * |
|---|---|---|---|---|---|
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Cora Texas Association - 56775 Lydia Lane White Castle, Louisiana 70788 IBERVILLE | Head west on Cambre St toward Mayor Maurice Brown St. In 0.1 mile turn right onto Leona Ave. In 0.1 mile turn left onto LA-1 N. In 1.2 miles turn left onto Catherine Rd. In 0.8 miles Turn left onto Lydia Ln and go 0.2 miles. | 1 | 47 | ☑ Local authority<br>☑ SWA<br>❑ Other State authority<br>☑ Federal authority<br>❑ Other<br>_____ |
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Cora Texas Association - 3850 Rosedale Road Port Allen, Louisiana 70767 WEST BATON ROUGE | Head south on Whitehead Blvd toward Ave F. Turn right at the 2nd cross street onto Ave G. In 0.2 miles turn right at the 2nd cross street onto LA-1 N/S Alexander Ave. In 1.2 miles turn left onto LA-986 W. In 2.3 miles continue onto LA-76 W for 0.6 miles. | 1 | 12 | ☑ Local authority<br>☑ SWA<br>❑ Other State authority<br>☑ Federal authority<br>❑ Other<br>_____ |
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Cora Texas Association - 54675 Mayor Doc Foley Street White Castle, Louisiana 70788 IBERVILLE | Head east on Cambre St toward Bowie St. Turn left onto Bowie St. Turn right onto Mayor Doc Foley St. Destination will be on the right in 0.3 miles. | 1 | 29 | ☑ Local authority<br>☑ SWA<br>❑ Other State authority<br>☑ Federal authority<br>❑ Other<br>_____ |
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Cora Texas Association - 34630 Annadale Road White Castle, Louisiana 70788 IBERVILLE | Head west on Cambre St toward Mayor Maurice Brown St. In 0.1 miles turn right onto Leona Ave. In 0.1 miles turn right onto LA-1 S. In 1.0 miles turn right onto Annadale Rd. Destination will be on the right in 0.2 miles. | 1 | 12 | ☑ Local authority<br>☑ SWA<br>❑ Other State authority<br>☑ Federal authority<br>❑ Other<br>_____ |
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Cora Texas Association - 32430 Hwy 405 White Castle, Louisiana 70788 IBERVILLE | Head east on Cambre St toward Bowie St. Turn left onto Bowie St. In 0.3 miles Bowie St turns right and becomes LA-405. Destination will be on the right in 0.3 miles. | 1 | 15 | ☑ Local authority<br>☑ SWA<br>❑ Other State authority<br>☑ Federal authority<br>❑ Other<br>_____ |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

OMB Approval: 1205-0466
Expiration Date: 11/30/2025



**H-2A Agricultural Clearance Order**
Form ETA-790A Addendum B
**U.S. Department of Labor**

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Inspection Entity * |
|---|---|---|---|---|---|
| ☑ Employer-provided<br><br>☐ Rental or public accommodations | Cora Texas Association - 32460 Hwy 405<br>White Castle, Louisiana 70788<br>IBERVILLE | Head east on Cambre St toward Bowie St. Turn left onto Bowie St. In 0.3 mi Bowie St turns right and becomes LA-405. Destination will be on the right in 0.4 miles. | 1 | 15 | ☑ Local authority<br>☑ SWA<br>☐ Other State authority<br>☑ Federal authority<br>☐ Other<br>_____ |
| ☑ Employer-provided<br><br>☐ Rental or public accommodations | Cora Texas Association - 32470 Hwy 405<br>White Castle, Louisiana 70788<br>IBERVILLE | Head east on Cambre St toward Bowie St. Turn left onto Bowie St. In 0.3 mi Bowie St turns right and becomes LA-405. Destination will be on the right in 0.4 miles. | 1 | 15 | ☑ Local authority<br>☑ SWA<br>☐ Other State authority<br>☑ Federal authority<br>☐ Other<br>_____ |
| ☑ Employer-provided<br><br>☐ Rental or public accommodations | 1887 Farms, Inc. - 23040 Myrtle Grove Road<br>Plaquemine, Louisiana 70764<br>IBERVILLE | Turn left onto LA-77/Bayou Jacob Rd. In 1.1 miles, turn right onto Myrtle Grove Rd. Destination will be on the left in 0.4 mile. | 1 | 12 | ☑ Local authority<br>☑ SWA<br>☐ Other State authority<br>☑ Federal authority<br>☐ Other<br>_____ |
| ☑ Employer-provided<br><br>☐ Rental or public accommodations | Callegan Farms, LLC - 32500 Hwy 405<br>White Castle, Louisiana 70788<br>IBERVILLE | Head east on Cambre St toward Bowie St. Turn left onto Bowie St. In 0.3 mi Bowie St turns right and becomes LA-405. Destination will be on the right in 0.5 miles. | 1 | 15 | ☑ Local authority<br>☑ SWA<br>☐ Other State authority<br>☑ Federal authority<br>☐ Other<br>_____ |
| ☑ Employer-provided<br><br>☐ Rental or public accommodations | Ourso Farms, Inc. - 31920 Aloysia Rd.<br>White Castle, Louisiana 70788<br>IBERIA | Head west on Cambre St toward Mayor Maurice Brown St. In 0.1 miles turn right onto Leona Ave. In 0.1 miles turn left onto LA-1 N. In 1.4 miles turn right onto Aloysia Rd and go .1 mile. | 1 | 34 | ☑ Local authority<br>☑ SWA<br>☐ Other State authority<br>☑ Federal authority<br>☐ Other<br>_____ |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

H-2A Case Number: H-300-23185-165619     Case Status: Full Certification     Determination Date: 08/23/2023     Validity Period:

CONFIDENTIAL                    CORA TEXAS - 000218

OMB Approval: 1205-0466
Expiration Date: 11/30/2025



H-2A Agricultural Clearance Order
Form ETA-790A Addendum B
**U.S. Department of Labor**

| 1. Type of Housing * | 2. Physical Location * | 3. Additional Housing Information § | 4. Total Units * | 5. Total Occupancy * | 6. Inspection Entity * |
|---|---|---|---|---|---|
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Cora Texas Association - 34620 Annadale Rd. White Castle, Louisiana 70788 IBERVILLE | | 1 | 16 | ☑ Local authority<br>☑ SWA<br>❑ Other State authority<br>☑ Federal authority<br>❑ Other<br>_____ |
| ☑ Employer-provided<br><br>❑ Rental or public accommodations | Cora Texas Association - 3850 Rosedale Road Port Allen, Louisiana 70767 WEST BATON ROUGE | Unit 1: Capacity of 11, Unit 2: Capacity of 34 - | 2 | 45 | ☑ Local authority<br>☑ SWA<br>❑ Other State authority<br>☑ Federal authority<br>❑ Other<br>_____ |
| ❑ Employer-provided<br><br>❑ Rental or public accommodations | | | | | ❑ Local authority<br>❑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |
| ❑ Employer-provided<br><br>❑ Rental or public accommodations | | | | | ❑ Local authority<br>❑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |
| ❑ Employer-provided<br><br>❑ Rental or public accommodations | | | | | ❑ Local authority<br>❑ SWA<br>❑ Other State authority<br>❑ Federal authority<br>❑ Other<br>_____ |

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



---

## H. Additional Material Terms and Conditions of the Job Offer

*a. Job Offer Information 1*

| 1. Section/Item Number * | A.8a | 2. Name of Section or Category of Material Term or Condition * | Job Duties |
|---|---|---|---|

**3. Details of Material Term or Condition (*up to 3,500 characters*) ***

Workers will operate trucks and equipment to transport sugarcane, in connection with the harvesting of the crop, from the fields to the mill. Perform manual labor to assist in loading and unloading sugarcane, transport cane and drop trailers at designated location. Maintain vehicles, implements, mechanical equipment and trucks. Workers may transport other workers and be offered additional hours. Assist with Good Agricultural Practices policies.

Allergies to ragweed, goldenrod, honeybees, insecticides, herbicides, fungicides, or related chemicals may affect a worker's
ability to perform the job. Persons seeking employment in this position must be available for the entire period requested by the employer. Employer reserves the right to discharge an obviously unqualified worker, malingerer or recalcitrant worker who is physically able but is unwilling to perform the work necessary for the employer to grow a premium quality product, or for any other lawful reason.

Employer may request, but not require, workers to work more than the stated daily hours and/or on a worker's Sabbath or federal holidays. Workers will have an unpaid lunch break. Worker must report to work at designated time and place each day. Daily or weekly work schedule may vary due to weather, sunlight, temperature, crop conditions, and other factors. Employer will notify workers of any change to start time.

Work will be performed in shifts that start at 3am, 6am, and 6pm. Additional hours may be offered, however, workers will not be required to work more than 8 hours per day.
TERMINATION. All workers will be subject to a 2 day introductory period, during which the employer will evaluate workers' performance of required tasks. Employer reserves the right to terminate a worker at the conclusion of the 2 day introductory period if the worker's performance fails to satisfy the employer's reasonable expectations, or is otherwise unacceptable. Employer may terminate a worker for lawful job-related reasons, including but not limited to situations in which the worker: (1) Is repeatedly absent or tardy; (2) malingers or otherwise refuses, without cause, to perform the work as directed; (3) commits act(s) of misconduct or repeatedly violates the Work Rules; and/or (4) fails, after completing the 2 day introductory period, to perform work in a competent and skillful manner, consistent with the employer's reasonable expectations. Non-U.S. workers may be displaced as a result of one or more U.S. workers becoming available for the job during the employer's recruitment period. Job abandonment will be deemed to occur after five consecutive workdays of unexcused absences. Workers may not report for work under the influence of alcohol or drugs. Possession or use of illegal drugs or alcohol on company premises is prohibited and will be cause for immediate termination. Regardless of whether the employer requires a background check as a condition of employment, the employer may terminate for cause, in accordance with applicable laws and regulations, any worker found during the period of employment to have a criminal conviction record or status as a registered sex offender that the employer reasonably believes will endanger the safety or welfare of other workers, company staff, customers, or the public at large.

*b. Job Offer Information 2*

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Deductions from Pay |
|---|---|---|---|

**3. Details of Material Term or Condition (*up to 3,500 characters*) ***

DEDUCTIONS. Employer makes all deductions required by law (e.g., FICA, federal/state tax withholdings, court-ordered child support, etc.). Workers must pre-authorize voluntary deductions, which may include repayment of wage advances and/or loans, health insurance premiums, retirement plan contributions, and/or third-party payments or wage assignments for products or services furnished for the worker's benefit or convenience. All deductions comply with the Fair Labor Standards Act (FLSA) and applicable state law. Employer may deduct reasonable repair costs if the worker is found to be responsible for damage to housing beyond normal wear and tear. Employer may charge worker for reasonable cost of damages to property and/or replacement of tools and/or equipment if such damage is found to have been the result of worker's willful misconduct or gross negligence.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

---

Form ETA-790A Addendum C      **FOR DEPARTMENT OF LABOR USE ONLY**      Page C.1 of C.6

H-2A Case Number: H-300-23185-165619     Case Status: Full Certification     **CONFIDENTIAL**     Determination Date: 08/23/2023     CORA TEXAS - 000220

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*c. Job Offer Information 3*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Additional Information Regarding Job Qualifications/Requirements |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *
Twelve months experience operating 18 wheelers required. Walk, sit, stoop, bend, push, pull, reach, lift and carry 50 lbs. for prolonged periods of time. Perform repetitive movements. Work will be performed in inclement weather conditions including extreme heat, cold and/or rain. Must be 18 or older. Must pass physical exam, at the employers expense, and obtain required DOT paperwork before starting work. Commercial Driver's License is required. Employer is a drug-free workplace. Drug testing is conducted post-offer at the employers expense and is not part of the interview process. Negative results are required before starting work.

*d. Job Offer Information 4*

| 1. Section/Item Number * | F.1 | 2. Name of Section or Category of Material Term or Condition * | Daily Transportation |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *
Employer provides incidental transportation between worksites at no cost to workers. For workers residing in employer-provided housing, employer also provides free daily transportation to and from the worksite, and weekly transportation to closest town/city for personal errands (e.g., groceries, banking services). Exact transportation schedule varies depending on work location, work/weather conditions, and other factors, but shall occur within a reasonable time before/after workday begins/ends.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

Form ETA-790A Addendum C

H-2A Case Number: H-300-23185-165619    Case Status: Full Certification

FOR DEPARTMENT OF LABOR USE ONLY

**CONFIDENTIAL**    Determination Date: 08/23/2023

Page C.2 of C.6

CORA TEXAS - 000221

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*e. Job Offer Information 5*

| 1. Section/Item Number * | A.11 | 2. Name of Section or Category of Material Term or Condition * | Pay Deductions - Deductions Continued 1 |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

If the employer receives a fine for acts committed by a worker on the road while driving an employer provided vehicle or equipment and he or she is at fault, the fine amount will be deducted from the employees' wages when expressly authorized by the worker in writing.

No arrangements have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers.

In accordance with 8 CFR § 214.2(h)(5)(xi)(A) and 20 CFR § 655.135(j)–(k), employer prohibits the solicitation and payment of recruitment fees by workers. Workers who pay or are solicited to pay such a fee must inform the employer immediately. Employer will investigate all claims of illegal fees and take immediate remedial action as appropriate.

FIRST WEEK'S PAY. If an applicant fails to verify the start date of need between 9 and 5 business days prior to the original date of need, then they are disqualified from the first weeks' pay obligations listed in [20 C.F.R. § 653.501(c)(3)(i)].

RAISES/BONUSES. Raises and/or bonuses may be offered to any seasonal worker employed pursuant to this job order, at the company's sole discretion, based on non-discriminatory individualized factors.

ADDITIONAL PAY DETAILS. Employer will pay each worker by cash, check, pay card, and/or direct deposit (employer pays any associated fees). Employer may pay an end of season bonus depending on workers driving record and maintaining vehicles, equipment, and company premises in a neat and clean manner. The payroll period is weekly.

Work performed under the contract is exempt from federal overtime pay requirements under the Fair labor Standards Act (FLSA). Workers are only eligible for overtime pay for workweeks in which a worker performs non-exempt work activities (in which case overtime pay will apply at 1.5 times the regular rate of pay for all hours worked in excess of 40 in such workweek), and/or as required by state law.

ADDITIONAL TERMS, CONDITIONS, AND ASSURANCES.

REASONABLE ACCOMMODATIONS. Qualified workers with disabilities must notify the employer of any accommodations needed to perform the job. Workers must be able to perform the work required, with or without reasonable accommodations. A worker is not eligible for the job if the worker is not able to perform job duties even with the requested accommodation, or if the employer is not reasonably able to provide the accommodation (i.e., because the accommodation would cause undue hardship on the operation of the business).

NONDISCRIMINATION. All terms and conditions included in the job order will apply equally to all seasonal workers (U.S. and foreign H-2A), employed in the occupation described in this job order. Workers should expect occasional periods of little or no work because of weather, crop or other conditions beyond the employer's control. These periods can occur anytime throughout the season. Workers may be assigned a variety of duties in any given day and different tasks on different days.

DEPARTURE ACKNOWLEDGEMENT. Employer will advise all foreign H-2A workers of their responsibility to depart the United States upon separation of employment or completion of the H-2A contract period, unless the workers obtains an extension of status.

*f. Job Offer Information 6*

| 1. Section/Item Number * | F.1 | 2. Name of Section or Category of Material Term or Condition * | Daily Transportation - Daily Transportation Continued 1 |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Use of employer-provided transportation is voluntary. Workers who decline or are ineligible for employer-provided housing are responsible for own transportation. Employer attests that it will have enough vehicles, with appropriate seating capacity, to transport all workers eligible for employer-provided transportation. Vehicle type, quantity, and seating capacity are TBD and may vary, but may include any combination of the following:bus (quantity: 6, seats per: 40)  van (standard) (quantity: 4, seats per: 15). Pick-up time is approximately 2:30am, and drop-off time is approximately 12:00pm.  Round-trip travel for employer-provided transportation is equal to or less than 75 miles. Vehicle safety standards at 29 CFR § 500.104 will apply. Workers will be picked up approximately 30 minutes before each shift begins and dropped off approximately 30 minutes after each shift ends.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**
H-2A Case Number: H-300-23185-165619        Case Status: Full Certification

**FOR DEPARTMENT OF LABOR USE ONLY**

**CONFIDENTIAL**    Determination Date: 08/23/2023

Page C.3 of C.6

CORA TEXAS - 000222

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*g. Job Offer Information 7*

| 1. Section/Item Number * | F.2 | 2. Name of Section or Category of Material Term or Condition * | Inbound/Outbound Transportation - Inbound/Outbound Transportation Continued 1 |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

If workers decline employer-offered transportation, employer reimburses such workers reasonable travel costs (transportation, daily subsistence, and lodging if applicable), at least-cost economy-class rates, from the place worker departed to the employer's place of employment. Travel costs that bring workers' pay below the FLSA minimum wage reimbursed in first workweek; remainder of travel costs reimbursed upon completion of 50% of the contract period or earlier. Employer arranges/provides outbound travel to workers who complete the contract or are dismissed early without cause. Use of employer-provided transportation is voluntary. If workers decline employer-offered transportation, employer pays/reimburses such workers reasonable travel costs (transportation, daily subsistence, and lodging if applicable) at completion of contract, based on least-cost economy-class rates. No outbound travel benefits provided to workers who resign voluntarily, abandon employment, or are terminated for cause.

*h. Job Offer Information 8*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Safety - Workers' Compensation |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Cora Texas Growers and Harvesters Agricultural Association, Inc.:
Worker compensation insurance is provided.
Carrier is The Gray Insurance Company.
Notify Katie Ramagos Sistrunk at (225) 716-5272 in case of injury within 30 days

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

OMB Approval: 1205-0466
Expiration Date: 11/30/2025

H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**



## H. Additional Material Terms and Conditions of the Job Offer

*i. Job Offer Information 9*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Housing |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

Housing provided only to non-local workers (i.e. permanent residence outside normal commuting distance). Only workers may occupy housing. Employer provides separate sleeping and bathroom facilities for each gender. Employer possesses and controls premises at all times. Workers must vacate housing promptly at end of contract period or upon termination, in accordance with state law. If one has not already been performed at the time of this filing, the employer(s) request(s) an inspection of the listed housing.

*j. Job Offer Information 10*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Work Rules |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

These Work Rules provide guidance to workers regarding acceptable conduct standards and general expectations. This document is not intended to be comprehensive. Repeat or severe violations of the Work Rules may result in immediate termination.  Other policies and/or disciplinary measures may apply at employer's discretion.
1. Workers must comply with all rules relating to discipline, attendance, work quality and effort, and the care and maintenance of all employer-provided property.  Workers must raise safety and health concerns with the employer.
2. Workers must perform work carefully and in accordance with employer's instructions. Workers performing sloppy work may be suspended without pay for the remainder of a workday or for up to three days, depending on the degree of infraction, the worker's prior record, and other relevant factors. Employer may discharge worker for subsequent offenses.
3. Workers may not use or possess alcohol or illegal drugs during work time or during any workday before work is completed for the day (e.g., during meals). Workers may not report for work under the influence alcohol or illegal drugs. Employer may terminate workers for excessive alcohol use or drunk/disorderly conduct in housing after hours. Workers may not use, possess, sell, or manufacture illegal drugs on any employer premises, including housing.
4. Workers must be present, able, and willing to perform every scheduled workday at the scheduled time unless excused by employer. Employer does not permit excessive absences and/or tardiness. Workers must report any absence from work prior to the scheduled start time. Employer may terminate any worker who abandons employment (five consecutive workdays of unexcused absence).
5. Workers must keep employer-provided living quarters and common areas neat, clean, and in good repair, except for normal wear and tear. Workers must cooperate in maintaining common kitchen and living areas. Employer does not permit pets of any kind.  Workers must occupy housing that employer assigns to them.
6. Workers may not remove, deface, or alter any employer notices or posters required by federal and state law. Workers may request copies of posters.
7. Workers living in employer-provided housing must lock the housing and turn off all lights, electronics, and unnecessary heat before leaving for work each morning. Workers must close all doors and windows while using heat and during adverse weather conditions.
8. Workers assigned to bunk beds in employer-provided housing may not separate bunk beds.
9. Workers may not cook in living quarters or any other non-kitchen areas in employer-provided housing.
10. Workers may not leave paper, cans, bottles and other trash in fields, work areas, or on housing premises. Workers must properly use trash and waste receptacles.
11. Workers may not take unauthorized breaks from work, except for reasonable breaks to use field sanitation, toilet, or hand-washing facilities, or to obtain drinking water.
12. Workers may not sleep, waste time, or loiter during working hours. Workers may not engage in horseplay, scuffle or throwing things during work hours.
13. Workers may not leave the field or other assigned work area without permission of employer or supervisor.
14. Workers may not enter employer's premises without authorization.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**

**Form ETA-790A Addendum C**          **FOR DEPARTMENT OF LABOR USE ONLY**         Page C.5 of C.6

H-2A Case Number: H-300-23185-165619     Case Status: Full Certification     **CONFIDENTIAL**    Determination Date: 08/23/2023    CORA TEXAS - 000224

OMB Approval: 1205-0466
Expiration Date: 11/30/2025



H-2A Agricultural Clearance Order
Form ETA-790A Addendum C
**U.S. Department of Labor**

## H. Additional Material Terms and Conditions of the Job Offer

*k. Job Offer Information 11*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Work Rules Continued 1 |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

15.Workers must be present at their assigned worksite at the scheduled start time. Workers may not begin work prior to scheduled starting time or continue working after stopping time.
16.Workers may not entertain guests in employer-provided housing premises after 10:30 PM, except on Saturdays when guest hours end at 12:00 midnight. No persons, other than workers assigned by employer, may sleep in housing.
17.Workers may not interrupt other workers' rest/sleep periods by excessive or unnecessary noise or commotion.
18.Workers may not deliberately restrict production or damage products/commodities.
19.Workers may not physically threaten other workers, the employer, supervisors, or members of the public with any tool or weapon. Workers who violate this rule may be subject to immediate termination.
20.Workers are prohibited from harassing others and engaging in abusive behavior of any kind. Workers who physically, sexually, or verbally harass other workers, the employer, supervisors, or members of the public may be subject to immediate termination.
21.Workers may not fight on employer's premises, including housing, at any time. Workers who violate this rule may be subject to immediate termination.
22.Workers may not carry, possess, or use any dangerous or deadly weapon. Workers who violate this rule may be subject to immediate termination.
23.Workers may not steal from other workers or the employer. Workers who violate this rule may be subject to immediate termination.
24.Workers may not falsify identification, personnel, medical, production or other work-related records.
25.Workers may not drive any vehicles on employer's property without proper licensing, if required.
26.Workers may not abuse or destroy any machinery, truck or other vehicle, equipment, tools, or other property belonging to the employer or to other workers.
27.Workers must report any damage or breakdown of equipment, tools, or other property belonging to the employer.
28.Workers may not use or operate trucks or other vehicles, machines, tools or other equipment and property that has not been specifically assigned to worker by the employer or supervisor. Workers may not use or operate trucks or other vehicles, tools or other equipment or property for personal use unless expressly authorized by the employer.
29.Workers may not misuse or remove from the farm premises without authorization any employer-owned property.
30.Workers may not accept personal gifts from employer's vendors or customers without employer's authorization.
31.Workers must obey all safety rules and common safety practices. Workers must report any injuries or accidents promptly to the employer or immediate supervisor.
32.Workers must follow supervisor's instructions. Insubordination is cause for termination.
33.Workers may not reveal confidential or proprietary business information to any third-party. Confidential information includes, but is not limited to, worker lists, customer lists, financial information, or other business records.
34.Workers may not make long distance phone calls without employer's explicit permission.
35.Workers must take care to handle tools and equipment and product in a manner to avoid injury or damage.
36.Workers must use toilet and handwashing facilities and practice good personal hygiene.
37.Use of personal electronic devices, including cell phones is generally not permitted during working hours.

*l. Job Offer Information 12*

| 1. Section/Item Number * | B.6 | 2. Name of Section or Category of Material Term or Condition * | Job Requirements - Work Rules Continued 2 |
|---|---|---|---|

3. Details of Material Term or Condition (*up to 3,500 characters*) *

38.Workers must not interfere with the performance of fellow workers.
39.Workers must drink water often on hot days.
40.Workers who quit or are terminated for cause prior to the completion of the employment period may not be eligible for rehire in the future, unless the termination is a mutual agreement between the employer and employee.
41.In the event that the employer issues electronic badges for timekeeping and/or piece rate tabulation, workers must keep badges in their possession at all times during work hours.
42.Employer reserves the right to enter housing at any time.  Inspections may be performed to ensure housing meets applicable standards.
43.Excessive absences or tardiness is not permitted. Excessive absence is defined as three consecutive days of unexcused absence or five unexcused absences within a 30-day period. Excessive tardiness is defined as unexcused arrival for work after the regularly scheduled time for three consecutive days or late for five unexcused days within a 30-day period.
Except as otherwise noted above, employees who violate any of these Work Rules will be disciplined according to the following schedule:
First Offense: Oral warning and correction.
Second Offense: Written warning and unpaid leave for balance of day.
Third Offense: Immediate termination. Worker will be asked to sign written fact statement.

**For Public Burden Statement, see the Instructions for Form ETA-790/790A.**