EXHIBIT 8

EXCERPTS FROM 30(B)(6) DEPOSITION OF
CORA TEXAS GROWERS AND HARVESTERS
AGRICULTURAL ASSOCIATION, INC.

# Deposition Transcript

Case Number: 3:24-cv-00820-SDD-RLB
Date: April 28, 2025

In the matter of:

## ERNESTO JIMENEZ-GONZALEZ, et al. v CORA TEXAS GROWERS, et al.

## Katie Nunez, Nicole Kessler, & Todd Doiron

**CERTIFIED COPY**

Reported by:
Alyssa A. Repsik



Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

```
 1      IN THE UNITED STATES DISTRICT COURT FOR THE

 2              MIDDLE DISTRICT OF LOUISIANA

 3                              -   -   -
        ERNESTO                   ) CIVIL DIVISION
 4      JIMENEZ-GONZALEZ and      )
        JOSE ALBERTO              ) NO.
 5      TORRES-MARTINEZ, ON       ) 3:24-cv-00820-SDD-RLB
        BEHALF OF THEMSELVES,     )
 6      AND ALL OTHER SIMILARLY   )
        SITUATED,                 )
 7                                )
             Plaintiffs,          )
 8                                )
          -vs-                    )
 9                                )
        CORA TEXAS GROWERS AND    )
10      HARVESTERS AGRICULTURAL
        ASSOCIATION, INC., and
11      CORA TEXAS
        MANUFACTURING COMPANY,
12      LLC,

13
             Defendants.
14
                             -   -   -
15

16              REMOTE VIDEOTAPED DEPOSITION OF

17      KATIE NUNEZ, NICOLE KESSLER, and TODD DOIRON,

18      located in Louisiana, commencing at 9:00 A.M.

19      PDT, 12:00 P.M. EST, on Monday, April 28, 2025,

20      before ALYSSA A. REPSIK, Court Reporter and

21      Notary Public in and for the Commonwealth of

22      Pennsylvania.

23

24

25
```

1        A.    Without looking at exact numbers, I

2   couldn't give you an amount.

3        Q.    Sure.  Understood.

4              What are the work responsibilities

5   of the truck drivers?

6        A.    The duties that I described earlier

7   as well as I can pull up the job description

8   because it's exactly what is in the job

9   description on the certified 790.

10       Q.    And the primary job for the

11  tractor-trailer truck drivers is to haul the

12  sugar cane from the fields to the mill; is that

13  fair to say?

14       A.    In conjunction with the harvest,

15  along with the other things described in the

16  job duties on the ETA-790.

17       Q.    The fields where the sugar cane is

18  picked up, are those all located -- between

19  2021 and 2024, were all those fields located in

20  Louisiana?

21       A.    Yes.

22       Q.    And where is the -- what's the

23  location of the mill where the sugar cane is

24  delivered?

25       A.    In White Castle, Louisiana.

```
 1        Q.    Is that the only location where the
 2   sugar cane would have been delivered between
 3   2021 and 2024?
 4        A.    Yes.
 5        Q.    So all of the hauling of the sugar
 6   cane was done within the state of Louisiana by
 7   the truck drivers; is that fair to say?
 8        A.    Yes.
 9                ATTORNEY MCDIARMID:  Jim,
10   you're asking questions that Katie, you know,
11   happens to know the answer to, but I would say
12   that they're not -- I wouldn't really say that
13   they're within the topics that we've identified
14   her for.
15                They're pretty general in nature,
16   and so, you know, she's able to answer them,
17   but just I don't know how much further you have
18   in this line of questioning.
19                ATTORNEY KNOEPP:  I didn't
20   have that much further, but I just want to -- I
21   mean, she is the president, so I mean, if
22   there's a concern that her answers, because
23   she's not the designee, doesn't bind the
24   corporation, I can reask those questions of
25   somebody else later.
```

```
 1              ATTORNEY KNOEPP:  Okay.
 2   Sounds good.  Thanks.
 3   BY ATTORNEY KNOEPP:
 4       Q.   Do all the truck drivers do the same
 5   type of work?
 6       A.   Yes.  They do the work that is
 7   approved in the ETA-790.
 8       Q.   Do the operators of the
 9   tractor-trailer trucks need to have a special
10   license in order to drive the trucks?
11       A.   Yes.  In the ETA-790, it specifies
12   that there are driver requirements.
13       Q.   And what type of license is required
14   in order to drive the tractor-trailer trucks?
15       A.   A CDL license or the equivalent.
16       Q.   And when you say, "equivalent," does
17   that equivalent include a Mexican Type B
18   license?
19       A.   Yes, a Federal de Conductor license.
20       Q.   The Association used the H-2A visa
21   program to fill its labor needs for
22   tractor-trailer drivers between 2021 and 2024;
23   is that right?
24       A.   Yes.
25       Q.   Did the -- and as part of that, you
```

1  can employ workers who have a Mexican

2  equivalent of a CDL license in the United

3  States?

4        A.    Can you reask that?

5        Q.    Sure.   I think I confused myself a

6  little bit, as well.   So sorry.

7              Truck drivers in Mexico can obtain a

8  license that allows them to drive

9  tractor-trailer trucks in the United States; is

10  that right?

11        A.    Yes, they can.

12        Q.    And the Association's use of the

13  H-2A program, in part, was because you could

14  obtain workers who had those licenses that they

15  needed to drive tractor-trailer trucks in the

16  United States; is that fair to say?

17              ATTORNEY MCDIARMID:   I object

18  to the form of the question.

19              You can answer.

20              THE WITNESS:   No.   The reason

21  for the H-2A -- using the H-2A program is

22  because there's not a sufficient labor force

23  here in the United States.

24  BY ATTORNEY KNOEPP:

25        Q.    Well, is there a reason why Cora

 1  sought workers from Mexico as opposed to the

 2  Philippines?

 3                    ATTORNEY MCDIARMID:  I object

 4  to the form.  Also, I want to confirm you're

 5  talking about the Association.

 6                    ATTORNEY KNOEPP:  I'm sorry.

 7  Did I say -- did I say Cora?

 8                    ATTORNEY MCDIARMID:  You said

 9  Cora.  That's okay.  It's perfectly fine.

10           But subject to my objection, you can

11  go ahead and answer.

12                    THE WITNESS:  I mean, no

13  particular reason.  There's certain countries

14  that are approved to be utilized for the H-2A

15  program.  Mexico just happens to be where we

16  obtain our workers from.

17  BY ATTORNEY KNOEPP:

18      Q.   It doesn't have anything to do with

19  people's ability to use a commercial driver's

20  license that they obtain in a foreign country

21  in the United States?

22                    ATTORNEY MCDIARMID:  Object to

23  form of question.  I believe she's answered it.

24           But go ahead.

25                    THE WITNESS:  I'm not sure of

```
 1   the list of all the different countries that

 2   have reciprocal licenses for here in the United

 3   States, but Mexico happens to be where we

 4   obtain our workers, and their license is

 5   reciprocal here.

 6   BY ATTORNEY KNOEPP:

 7       Q.    Thanks.  That was my question.  And

 8   I'm sorry if it wasn't worded very well the

 9   first couple of times.  Thank you.

10             You gave me the numbers before

11   between 2021 and 2024 of tractor-trailer truck

12   drivers who were employed.  How many of those

13   individuals were H-2A workers each year?

14       A.    All of those.

15       Q.    So 100 percent each year were H-2A

16   workers?

17       A.    Yes.

18       Q.    Between 2021 and 2024, did Cora

19   employ any non-H-2A workers to drive

20   tractor-trailer trucks?

21       A.    The Association?

22       Q.    Yes.  I'm sorry again.  I apologize.

23   I'm going to just restate the question.  So let

24   me try again.

25             Between 2021 and 2024, the
```

1  Association didn't employ any non-H-2A workers

2  as truck drivers; is that fair to say?

3       A.    All were H-2A workers.

4       Q.    You're familiar with the process to

5  obtain permission to use H-2A workers; is that

6  fair to say?

7       A.    Yes.

8       Q.    In order to apply for H-2A workers,

9  what is the first step in the process that the

10  Association needs to go through?

11       A.    The first step is compiling all the

12  information, dates of need and then submitting

13  all of that into the ETA-790.

14       Q.    Between 2021 and 2024, who filled

15  out that paperwork on behalf of the

16  Association?

17       A.    I compiled the paperwork and then

18  sent it to -- it was filed by our agent.

19       Q.    And what's the name of the agent

20  that you used between 2021 and 2024?

21       A.    AgWorks H2.

22       Q.    Is AgWorks -- AgWorks H2 the entity

23  that actually filled out and submitted the

24  ETA-790 forms that you just referenced?

25       A.    They're the ones that enter it into

1     A.    That's correct.

2     Q.    Do you consider the ETA-790 to be

3  the work contract between the Association and

4  the workers for the 2021 season?

5     A.    Yes.

6     Q.    I know in the discovery responses

7  that the Association sent us, there was -- I

8  think it was a booklet.

9          Was the ETA-790 and other

10  information provided in a booklet form in 2021?

11     A.    Yes, it was.

12     Q.    Was that done every year between

13  2021 and 2024?

14     A.    I don't think in the later years, it

15  was given, but they were all given in Mexico

16  before they even arrived, and then they were

17  given it again once they arrived here.  I'm not

18  sure which entity did that.

19     Q.    I'm sorry.  I didn't mean to

20  interrupt you.  Did you finish your answer?

21     A.    Yes.

22     Q.    Whenever you say, "they were given

23  it," you're referring to the ETA-790; is that

24  right?

25     A.    Yes.

 1     A.    Yes.

 2     Q.    And you mentioned in 2021, those

 3  were provided by the Association's agent in

 4  Mexico, Florencia Huerta.  Is that the person

 5  who also provided those to the workers in 2022

 6  through 2024?

 7     A.    Yes.  They're always provided that

 8  way.  And then in 2024, I also provided them

 9  electronically.

10     Q.    How did you do that in 2024?

11     A.    Once they got here through WhatsApp.

12     Q.    So did you send each of the H-2A

13  workers a copy of the ETA-790 in English and

14  Spanish through a phone number --

15     A.    I had --

16     Q.    -- that you had -- I'm sorry --

17  through the phone number that you had for them

18  in WhatsApp that year?

19     A.    Yes.

20     Q.    And the copy of the ETA-790 that was

21  provided in 2022, 2023, and 2024, was that also

22  provided to the workers in English and Spanish

23  those years?

24     A.    Yes.

25     Q.    Similar to what you explained for

1    the 2021 season; correct?

2         A.    Yes.

3         Q.    There wasn't really any change in

4    that process between 2021 and 2024, was there?

5         A.    No.

6         Q.    And similar to 2021, did the

7    Association consider those ETA-790s for the

8    2022 through 2024 seasons to be the work

9    contract between the Association and the H-2A

10   workers?

11        A.    Yes.

12        Q.    Okay.  I wanted to shift gears

13   slightly getting off of the ETA-790s and the

14   H-2A application forms and ask, what was the

15   workweek at the Association?  In other words,

16   was it Monday through Sunday?  Sunday through

17   Saturday?  What was defined as the workweek at

18   the Association between 2021 and 2024?

19                    ATTORNEY MCDIARMID:  Are you

20   able to answer that question?  Because if not,

21   we can defer to the payroll and expense

22   representative.

23                    THE WITNESS:  I don't know for

24   certain because I know we altered it a little

25   bit one of the years.

```
 1   BY ATTORNEY KNOEPP:
 2       Q.    Okay.  Fair enough.  If you think
 3   it's a question that I better -- that's better
 4   asked of Ms. Kessler, then I can wait and ask
 5   her that.
 6                    ATTORNEY KNOEPP:  Would that
 7   be better, Molly, you think?
 8                    ATTORNEY MCDIARMID:  Yes.
 9   Let's do that.
10   BY ATTORNEY KNOEPP:
11       Q.    Okay.  We'll separate it.  Did
12   everyone have the same workweek?  Everyone that
13   worked as an H-2A truck driver, did they all
14   have the same workweek days?
15       A.    Same workweek for the payroll, yes.
16       Q.    And did the truck drivers sometimes
17   work more than 40 hours in a workweek between
18   2021 and 2024?
19       A.    Yes.
20       Q.    If and when they worked more than 40
21   hours in a workweek, we'd be able to see that
22   on the payroll records that were maintained by
23   the Association; is that right?
24       A.    Yes.
25       Q.    Were any of the tractor-trailer
```

 1 | truck drivers paid overtime pay when they
 2 | worked more than 40 hours per workweek between
 3 | 2021 and 2024?
 4 |     A.    No.
 5 |     Q.    Did the Association consider the
 6 | truck drivers to be exempt from receiving
 7 | overtime pay between 2021 and 2024?
 8 |     A.    Yes.
 9 |     Q.    And on what basis did the
10 | Association consider the workers to be exempt
11 | from the overtime pay requirements?
12 |     A.    The Association is an association of
13 | farmers, and that is 100 percent farmers are
14 | the members of the Association.
15 |     Q.    Are you aware of any specific
16 | exemption that you believe applied to the
17 | Association during that time period between
18 | 2021 and 2024?
19 |     A.    The agricultural exemption.
20 |     Q.    Is there any other exemption that
21 | the Association believed applied to the workers
22 | with respect to the payment of overtime during
23 | 2021 and 2024 other than the agricultural
24 | exemption?
25 |     A.    Not to my knowledge.

1  consulate is that people had to go?

2      A.   Yes.

3      Q.   What about if a truck driver had

4  expenses associated with obtaining the

5  commercial drivers license that was needed to

6  drive a tractor-trailer truck in the United

7  States?

8           Did the Association reimburse H-2A

9  workers for any expenses associated with those

10 items -- with obtaining the driver's license?

11     A.   No, because they can work with that

12 license in Mexico for any other employer.

13     Q.   And I'm not asking for a reason.  I

14 just want to see whether or not the expense is

15 reimbursed.

16          Do you know whether or not people

17 are required to get a medical examination as

18 part of obtaining a commercial driver's license

19 in Mexico?

20     A.   That's not a requirement we have.

21 That would be a requirement in Mexico for their

22 driver's license.  We do, post hire, do medical

23 exams ourself once the workers are here.

24     Q.   Do you know whether or not workers

25 who needed to obtain commercial driver's

```
 1   license in Mexico needed to obtain a medical

 2   examination as part of that process?

 3             Just do you know or not know?

 4       A.    I'm -- that's a part of the Mexico

 5   regulations for them getting that license.

 6       Q.    H-2A workers who were employed by

 7   the Association incurred expenses related to

 8   the medical exam to get their commercial

 9   driver's license.  Is that an expense that the

10   Association reimbursed to the workers at any

11   time?

12       A.    Reimbursed for medical expenses in

13   Mexico?  Is that what you're saying?

14       Q.    As part of the process to get their

15   commercial driver's license, yes.

16       A.    No.

17       Q.    And going back to -- just to make

18   sure I understand it clearly, that any expense

19   that the worker had to obtain the license

20   itself, for example, licensing fee -- well, let

21   me ask this question first:

22             Do you know whether or not there's a

23   fee to obtain a commercial driver's license in

24   Mexico?

25       A.    I'm sure there is.
```

```
 1        Q.    Do you know for sure?

 2        A.    There's a fee.  I'm sure there's a

 3   fee.  I don't know what the fee is.

 4        Q.    But is that fee something that the

 5   Association paid on behalf of H-2A workers who

 6   came to work for the Association as truck

 7   drivers between 2021 and 2024?

 8        A.    No, that was not paid, just as it

 9   wouldn't be paid for any U.S. worker that was

10   hired or could be hired.

11        Q.    Once the H-2A truck drivers arrived

12   in the United States to begin work, were they

13   required by the Association to obtain a United

14   States cell phone number?

15        A.    No, they're not required.  There are

16   several that don't have cell phones.

17        Q.    Did -- did the Association

18   communicate with workers about the work

19   schedules and assignments through WhatsApp

20   messaging on their cell phones?

21        A.    That's one of the ways.

22        Q.    What are some of the other ways?

23        A.    Well, we know where every worker

24   lives, so if there's someone we know without a

25   cell phone, we can easily go to their house and
```

1   that has the same information but for the other

2   H-2A truck drivers who are employed between

3   2021 and 2024; is that right?

4        A.    That's correct.

5        Q.    The method to determine the amount

6   of reimbursement for the truck drivers between

7   2021 and 2024 was the same with respect to all

8   of the H-2A workers; is that right?

9        A.    Yes.  We did do a different --

10       Q.    Sorry.  Go ahead.

11       A.    I'm sorry.  In 2021 and 2022, if you

12  look, you can see that the numbers are the same

13  for the workers all the way down.  And for 2023

14  and 2024, I just changed how I did it because

15  it was some come from further away than others.

16            And so the rate is broken down to

17  each individual, like, where their home city

18  is.

19       Q.    Whenever you say, "the rate," you

20  mean the --

21       A.    The total --

22            ATTORNEY MCDIARMID:  Let him

23  finish his question.

24            THE WITNESS:  Yes.

25  BY ATTORNEY KNOEPP:

```
 1            And so this is just our estimates

 2   going in of the bus ticket and what should be

 3   their travel or what we're understanding their

 4   travel for their employment is.

 5        Q.    The amount of transportation from

 6   the border to the jobsite you can see in 2023

 7   is less than the transportation cost for 2021

 8   and 2022.  It's listed for the border to the

 9   jobsite, even though it's intended to include

10   the cost to get from the home to the consulate

11   and then to Louisiana.

12            Do you -- how did that happen?

13                ATTORNEY MCDIARMID:  Object to

14   form.

15            You can answer, if you can.

16                THE WITNESS:  Yes.  That's --

17   that's what I'm saying, that it's just included

18   in that.

19            And, again, the total transportation

20   that they were given is an estimate that we

21   formulate before they arrive.

22            And they're given these checks when

23   they arrive, and if there is any discrepancies

24   that they have, they can come to me with it

25   after.  And they did not.
```

1      A.    The title is "Transportation from

2   border to jobsite," but that is once they leave

3   the consulate, I do it from the consulate to

4   the jobsite.

5             It's just -- that's just what we

6   call it whenever they're crossing the border.

7   Because immediately after leaving the

8   consulate, they're crossing the border.

9             So that's just how I have it titled.

10     Q.    Understood.  That was my question.

11  So thank you.

12             The column that says, "Lodging," and

13  you can -- on this particular form, there's two

14  entries for $25 for the 2021 season.

15             What is that lodging expense

16  reimbursement for?

17     A.    For a hotel.

18     Q.    And a hotel to do what?

19     A.    If they needed to stay a night in

20  the hotel while they were awaiting their visa

21  to be printed at the consulate.

22     Q.    And how would you know whether or

23  not that happened?

24     A.    Again, these are estimates for the

25  travel that needs to be reimbursed.  And so if

1    we know that they are going to be staying, then

2    I include a lodging estimate.

3              And if it's an instance where they

4    do not have to go to the consulate and they're

5    just picking up their visa at the consulate,

6    they don't have to stay overnight, then I don't

7    include a lodging.

8              And then once the workers arrive, if

9    I find out that they did have to stay any

10   nights in the hotel or if anything was

11   different from what we are reimbursing them,

12   then we address that at that time.

13       Q.    For the 2022, 2023, and 2024 seasons

14   for the individuals who are listed on this

15   spreadsheet, you see there's no lodging expense

16   reimbursement; correct?

17       A.    Yes, that's correct.

18       Q.    Do you know if there was lodging

19   reimbursement expenses for those years for

20   other H-2A truck drivers?

21       A.    Not that I know of.  No one came

22   with anything -- any receipts or anything

23   different than what was reimbursed.

24       Q.    Is it -- so for the 2022, 2023, and

25   2024 seasons, is it the Association's

 1   it tells you the travel time.

 2        Q.    And, again, would there be some

 3   underlying documents in the office that would

 4   provide any additional support for the number

 5   of days that you estimated people would spend

 6   traveling during these seasons?

 7        A.    For the ones where I have bus

 8   tickets, it would say the hours of travel on

 9   there.  But I also include any days that

10   they're traveling when they are not in a --

11   like, if they just had to -- when they are

12   going from their home to the city, that's

13   included as one day.  And so I'll take the bus

14   -- the travel time for that bus ticket and

15   include it with the travel time for the other

16   bus ticket, and that would give you the days

17   traveled.

18        Q.    Is it fair to say that the number of

19   days traveled is based on your estimate of what

20   you believed would be the number of days the

21   H-2A workers would spend traveling as opposed

22   to the actual number of days they may have

23   spent traveling?

24        A.    Yes.  This entire spreadsheet is an

25   estimate of travel.

 1      Q.    And the policy was that if these

 2   estimates were inaccurate, it was the workers'

 3   responsibility to come to the Association and

 4   tell you that and seek additional

 5   reimbursement; is that fair to say?

 6                    ATTORNEY MCDIARMID:   Object to

 7   the form.

 8              You can answer.

 9                    THE WITNESS:  Yes.  That's my

10   understanding.  They would come with receipts

11   if there was any issue, or if there was no

12   receipt, like, that's how you have to prove

13   what they paid.

14   BY ATTORNEY KNOEPP:

15      Q.    The additional pages that make up

16   this spreadsheet, these are just -- I'm

17   sorry -- that make up this Exhibit 007, these

18   are the check stubs of the actual payments that

19   were made to the individuals who are listed on

20   these -- on the first page of the exhibit; is

21   that right?

22      A.    That's correct.

23      Q.    And, again, this is for the expenses

24   for -- that were incurred for inbound travel as

25   titled in the first page of the exhibit; is

 1   point that Katie wanted to clarify with you.

 2                  THE WITNESS:   When you had

 3   asked about -- in reference to the outbound

 4   travel, you had asked if everyone was paid the

 5   outbound travel.  And it's just -- I remembered

 6   the -- if someone is terminated, they're not

 7   paid the outbound travel.

 8              So that's one instance that I can

 9   think of.

10   BY ATTORNEY KNOEPP:

11      Q.    Okay.  Anything else from your prior

12   testimony that you feel like you need to either

13   correct or add to or anything?

14      A.    I don't think so.

15      Q.    Okay.  I wanted to go back to ask

16   you about telephones; right?

17              And if an H-2A truck driver

18   purchased a telephone to use to communicate for

19   work, is that an expense that the Association

20   reimbursed that worker for?

21      A.    No, because they're not required to

22   purchase a telephone.

23      Q.    And is it fair to say that the --

24   the policy at the Association between '21 --

25   2021 to 2024 was that it did not reimburse

```
 1   people for any expenses associated with
 2   telephones; is that fair to say?
 3        A.    That's correct.
 4        Q.    Separate and apart from purchasing a
 5   telephone, was it also the policy of the
 6   Association during 2021 to 2024 that it didn't
 7   pay any monthly fees incurred by H-2A truck
 8   drivers for their cell phone service?
 9        A.    No.  We do not pay any of those
10   fees.
11        Q.    Those are all the questions that I
12   have on the topics you were designated for, I
13   think.  And so we can go off the record, and
14   then we'll switch witnesses.
15              Thank you for your time today.
16        A.    Thank you.
17              (A recess was taken.)
18              NICOLE KESSLER, a witness
19   herein, having been first duly sworn, was
20   examined and testified as follows:
21                        EXAMINATION
22   BY ATTORNEY KNOEPP:
23        Q.    Good morning, Ms. Kessler.  Were you
24   in the room when I was asking questions of
25   Ms. Nunez?
```

```
 1              Are you the only person processing

 2   payroll, or are there other people that are

 3   assisting with that?

 4        A.    There's only one other person who

 5   has access to that.

 6        Q.    And who is that?

 7        A.    Her name is Nicole Bickham.

 8        Q.    I'm sorry?

 9        A.    Nicole Bickham.

10        Q.    Bickham?  How do you spell the last

11   name?

12        A.    B-I-C-K-H-A-M.

13        Q.    All right.  I'm not going to make

14   any jokes about, you know, you have to be named

15   Nicole to run the payroll system, but we know

16   it's out there; right?

17              ATTORNEY MCDIARMID:  Right.

18   BY ATTORNEY KNOEPP:

19        Q.    And so how -- maybe it would be best

20   if you can just sort of walk me through how you

21   get from the time that somebody worked for a

22   week to a paycheck.

23              How does that work?

24        A.    You generate the weekly report

25   Monday morning -- every Monday morning, and
```

1   then those hours are taken for each individual

2   and entered into the QuickBooks software --

3   payroll software system.  And then we generate

4   their payroll checks from there.

5           Q.    And am I right in that you -- and

6   we'll get -- I'm going to show you an exhibit

7   in a second that I think has these printouts

8   that we're talking about.  Maybe that'll make

9   it easier.

10          But you get a printout of the daily

11  time that somebody clocked in and clocked out

12  and a total for the day; is that right?

13          A.    Yes, sir.

14          Q.    And it also has a total for the

15  week, which is Monday through Sunday; correct?

16          A.    Correct, yes, sir.

17          Q.    And that total is what is manually

18  entered into QuickBooks to generate a paycheck

19  and a check stub; is that right?

20          A.    Correct, yes, sir.

21          Q.    And is that done by the person's

22  name or by employee ID number?

23          How is that -- how are those things

24  matched up?

25          A.    You can run those reports in many

 1   different fashions.  You can run specific days

 2   by an individual's -- you can search his first

 3   name, his last name, his identification number,

 4   his employee number.

 5            It's set up to where if you only had

 6   his ID number, you could still find all of his

 7   data, his punches.

 8            It's -- you could run it

 9   individually.  You could run it by farm.  It's

10   set up to where you can customize pretty much

11   any way you want to track an individual.  You

12   can find his information very easily.

13       Q.    And whenever you say you can find

14   the information easily, are you talking about

15   in the custom timekeeping system, or are you

16   talking about QuickBooks, or are you talking

17   about both?

18       A.    Both.  Both.  They're very easy to

19   track it.  Yes, sir.  QuickBooks is just by

20   name, but payroll, they're given a number, and

21   you can search their number or their name.  But

22   in QuickBooks, it's just the name.

23       Q.    Where does the payroll processing

24   take place physically?  Where do you do that?

25       A.    In the scale.

```
 1   the different wage rates were; is that fair to

 2   say?

 3         A.    Yes, sir.  Absolutely.  Yes.

 4   Definitely.

 5         Q.    All right.  The QuickBooks check

 6   stub that gets generated, which is -- that's

 7   Page 2 of the exhibit, is that right?

 8         A.    Correct.

 9         Q.    You can see it lists the name of the

10   employee, and it also lists an address there.

11               Do you see the address?

12         A.    Correct, yes, sir.

13         Q.    Does the Association enter that

14   address in Mexico for all of the H-2A truck

15   drivers?

16         A.    Yes, sir.

17         Q.    That's located in the QuickBooks

18   program?

19         A.    Yes, sir.

20         Q.    What about in the timekeeping

21   program?  Is there any information about the

22   workers' home address in Mexico in the

23   timekeeping system?

24         A.    No, sir.

25         Q.    What other information would be
```