EXHIBIT 9

SAMPLE CHECKSTUBS FOR
PLAINTIFF ERNESTO JIMENEZ-GONZALEZ

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788



ERNESTO JIMENEZ GONZALEZ

| Employee Pay Stub | Check number: | | | Pay Period: 10/04/2021 - 10/10/2021 | Pay Date: 10/15/2021 |
|---|---|---|---|---|---|
| Employee | | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 95.02 | 11.88 | 1,128.84 | 1,391.63 |
| Travel & Subsistence | | | | 375.00 |
| | 95.02 | | 1,128.84 | 1,766.63 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |

| Net Pay | | | 1,128.84 | 1,766.63 |
|---|---|---|---|---|

*Ernesto Jimenez* (signature)

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL    CORA TEXAS - 000784

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ



| Employee Pay Stub | | Check number: | | Pay Period: 10/??/2021 - 10/??/2021 | Pay Date: 10/20/2021 |
|---|---|---|---|---|---|
| **Employee** | | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 86.48 | 11.88 | 1,027.38 | 2,419.01 |
| Travel & Subsistence | | | | 375.00 |
| | 86.48 | | 1,027.38 | 2,794.01 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |

| **Net Pay** | | | 1,027.38 | 2,794.01 |

*Ernesto Jimenez*

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788  --  EIN: 84-2339605

CONFIDENTIAL            CORA TEXAS - 000786

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ



| Employee Pay Stub | | Check number: | | | | Pay Period: 10/18/2021 - 10/24/2021 | Pay Date: 10/29/2021 |
|---|---|---|---|---|---|---|---|
| Employee | | | | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 90.83 | 11.88 | 1,079.06 | 3,498.07 |
| Travel & Subsistence | | | | 375.00 |
| | 90.83 | | 1,079.06 | 3,873.07 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| | | |
| Net Pay | 1,079.06 | 3,873.07 |

*Ernesto J* (signature)

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA TEXAS - 000788

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 10/25/2021 - 10/31/2021 | Pay Date: 11/05/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| ERNESTO JIMENEZ GONZALEZ, | | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 86.78 | 11.88 | 1,030.95 | 4,529.02 |
| Travel & Subsistence | | | | 375.00 |
| | 86.78 | | 1,030.95 | 4,904.02 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |

| **Net Pay** | 1,030.95 | 4,904.02 |

*Ernesto Jimenez* (signature)

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL     CORA TEXAS - 000790

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ



| Employee Pay Stub | Check number: | | | Pay Period: 11/01/2021 - 11/07/2021 | Pay Date: 11/12/2021 |
|---|---|---|---|---|---|
| Employee | | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 91.78 | 11.88 | 1,090.35 | 5,619.37 |
| Travel & Subsistence | | | | 375.00 |
| | 91.78 | | 1,090.35 | 5,994.37 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Net Pay | | | 1,090.35 | 5,994.37 |

*Ernesto Jimenez*

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                CORA TEXAS - 000792

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ



| Employee Pay Stub | | Check number: | | | Pay Period: 11/08/2021 - 11/14/2021 | Pay Date: 11/19/2021 |
|---|---|---|---|---|---|---|
| Employee | | *Ernesto Jimenez* | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 97.52 | 11.88 | 1,158.54 | 6,777.91 |
| Travel & Subsistence | | | | 375.00 |
| | 97.52 | | 1,158.54 | 7,152.91 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Net Pay | 1,158.54 | 7,152.91 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL             CORA TEXAS - 000794

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

| Employee Pay Stub | | Check number: *Ernesto Jimenez* | | | Pay Period: 11/15/2021 - 11/21/2021 | Pay Date: 11/26/2021 |
|---|---|---|---|---|---|---|
| Employee | | | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
|---|---|---|---|---|---|---|
| Hourly | 89.00 | 11.88 | 1,057.32 | 7,835.23 | | |
| Travel & Subsistence | | | | 375.00 | | |
| | 89.00 | | 1,057.32 | 8,210.23 | | |
| Taxes | | | Current | YTD Amount | | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| Net Pay | | | 1,057.32 | 8,210.23 | | |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 — EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

| Employee Pay Stub | Check number: | | Pay Period: 11/22/2021 - 11/28/2021 | Pay Date: 12/03/2021 |
|---|---|---|---|---|
| Employee | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 90.43 | 11.88 | 1,074.31 | 8,909.54 |
| Travel & Subsistence | | | | 375.00 |
| | 90.43 | | 1,074.31 | 9,284.54 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| | | | | |
| Net Pay | | | 1,074.31 | 9,284.54 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                CORA TEXAS - 000798

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

| Employee Pay Stub | Check number | Pay Period: 11/29/2021 - 12/05/2021 | Pay Date: 12/10/2021 |
|---|---|---|---|

**Employee**
ERNESTO JIMENEZ GONZALEZ,

**SSN**
***-**-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 96.92 | 11.88 | 1,151.41 | 10,060.95 |
| Travel & Subsistence | | | | 375.00 |
| | 96.92 | | 1,151.41 | 10,435.95 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |

| Net Pay | | | 1,151.41 | 10,435.95 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788  --  EIN: 84-2339605

CONFIDENTIAL                                   CORA TEXAS - 000800

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 12/06/2021 - 12/12/2021 | Pay Date: 12/17/2021 |
|---|---|---|---|---|---|---|
| Employee | | *Ernesto Jimenez* | | | SSN | |
| ERNESTO JIMENEZ GONZALEZ, | | | | | ***-**-1705 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 90.33 | 11.88 | 1,073.12 | 11,134.07 |
| Travel & Subsistence | | | | 375.00 |
| | 90.33 | | 1,073.12 | 11,509.07 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| Net Pay | 1,073.12 | 11,509.07 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 — EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

| Employee Pay Stub | Check number: | Pay Period: 12/13/2021 - 12/19/2021 | Pay Date: 12/22/2021 |
|---|---|---|---|

**Employee**
ERNESTO JIMENEZ GONZALEZ,

**SSN**
***-**-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 95.35 | 11.88 | 1,132.76 | 12,266.83 |
| Travel & Subsistence | | | | 375.00 |
| | 95.35 | | 1,132.76 | 12,641.83 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |

| Net Pay | | | 1,132.76 | 12,641.83 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA TEXAS - 000804

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

| Employee Pay Stub | Check number | | Pay Period: 12/20/2021 - 12/26/2021 | Pay Date: 12/30/2021 |

**Employee**
ERNESTO JIMENEZ GONZALEZ,

SSN
***-**-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 97.88 | 11.88 | 1,162.81 | 13,429.64 |
| Travel & Subsistence | | | | 375.00 |
| | 97.88 | | 1,162.81 | 13,804.64 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |

| Net Pay | | | 1,162.81 | 13,804.64 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA TEXAS - 000806

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

| Employee Pay Stub | Check number: | Pay Period: 12/25/2021 - ~~12/31/2021~~ 01/03/2022 | Pay Date: 01/03/2022 |
|---|---|---|---|

Employee: ERNESTO JIMENEZ GONZALEZ,

SSN: ***-**-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 29.47 | 11.88 | 350.10 | |
| Hourly | 75.29 | 12.45 | 937.36 | 1,287.46 |
| Travel & Subsistence | 1.00 | 210.00 | 210.00 | 210.00 |
| Bonus | 1.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| | 104.76 | | 2,497.46 | 2,497.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |

| Net Pay | 2,497.46 | 2,497.46 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                CORA TEXAS - 000809

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

| Employee Pay Stub | Check number: | | Pay Period: 10/09/2023 - 10/15/2023 | Pay Date: 10/20/2023 |
|---|---|---|---|---|

**Employee**
ERNESTO JIMENEZ GONZALEZ

**SSN**
***-**-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 85.22 | 23.16 | 1,973.70 | 5,752.79 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 129.56 |
| | 85.22 | | 1,973.70 | 6,374.78 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 1,000.00 |

| Net Pay | 1,973.70 | 7,374.78 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA TEXAS - 000814

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

**Employee Pay Stub**   Check number:   Pay Period: 10/16/2023 - 10/22/2023   Pay Date: 10/27/2023

**Employee**   SSN
ERNESTO JIMENEZ GONZALEZ   ***-**-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 80.20 | 23.16 | 1,857.43 | 7,610.22 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 129.56 |
| | 80.20 | | 1,857.43 | 8,232.21 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 1,000.00 |

| Net Pay | 1,857.43 | 9,232.21 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL    CORA TEXAS - 000816

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernesto Jimenez* (signature)

| Employee Pay Stub | Check number: | Pay Period: 10/23/2023 - 10/29/2023 | Pay Date: 11/03/2023 |
|---|---|---|---|

**Employee**
ERNESTO JIMENEZ GONZALEZ,

**SSN**
\*\*\*-\*\*-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 89.22 | 23.16 | 2,066.34 | 9,676.56 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 129.56 |
| | 89.22 | | 2,066.34 | 10,298.55 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 1,000.00 |

| Net Pay | 2,066.34 | 11,298.55 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL           CORA TEXAS - 000818

Cora Texas Growers and Harvesters Agricultural Association
35150 Richland Road
White Castle, La 70788

ERNESTO JIMENEZ GONZALEZ

*Ernosto Jimenez* (signature)

| Employee Pay Stub | Check number: | | | Pay Period: 10/30/2023 - 11/05/2023 | Pay Date: 11/10/2023 |
|---|---|---|---|---|---|

**Employee**
ERNESTO JIMENEZ GONZALEZ

**SSN**
\*\*\*-\*\*-1705

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 76.77 | 23.16 | 1,777.99 | 11,454.55 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 129.56 |
| | 76.77 | | 1,777.99 | 12,076.54 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 1,000.00 |

| Net Pay | 1,777.99 | 13,076.54 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                CORA TEXAS - 000820