EXHIBIT 10

SAMPLE CHECKSTUBS FOR
PLAINTIFF JOSE ALBERTO TORRES-MARTINEZ

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

██████████████████████████

---

| Employee Pay Stub | | Check number: | | | Pay Period: 11/01/2021 - 11/07/2021 | | Pay Date: 11/12/2021 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ ████████ | | | | | ***-**-2351 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 93.52 | 11.88 | 1,111.02 | 1,355.39 |
| Travel & Subsistence | | | | 375.00 |
| | 93.52 | | 1,111.02 | 1,730.39 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |

| Net Pay | 1,111.02 | 1,730.39 |
|---|---|---|

*Jow A-Turah*

CONFIDENTIAL          CORA-TEXAS - 000867

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/08/2021 - 11/14/2021 | | Pay Date: 11/19/2021 |
|---|---|---|---|---|---|---|---|

**Employee**
JOSE ALBERTO TORRES MARTINEZ,

**SSN**
***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 94.53 | 11.88 | 1,123.02 | 2,478.41 |
| Travel & Subsistence | | | | 375.00 |
| | 94.53 | | 1,123.02 | 2,853.41 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,123.02** | **2,853.41** |

Jose A Torres

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000869

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ



| Employee Pay Stub | | Check number: | | | Pay Period: 11/15/2021 - 11/21/2021 | Pay Date: 11/26/2021 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ,

**SSN**

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 91.03 | 11.88 | 1,081.44 | 3,559.85 |
| Travel & Subsistence | | | | 375.00 |
| | 91.03 | | 1,081.44 | 3,934.85 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,081.44** | **3,934.85** |

Jose A. Torah

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL        CORA-TEXAS - 000871

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/22/2021 - 11/28/2021 | | Pay Date: 12/03/2021 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 92.68 | 11.88 | 1,101.04 | 4,660.89 |
| Travel & Subsistence | | | | 375.00 |
| | 92.68 | | 1,101.04 | 5,035.89 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,101.04** | **5,035.89** |

Joee A Toreate

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000873

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/29/2021 - 12/05/2021 | | Pay Date: 12/10/2021 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 89.95 | 11.88 | 1,068.61 | 5,729.50 |
| Travel & Subsistence | | | | 375.00 |
| | 89.95 | | 1,068.61 | 6,104.50 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Net Pay | | | 1,068.61 | 6,104.50 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000875

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 12/06/2021 - 12/12/2021 | Pay Date: 12/17/2021 |
|---|---|---|---|---|---|---|

**Employee**
JOSE ALBERTO TORRES MARTINEZ

**SSN**
***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 90.70 | 11.88 | 1,077.52 | 6,807.02 |
| Travel & Subsistence | | | | 375.00 |
| | 90.70 | | 1,077.52 | 7,182.02 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,077.52** | **7,182.02** |

*Torr A. Torres*

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000877

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 12/13/2021 - 12/19/2021 | Pay Date: 12/22/2021 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ,

**SSN**

***-**-2351

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 92.27 | 11.88 | 1,096.17 | 7,903.19 |
| Travel & Subsistence | | | | 375.00 |
| | 92.27 | | 1,096.17 | 8,278.19 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | 1,096.17 | 8,278.19 |

CONFIDENTIAL          CORA-TEXAS - 000879

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 12/20/2021 - 12/26/2021 | Pay Date: 12/30/2021 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 97.75 | 11.88 | 1,161.27 | 9,064.46 |
| Travel & Subsistence | | | | 375.00 |
| | 97.75 | | 1,161.27 | 9,439.46 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,161.27** | **9,439.46** |

Jose A. Tar ad

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000881

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

---

| Employee Pay Stub | | Check number: | | | Pay Period: 12/25/2021 - 12/31/2021 | Pay Date: 01/03/2022 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ

**SSN**

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25.02 | 11.88 | 297.24 | |
| Hourly | 47.23 | 12.45 | 588.01 | 885.25 |
| Travel & Subsistence | 1.00 | 210.00 | 210.00 | 210.00 |
| Bonus | 1.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| | 72.25 | | 2,095.25 | 2,095.25 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **2,095.25** | **2,095.25** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000883

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 09/19/2022 - 09/25/2022 | Pay Date: 09/30/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 74.98 | 12.45 | 933.50 | 1,905.90 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 74.98 | | 933.50 | 3,440.90 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **933.50** | **3,440.90** |

*Jose A. Torres* (signature)

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000888

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 09/26/2022 - 10/02/2022 | Pay Date: 10/07/2022 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ

**SSN**

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 85.45 | 12.45 | 1,063.85 | 2,969.75 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 85.45 | | 1,063.85 | 4,504.75 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,063.85** | **4,504.75** |

Jose A. To-w

CONFIDENTIAL            CORA-TEXAS - 000890

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788


JOSE ALBERTO TORRES MARTINEZ

---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 10/03/2022 - 10/09/2022** | **Pay Date: 10/14/2022** |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 100.95 | 12.45 | 1,256.83 | 4,226.58 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 100.95 | | 1,256.83 | 5,761.58 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,256.83** | **5,761.58** |

Jose A Tam ush

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000892

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

---

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/10/2022 - 10/16/2022 | Pay Date: 10/21/2022 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 91.92 | 12.45 | 1,144.40 | 5,370.98 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 91.92 | | 1,144.40 | 6,905.98 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,144.40** | **6,905.98** |

Jose A Torres

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

---

**Employee Pay Stub**          Check number:              Pay Period: 10/17/2022 - 10/23/2022          Pay Date: 10/28/2022

**Employee**                                            **SSN**
JOSE ALBERTO TORRES MARTINEZ,                           ***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 94.62 | 12.45 | 1,178.02 | 6,549.00 |
| Travel & Subsistence |  |  |  | 535.00 |
| Bonus |  |  |  | 1,000.00 |
|  | 94.62 |  | 1,178.02 | 8,084.00 |

| Taxes |  |  | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding |  |  | 0.00 | 0.00 |

| Net Pay |  |  | 1,178.02 | 8,084.00 |

Joce A. Tarwh

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000896

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 10/24/2022 - 10/30/2022 | Pay Date: 11/04/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 85.57 | 12.45 | 1,065.35 | 7,814.35 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 85.57 | | 1,065.35 | 9,149.35 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,065.35** | **9,149.35** |

Tore A- Tar M

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 — EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000898

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 10/31/2022 - 11/06/2022** | **Pay Date: 11/11/2022** |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** | |
|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| **Earnings and Hours** | Qty | Rate | Current | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 82.70 | 12.45 | 1,029.62 | 8,643.97 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 82.70 | | 1,029.62 | 10,178.97 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,029.62** | **10,178.97** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/07/2022 - 11/13/2022 | Pay Date: 11/18/2022 |
|---|---|---|---|---|---|---|

**Employee**
JOSE ALBERTO TORRES MARTINEZ

SSN
***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 84.38 | 12.45 | 1,050.53 | 9,694.50 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 84.38 | | 1,050.53 | 11,229.50 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,050.53** | **11,229.50** |

Jose A. Tm al

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000902

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788


JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/14/2022 - 11/20/2022 | | Pay Date: 11/25/2022 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ. | | | | | ***-**-2351 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 74.82 | 12.45 | 931.51 | 10,626.01 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 74.82 | | 931.51 | 12,161.01 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Net Pay | | | 931.51 | 12,161.01 |

CONFIDENTIAL        CORA-TEXAS - 000904

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/21/2022 - 11/27/2022 | Pay Date: 12/02/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75.77 | 12.45 | 943.34 | 11,569.35 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 75.77 | | 943.34 | 13,104.35 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **943.34** | **13,104.35** |

CONFIDENTIAL          CORA-TEXAS - 000906

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/28/2022 - 12/04/2022 | Pay Date: 12/09/2022 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ,

**SSN**

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 78.70 | 12.45 | 979.82 | 12,549.17 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 78.70 | | 979.82 | 14,084.17 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |

| Net Pay | | | 979.82 | 14,084.17 |
|---|---|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000908

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 12/05/2022 - 12/11/2022 | Pay Date: 12/16/2022 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| **Earnings and Hours** | Qty | Rate | **Current** | **YTD Amount** |
|---|---|---|---|---|
| Hourly | 79.22 | 12.45 | 986.29 | 13,535.46 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 79.22 | | 986.29 | 15,070.46 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **986.29** | **15,070.46** |

Jose A torWC

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000910

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 12/12/2022 - 12/18/2022 | Pay Date: 12/23/2022 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 92.15 | 12.45 | 1,147.27 | 14,682.73 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 92.15 | | 1,147.27 | 16,217.73 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,147.27** | **16,217.73** |

CONFIDENTIAL          CORA-TEXAS - 000912

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 12/19/2022 - 12/25/2022 | Pay Date: 12/30/2022 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 82.17 | 12.45 | 1,023.02 | 15,705.75 |
| Travel & Subsistence | | | | 535.00 |
| Bonus | | | | 1,000.00 |
| | 82.17 | | 1,023.02 | 17,240.75 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | 1,023.02 | 17,240.75 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL              CORA-TEXAS - 000914

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 12/26/2022 - 01/01/2023 | | Pay Date: 01/06/2023 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | | |
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 71.20 | 12.45 | 886.44 | 886.44 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **886.44** | **886.44** |

CONFIDENTIAL                    CORA-TEXAS - 000916

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 01/02/2023 - 01/08/2023 | Pay Date: 01/13/2023 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 83.10 | 12.45 | 1,034.60 | 1,921.04 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,034.60** | **1,921.04** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA-TEXAS - 000918

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 01/01/2023 - 01/08/2023 | Pay Date: 01/13/2023 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Straight time | 94.92 | 1.22 | 115.80 | 115.80 |
| Hourly | | | | 1,921.04 |
| | 94.92 | | 115.80 | 2,036.84 |
| Taxes | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| Net Pay | | | 115.80 | 2,036.84 |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA-TEXAS - 000921

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

███████████████████████████████

---

| Employee Pay Stub | | Check number: | | | Pay Period: 10/02/2023 - 10/08/2023 | Pay Date: 10/13/2023 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ, █████████████████████

**SSN**

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 63.82 | 23.16 | 1,478.07 | 3,885.66 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 63.82 | | 1,478.07 | 4,493.89 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 850.00 |

| Net Pay | 1,478.07 | 5,343.89 |
|---|---|---|

*(signature)*

CONFIDENTIAL          CORA-TEXAS - 000926

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 10/09/2023 - 10/15/2023 | Pay Date: 10/20/2023 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 73.33 | 23.16 | 1,698.32 | 5,583.98 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 73.33 | | 1,698.32 | 6,192.21 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | Current | YTD Amount |
| Incentive | | | | 850.00 |
| **Net Pay** | | | 1,698.32 | 7,042.21 |



CONFIDENTIAL          CORA-TEXAS - 000928

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 10/16/2023 - 10/22/2023** | **Pay Date: 10/27/2023** |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 76.12 | 23.16 | 1,762.94 | 7,346.92 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 76.12 | | 1,762.94 | 7,955.15 |
| **Taxes** | | | Current | YTD Amount |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | Current | YTD Amount |
| Incentive | | | | 850.00 |
| **Net Pay** | | | **1,762.94** | **8,805.15** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 — EIN: 84-2339605

CONFIDENTIAL            CORA-TEXAS - 000930

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 10/23/2023 - 10/29/2023 | Pay Date: 11/03/2023 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | |
| **Earnings and Hours** | **Qty** | **Rate** | **Current** | **YTD Amount** | | |
| Hourly | 81.18 | 23.16 | 1,880.13 | 9,227.05 | | |
| Travel & Subsistence | | | | 492.43 | | |
| Straight time | | | | 115.80 | | |
| | 81.18 | | 1,880.13 | 9,835.28 | | |
| **Taxes** | | | **Current** | **YTD Amount** | | |
| Federal Withholding | | | 0.00 | 0.00 | | |
| LA - Withholding | | | 0.00 | 0.00 | | |
| | | | 0.00 | 0.00 | | |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** | | |
| Incentive | | | | 850.00 | | |
| **Net Pay** | | | **1,880.13** | **10,685.28** | | |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL                    CORA-TEXAS - 000932

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

---

| Employee Pay Stub | | Check number: | | | Pay Period: 10/30/2023 - 11/05/2023 | Pay Date: 11/10/2023 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ,

**SSN**

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 69.03 | 23.16 | 1,598.73 | 10,825.78 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 69.03 | | 1,598.73 | 11,434.01 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 850.00 |

| Net Pay | 1,598.73 | 12,284.01 |
|---|---|---|

Jose A. Torlle

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 — EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000934

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/06/2023 - 11/12/2023 | Pay Date: 11/17/2023 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 66.92 | 23.16 | 1,549.87 | 12,375.65 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 66.92 | | 1,549.87 | 12,983.88 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 850.00 |

| Net Pay | 1,549.87 | 13,833.88 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 11/13/2023 - 11/19/2023 | Pay Date: 11/24/2023 |
|---|---|---|---|---|---|---|

| **Employee** | | | | | **SSN** |
|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 74.82 | 23.16 | 1,732.83 | 14,108.48 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 74.82 | | 1,732.83 | 14,716.71 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Adjustments to Net Pay** | | | **Current** | **YTD Amount** |
| Incentive | | | | 850.00 |
| **Net Pay** | | | **1,732.83** | **15,566.71** |

Jose A. Torres

CONFIDENTIAL          CORA-TEXAS - 000938

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 11/20/2023 - 11/26/2023 | Pay Date: 12/01/2023 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount | |
|---|---|---|---|---|---|
| Hourly | 64.22 | 23.16 | 1,487.34 | 15,595.82 | |
| Travel & Subsistence | | | | 492.43 | |
| Straight time | | | | 115.80 | |
| | 64.22 | | 1,487.34 | 16,204.05 | |
| **Taxes** | | | Current | YTD Amount | |
| Federal Withholding | | | 0.00 | 0.00 | |
| LA - Withholding | | | 0.00 | 0.00 | |
| | | | 0.00 | 0.00 | |
| **Adjustments to Net Pay** | | | Current | YTD Amount | |
| Incentive | | | | 850.00 | |
| **Net Pay** | | | 1,487.34 | 17,054.05 | |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 11/27/2023 - 12/03/2023 | Pay Date: 12/08/2023 |
|---|---|---|---|---|---|---|

**Employee**

JOSE ALBERTO TORRES MARTINEZ,

**SSN**

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 75.72 | 23.16 | 1,753.68 | 17,349.50 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 75.72 | | 1,753.68 | 17,957.73 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 850.00 |

| Net Pay | 1,753.68 | 18,807.73 |
|---|---|---|

Jose A. Torres

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000942

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ



---

| **Employee Pay Stub** | | Check number: | | | **Pay Period: 12/04/2023 - 12/10/2023** | **Pay Date: 12/15/2023** |
|---|---|---|---|---|---|---|

**Employee**

**SSN**

JOSE ALBERTO TORRES MARTINEZ,

***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 73.08 | 23.16 | 1,692.53 | 19,042.03 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 73.08 | | 1,692.53 | 19,650.26 |

| Taxes | | | Current | YTD Amount |
|---|---|---|---|---|
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Adjustments to Net Pay | | | Current | YTD Amount |
|---|---|---|---|---|
| Incentive | | | | 850.00 |

| Net Pay | | | 1,692.53 | 20,500.26 |
|---|---|---|---|---|

CONFIDENTIAL          CORA-TEXAS - 000944

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 12/11/2023 - 12/17/2023 | Pay Date: 12/22/2023 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 64.57 | 23.16 | 1,495.44 | 20,537.47 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 64.57 | | 1,495.44 | 21,145.70 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 850.00 |

| Net Pay | 1,495.44 | 21,995.70 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788  --  EIN: 84-2339605

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ



| Employee Pay Stub | | Check number: | | | Pay Period: 12/18/2023 - 12/24/2023 | Pay Date: 12/29/2023 |
|---|---|---|---|---|---|---|

**Employee**                                      **SSN**
JOSE ALBERTO TORRES MARTINEZ,                     ***-**-2351

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 77.17 | 23.16 | 1,787.26 | 22,324.73 |
| Travel & Subsistence | | | | 492.43 |
| Straight time | | | | 115.80 |
| | 77.17 | | 1,787.26 | 22,932.96 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Incentive | | 850.00 |

| Net Pay | 1,787.26 | 23,782.96 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL        CORA-TEXAS - 000948

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | | Check number: 67141 | | Pay Period: 12/25/2023 - 12/31/2023 | Pay Date: 01/05/2024 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ | | | | | ***-**-2351 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 74.93 | 23.16 | 1,735.38 | 1,735.38 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,735.38** | **1,735.38** |

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788  --  EIN: 84-2339605

CONFIDENTIAL          CORA-TEXAS - 000950

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| **Employee Pay Stub** | | Check number: | | | Pay Period: 01/01/2024 - 01/07/2024 | Pay Date: 01/12/2024 |
|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | |
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 | |

| **Earnings and Hours** | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 76.60 | 23.16 | 1,774.06 | 3,509.44 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | 0.00 | 0.00 |
| LA - Withholding | | | 0.00 | 0.00 |
| | | | 0.00 | 0.00 |
| **Net Pay** | | | **1,774.06** | **3,509.44** |

CONFIDENTIAL            CORA-TEXAS - 000952

Cora Texas Growers and Harvesters Agricultural
Association
35150 Richland Road
White Castle, La 70788

JOSE ALBERTO TORRES MARTINEZ

| Employee Pay Stub | | Check number: | | | Pay Period: 01/08/2024 - 01/14/2024 | | Pay Date: 01/19/2024 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| JOSE ALBERTO TORRES MARTINEZ, | | | | | ***-**-2351 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 103.15 | 23.16 | 2,388.95 | 5,898.39 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | 0.00 | 0.00 |
| LA - Withholding | 0.00 | 0.00 |
| | 0.00 | 0.00 |

| Net Pay | 2,388.95 | 5,898.39 |
|---|---|---|

Cora Texas Growers and Harvesters Agricultural Association, 35150 Richland Road, White Castle, La 70788 -- EIN: 84-2339605

CONFIDENTIAL        CORA-TEXAS - 000954