# EXHIBIT 13

# EXCERPTS FROM DEPOSITION OF
# PLAINTIFF JOSE ALBERTO TORRES-MARTINEZ

# Transcript of the Testimony of
# Jose' Alberto Torres-Martinez

## Date: April 30, 2025

### Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers, et al

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.
Phone:  504-529-5255
Fax:  504-529-5257
Email:  reporters@psrdocs.com
Internet: http://www.psrdocs.com

Page 1

```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF LOUISIANA


ERNESTO JIMENEZ-GONZALES           CIVIL ACTION
AND JOSE ALBERTO                   3:24-CV-00820
TORRES-MARTINEZ,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED

VERSUS


CORA TEXAS GROWERS                 JUDGE DICK
AND HARVESTERS AGRICULTURAL
ASSOCIATION, INC. AND CORA
TEXAS MANUFACTURING
COMPANY, LLC

              DEPOSITION OF
JOSE´ ALBERTO TORRES-MARTINEZ, AVENIDA MORELOS
NO. 35, COLONIA MONTEMAYOR, FRANCISCO I. MADERO,
COAHUILA 27900, TAKEN VIA ZOOM FROM TORREON,
MEXICO, ON THE 30TH DAY OF APRIL, 2025.


APPEARANCES:

    DAWSON MORTON, LLC
    (BY:  DAWSON MORTON, ESQUIRE)
    104 CAMBRIDGE AVENUE
    DECATUR, GEORGIA 30030

             - AND -

    JAMES KNOEPP, ESQUIRE
    150 E. PONCE DE LEON AVENUE
    SUITE 340
    DECATUR, GEORGIA 30030

       ATTORNEYS FOR PLAINTIFFS
```

Page 8

```
 1   entirety of his testimony earlier; is that
 2   right?
 3        A.   Yes.
 4        Q.   There was never a time when
 5   Mr. Jimenez was providing testimony that you
 6   were not present in the room, correct?
 7        A.   No.
 8        Q.   Now, you have come forward as a
 9   representative plaintiff similarly to
10   Mr. Jimenez; yes?
11        A.   Yes.
12        Q.   Like Mr. Jimenez, you believe that you
13   are able to represent not only your own claim,
14   but also represent others who are similarly
15   situated to you?
16        A.   Yes.
17        Q.   You heard Mr. Jimenez testify
18   concerning the breach of contract claim that you
19   brought against the Cora Association?
20             MR. MORTON:
21                Objection.
22   EXAMINATION BY MR. DAVIS:
23        Q.   You can answer.
24        A.   Yes.
25        Q.   You heard Mr. Jimenez testify about
```

Page 9

1  the process that applied to H-2A visa
2  applications at the Monterrey consulate?
3      A.   Yes.
4      Q.   You also heard Mr. Jimenez's testimony
5  about the dispute concerning the rates of pay,
6  or the price stated in the job order contracts?
7      A.   Yes.
8      Q.   Similar to Mr. Jimenez, do you also
9  maintain that you are due additional
10 compensation because the rate stated in the
11 contract is a rate that you do not agree with?
12          MR. MORTON:
13               Objection.
14 EXAMINATION BY MR. DAVIS:
15     Q.   You can answer.
16     A.   Yes.
17     Q.   You also, like Mr. Jimenez, intend to
18 recover money for wages that you believe are due
19 and owing to you; is that right?
20     A.   Well, yes.
21     Q.   As you listened to Mr. Jimenez's
22 testimony today, is there anything that
23 Mr. Jimenez testified to under oath that you
24 believe is inaccurate?
25     A.   Can you repeat the question, please?

Page 43

1    Q.    It says "H-2A Visa" at the top,
2  "Accesoria Intelligentia."  Sorry for my
3  Spanish.  That's the name of the company that
4  processed your H-2A visa application?
5    A.    That is the one that Bernice gives us.
6    Q.    Will you repeat that, sir?
7    MR. DAVIS:
8        Or really, ma'am, if you would
9  repeat the answer?
10    THE INTERPRETER:
11        That is the one that Bernice
12  gives us.
13  EXAMINATION BY MR. DAVIS:
14    Q.    So this is Bernice's company?
15    MR. MORTON:
16        Objection.
17    THE WITNESS:
18        I think so.
19  EXAMINATION BY MR. DAVIS:
20    Q.    Mr. Torres, what out-of-pocket
21  expenses did you pay that have not been
22  reimbursed to you?
23    A.    What do you mean?  Can you repeat that
24  question?
25    Q.    Sure.  What out-of-pocket expenses did

Page 44

1  you pay that have not been reimbursed to you?
2      A.   Well, like the travel expenses when we
3  would go to Monterrey, those were not reimbursed
4  completely, and gas.
5      Q.   So with the travel expenses for when
6  you went to Monterrey, how much refund did you
7  receive?
8           MR. MORTON:
9               Objection.
10 EXAMINATION BY MR. DAVIS:
11     Q.   Can you repeat your answer?
12     A.   I don't recall.
13     Q.   So you were reimbursed for a portion
14 of the travel expenses associated with Monterrey
15 but not all?
16     A.   That is right.
17     Q.   Have you collected any receipts from
18 the people that you intend to represent to prove
19 the out of pocket expenses that they had which
20 were unreimbursed?
21     A.   No.
22     Q.   How much did you pay for gas to go to
23 Monterrey in each season that you worked?
24     A.   2,000 pesos.
25     Q.   I want to show you a copy of a

Page 55

```
 1   used?
 2        A.   Yes, also.
 3        Q.   And was that time clock also used by
 4   other truck drivers?
 5        A.   Yes.
 6        Q.   Mr. Jimenez also testified about some
 7   of -- about an individual named Senora Flor.  Do
 8   you remember that testimony?
 9        A.   Yes.
10        Q.   Did you also pay Senora Flor?
11        A.   Yes.
12        Q.   Were you required to have a local
13   telephone while working for Cora Texas?
14        A.   Yes.
15        Q.   Did you receive work instructions over
16   that telephone?
17        A.   Yes.
18        Q.   And did you get a local telephone?
19        A.   Yes.
20        Q.   Do you remember where you got it or
21   what company provided the service?
22        A.   I believe it was Cricket.
23        Q.   And was there a charge for the
24   telephone and a charge for the service?
25        A.   Yes.
```

Page 56

1    Q.   Do you know whether those charges were
2    paid in cash or by debit card?
3    A.   Well, I would pay them in cash.
4    Q.   Was that phone under your name?
5    A.   No.
6    Q.   Did you have a shared plan with a
7    number of workers?
8    A.   Yes.
9    Q.   Did you pay a portion of that payment?
10   A.   Yes.
11   Q.   Do you remember the amount you had to
12   pay and whether it was weekly or monthly?
13   A.   Per month, $60.
14   Q.   When you were working as a truck
15   driver, Mr. Torres, for Cora Texas -- do you
16   remember Mr. Jimenez's testimony earlier about
17   working very long hours, significantly more than
18   40 hours in a week?
19   A.   Yes.
20   Q.   Did you also work long hours, hours in
21   excess of 40 hours per week?
22   A.   Yes.
23   Q.   Was that also true for other truck
24   drivers you worked with?
25   A.   Yes.

Page 57

```
 1      Q.   And how do you know that?
 2      A.   Because I was working with them.
 3      Q.   When you worked for the Cora
 4  Association, were there walkie talkies in the
 5  trucks?
 6           MR. DAVIS:
 7                Objection.
 8           THE WITNESS:
 9                No.
10  EXAMINATION BY MR. MORTON:
11      Q.   What about any radios?  Did you-all
12  use radios to communicate?
13      A.   No.
14      Q.   Is it your testimony that everyone who
15  worked for the Cora Association as a driver used
16  a mobile telephone to communicate for work
17  purposes?
18      A.   Yes.
19      Q.   Did the Association instruct you to go
20  and buy the phones?
21      A.   Yes.
22      Q.   Who at the Association gave you that
23  instruction?
24      A.   The one that would make us sign the
25  contract.  I don't recall.
```