EXHIBIT 15

DECLARATION OF JAMES KNOEPP

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC,<br><br>Defendants. | Case No. 3:24-cv-00820-SDD-RLB<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.<br><br>CLASS ACTION |

## DECLARATION OF JAMES KNOEPP

1. I am one of Plaintiffs' attorneys in this matter.

2. I am admitted to practice in the state of South Carolina, the state of Georgia, the United States Court of Appeals for the 8th, 9th, and 11th Circuits, the Northern, Southern, and Middle Districts of Georgia, and the District of Colorado. I earned my Juris Doctor Degree, *cum laude*, from Loyola of Los Angeles Law School in 1998, and was admitted to practice in the state of Florida the same year. I was admitted to practice in the Commonwealth of Virginia in 2001, in the state of Georgia in 2008, and in the state of South Carolina in 2016. I retired from the Florida bar in good standing and currently hold Associate status (in good standing) with the Virginia bar.

3. Prior to starting my current position at Dawson Morton, LLC in August of 2024, I worked for 16 years at the Southern Poverty Law Center (SPLC). During my time at SPLC I

1

worked in various positions, including as Staff Attorney, Senior Staff Attorney, Senior Supervising Attorney, Deputy Legal Director of the Immigrant Justice Project, and as the organization's General Counsel. Prior to my employment at the SPLC, I was the Litigation Director for the Legal Aid Justice Center in Charlottesville, Virginia. Prior to that position I served as a Staff Attorney and then Legal Director of the Virginia Justice Center for Farm and Immigrant Workers, a project of the Legal Aid Justice Center. Prior to that position I was a Skadden, Arps, Slate, Meagher, and Flom fellowship recipient where I worked with Florida Legal Services, Inc.'s Migrant Farmworker Justice Project.

4. During my tenure with the Migrant Farmworker Justice Project, the Virginia Justice Center/Legal Aid Justice Center, and the SPLC I have represented thousands of individuals involved in class action litigation.

5. I have served as part of the class counsel teams appointed by the court in a number of cases, including *Antonio-Benito v. Lowry Farms, Inc.*, No. 1:20-cv-1039, 2021 U.S. Dist. LEXIS 245919 (W.D. Ark. Aug. 9, 2021) (lead counsel); *Moodie v. Kiawah Island Inn Co.*, 309 F.R.D. 370 (D.S.C. 2015) (lead counsel), *Nunag-Tanedo v. E. Baton Rouge Parish Sch. Bd.*, No. LA CV 10-01172-JAK (MLGx), 2011 U.S. Dist. LEXIS 152329 (C.D. Cal. Dec. 12, 2011) (lead counsel), *Perez-Benites v. Candy Brand, LLC*, 267 F.R.D. 242 (W.D. Ark. 2010) (lead counsel), *Rosiles-Perez v. Superior Forestry Service, Inc.*, 250 F.R.D. 332 (M.D. Tenn. 2008), and *De Leon Granados v. Eller and Sons Trees, Inc.*, No. 1:05-CV-1473-CC, 2006 U.S. Dist. LEXIS 73781 (N.D. Ga. Sept. 28, 2006) (lead counsel).

6. Several of the cases listed above, and much of my practice over the last 25 years, focused on the legal rights of H-2A and H-2B workers who migrate from foreign countries to work temporarily in the United States. I have extensive knowledge of the rules and regulations

that govern the H-2A program, as well extensive knowledge regarding the Fair Labor Standards Act including, in particular, the application of the overtime exemption related to agricultural employment.

7. My firm has adequate funds to litigate this case. Plaintiffs' counsel have advanced all costs associated with this litigation to date, and will continue to do so.

8. As part of my and my co-counsel's work on this case I have been actively engaged in Phase I discovery related to the Fair Labor Standards Act claims of Plaintiffs and similarly situated workers and the proposed Rule 23 class action claims for breach of contract and violations of the Louisiana Wage Payment Act. I have worked on Plaintiffs' affirmative discovery, including requests for production of documents, interrogatories, and requests for admission. I took a limited 30(b)(6) deposition of Defendant Cora Texas Growers and Harvesters Agricultural Association, Inc. that was focused on issued related the class certification and whether Plaintiffs are similarly situated to other workers within the meaning of the Fair Labor Standards Act. I have also worked on responding to Defendants' written discovery requests directed at the Plaintiffs. I and my co-counsel will continue to vigorously prosecute this case.

9. Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I declare that the foregoing facts are true and correct to the best of my knowledge.

Executed on May 21, 2025.

_____
James Knoepp