UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) | Case No. 3:24-cv-00820-SDD-RLB |
| Plaintiffs, | ) ) ) | JUDGE SHELLY D. DICK |
| v. | ) ) ) | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, | ) ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) | |

**NOTICE OF FILING FLSA CONSENT OF OPT-IN PLAINTIFF**

Plaintiffs hereby give notice that, pursuant to 29 U.S.C. § 216(b), the following individual files their consent to sue under the Fair Labor Standards Act (FLSA):

6. Felipe de Jesus Barrientos Ramirez.

The FLSA consent is filed as an attachment to this Notice.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*

1

1808 Sixth St.
Berkeley, CA 94710
Phone: (404) 590-1295
Email: dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email: dan@estesdavislaw.com