CONSENTIMIENTO PARA PRESENTAR DEMANDA PARA RECLAMOS DE SUELDO BAJO LEY DE NORMAS JUSTAS Y IGUALES EN LA LABOR

POR MEDIO DEL PRESENTE, doy mi consentimiento para ser Demandante en una demanda judicial con respecto a mi trabajo durante el año o los años: 2021, 2022.

Nombre y Apellidos (en letras de molde):  Felipe de Jesus Barrientos Ramirez

Firma: _____*[signed]*_____

CONSENT TO BRING WAGE SUIT UNDER THE FAIR LABOR STANDARDS ACT

THROUGH THIS DOCUMENT, I give my consent to be a plaintiff in a lawsuit about my work during the year(s): 2021, 2022.

Full Name (printed): Felipe de Jesus Barrientos Ramirez

Signature: _____