# Transcript of the Testimony of
# Ernesto Jimenez-Gonzales

## Date: April 30, 2025

**Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.

Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Case 3:24-cv-00820-SDD-RLB   Document 35-1   06/06/25   Page 2 of 6

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ERNESTO JIMENEZ-GONZALES          CIVIL ACTION
AND JOSE ALBERTO                  3:24-CV-00820
TORRES-MARTINEZ,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED

VERSUS

CORA TEXAS GROWERS                JUDGE DICK
AND HARVESTERS AGRICULTURAL
ASSOCIATION, INC. AND CORA
TEXAS MANUFACTURING
COMPANY, LLC

           DEPOSITION OF
ERNESTO JIMENEZ-GONZALES, AVENIDA
FERROCARRIL 749, COLONIA SAN JOAQUIN, TORREON,
COAHUILA, MEXICO CP 27340, TAKEN VIA ZOOM FROM
TORREON, MEXICO, ON THE 30TH DAY OF APRIL, 2025.


APPEARANCES:

    DAWSON MORTON, LLC
    (BY:  DAWSON MORTON, ESQUIRE)
    104 CAMBRIDGE AVENUE
    DECATUR, GEORGIA 30030

           - AND -

    JAMES KNOEPP, ESQUIRE
    150 E. PONCE DE LEON AVENUE
    SUITE 340
    DECATUR, GEORGIA 30030

       ATTORNEYS FOR PLAINTIFFS

Case 3:24-cv-00820-SDD-RLB  Document 35-1  06/06/25  Page 3 of 6

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

```
                                                           Page 2
 1   APPEARANCES CONTINUED:

 2

 3       PHELPS DUNBAR
         (BY:  BRANDON DAVIS, ESQUIRE)
 4       365 CANAL STREET
         SUITE 2000
 5       NEW ORLEANS, LOUISIANA 70130

 6            - AND -

 7       PHELPS DUNBAR
         (BY:  MOLLY McDIARMID, ESQUIRE)
 8       400 CONVENTION STREET
         SUITE 1100
 9       BATON ROUGE, LOUISIANA 70802

10          ATTORNEYS FOR DEFENDANTS

11
     REPORTED BY:
12

13       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
14       (504)529-5255

15
     INTERPRETER:
16
         ERICA IBARRA
17       3233947485
         ericai79@yahoo.com
18
     ALSO PRESENT:
19

20       JOSE´ ALBERTO TORRES-MARTINEZ

21       TODD DOIRON
         CORA TEXAS MANUFACTURING, LLC
22
         KATIE NUNEZ
23       CORA TEXAS GROWERS AND HARVESTERS
           AGRICULTURAL ASSOCIATION, INC.
24                 *   *   *

25               EXAMINATION INDEX
```

Case 3:24-cv-00820-SDD-RLB  Document 35-1  06/06/25  Page 4 of 6

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 49

```
 1              you represented to provide to
 2              Bernice?")
 3              THE WITNESS:
 4                   Well, more than anything, the
 5         date of the appointment.
 6   EXAMINATION BY MR. DAVIS:
 7         Q.   Mr. Jimenez, when you went to the
 8   consulate, the U.S. consulate at Monterrey, in
 9   2023, did you go alone, or did you go with other
10   people?
11         A.   I went with my son.
12         Q.   Now, when you first entered the United
13   States to work for the Cora Association, how did
14   you cross the U.S.-Mexico border?
15         A.   By transport.
16         Q.   What type of transport were you in
17   when you crossed the U.S.-Mexico border to work
18   for the Cora Association in 2023?
19         A.   By car.
20         Q.   Did you own the car you used to cross
21   the U.S.-Mexico border to work for the Cora
22   Association in 2023?
23         A.   Yes.
24         Q.   How many people rode in the car with
25   you in 2023 to cross the U.S.-Mexico border to
```

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 108

1  that was produced to us as Cora Texas 197
2  through 198.
3            Similar to the years, are you able to
4  identify the petition number that matches what
5  is produced in your Mexican passport, looking at
6  pages 6 and 7?
7       A.   Correct.
8       Q.   You did not apply for employment with
9  the Cora Association after the 2023 season, did
10 you?
11      A.   No.  I was fired.
12      Q.   Sorry for the pause, Mr. Jimenez.
13           I would like to show you a copy of --
14 I beg your pardon.
15           I would like to show you a copy of
16 your responses to the Defendants' Request for
17 Admissions.
18           MR. DAVIS:
19                Counsel, we have, of course, the
20           English version of Mr. Jimenez's responses
21           to the requests, and we have also
22           furnished, for this deposition, a Spanish
23           translation, so we will produce the hard
24           copy of the translation, but I did want to
25           show you the translation --

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 121

1 REPORTER'S CERTIFICATE

2

3      This certification is valid only for a transcript accompanied by my original signature
4 and original required seal on this page.

5

6      I, Cathy Reneeˊ Powell, Certified Court Reporter in and for the State of Louisiana, as the
7 officer before whom this testimony was taken do hereby certify that ERNESTO JIMENEZ-GONZALES, after
8 having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth
9 in the foregoing 120 pages; that this testimony was reported by me in the stenotype reporting method,
10 was prepared and transcribed by me or under my personal direction and supervision, and is a true
11 and correct transcript to the best of my ability and understanding; that the transcript has been prepared
12 in compliance with transcript format guidelines required by statute or by rules of the board, that I
13 have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana
14 Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I am not
15 related to counsel or the parties herein, nor am I otherwise interested in the outcome of this matter.

16

17

18

19      _____
         CATHY RENEEˊ POWELL
20       CERTIFIED COURT REPORTER

21

22

23

24

25