UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No: 3:24-cv-00820<br><br>JUDGE SHELLY D. DICK |
| V. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| **CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

## MOTION TO WITHDRAW MARCELLUS D. CHAMBERLAIN AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes for Defendants Cora Texas Growers and Harvesters Agricultural Association , Inc. and Cora Texas Manufacturing Company, LLC, ("Defendants")  who respectfully moves this Honorable Court to withdraw Marcellus D. Chamberlain (MB# 105672) who was admitted *Pro Hac Vice* to represent the Defendants. Marcellus D. Chamberlain is no associated longer with the  law firm of Phelps Dunbar LLP.  In accordance with R. Doc 25, this matter is not presently set for trial and this withdrawal and substitution of counsel will not delay the proceedings. Brandon Davis, Caroline Perlis, Jennifer Clewis Thomas and Molly McDiarmid, of the law firm of Phelps Dunbar, LLP will remain as counsel for Defendants. Marcellus D. Chamberlain does not oppose the withdrawal as counsel in this matter.

**WHEREFORE** Defendants prays that this Motion be granted, and that Marcellus D. Chamberlain be withdrawn as counsel of record for Defendants, Cora Texas Growers and Harvesters Agricultural Association, Inc. and Cora Texas Manufacturing Company, LLC.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: /s/ *Brandon Davis*
Brandon E. Davis (La Bar #29823)
Molly McDiarmid (La Bar #36426)
Caroline Perlis (La Bar #40905)
Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504-566-1311
Facsimile: 504-568-9130
brandon.davis@phelps.com
molly.mcdiarmid@phelps.com
caroline.perlis@phelps.com
jennifer.clewis@phelps.com

ATTORNEY FOR DEFENDANTS, CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC