UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERNESTO JIMINEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED** | No: 3:24-cv-00820<br><br>**JUDGE SHELLY D. DICK** |
| V. | **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |
| **CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC AND CORA TEXAS MANUFACTURING COMPANY, LLC** | |

## ORDER

Considering the foregoing Motion Withdraw as Counsel of Record filed by Defendants, Cora Texas Growers and Harvesters Agricultural Association, Inc., and Cora Texas Manufacturing Company, LLC. ("Defendants"), accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Withdraw as Counsel of Record is hereby **GRANTED**, and that Marcellus D. Chamberlain, who was admitted *Pro Hac Vice*, is withdrawn as counsel of record for Defendants, Cora Texas Growers and Harvesters Agricultural Association, Inc., and Cora Texas Manufacturing Company, LLC.

New Orleans, Louisiana, this _____ day of _____, 2025.

_____

UNITED STATES DISTRICT COURT JUDGE

- 6 -