## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ERNESTO JIMINEZ-GONZALEZ and**       **No: 3:24-cv-00820**
**JOSE ALBERTO TORRES-MARTINEZ**
**ON BEHALF OF THEMSELVES AND**       **JUDGE SHELLY D. DICK**
**OTHERS SIMILARLY SITUATED**

       **V.**       **MAGISTRATE JUDGE**
       **RICHARD L. BOURGEOIS, JR.**

**CORA TEXAS GROWERS AND**
**HARVESTERS AGRICULTURAL**
**ASSOCIATION, INC AND CORA**
**TEXAS MANUFACTURING COMPANY, LLC**

## MOTION TO WITHDRAW REBECCA SHA AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes for Defendants Cora Texas Growers and Harvesters Agricultural Association , Inc. and Cora Texas Manufacturing Company, LLC, who respectfully moves this Honorable Court to withdraw Rebecca Sha (#35317) of the law firm of Phelps Dunbar LLP, as counsel of record for Defendants in this matter. In accordance with R. Doc 25, this matter is not presently set for trial and this withdrawal and substitution of counsel will not delay the proceedings. Brandon Davis, Caroline Perlis, Jennifer Clewis Thomas and Molly McDiarmid, of the law firm of Phelps Dunbar, LLP will remain as counsel for Defendants. Rebecca Sha does not oppose the withdrawal as counsel in this matter.

**WHEREFORE** Defendants prays that this Motion be granted, and that Rebecca Sha be withdrawn as counsel of record for Defendants, Cora Texas Growers and Harvesters Agricultural Association, Inc. and Cora Texas Manufacturing Company, LLC.

- 2 -

Respectfully submitted,

PHELPS DUNBAR LLP

BY:    /s/ *Brandon Davis*
        Brandon E. Davis (La Bar #29823)
        Molly McDiarmid (La Bar #36426)
        Caroline Perlis (La Bar #40905)
        Jennifer Clewis Thomas (*Admitted Pro Hac Vice*)
        365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130
        Telephone: 504-566-1311
        Facsimile: 504-568-9130
        brandon.davis@phelps.com
        molly.mcdiarmid@phelps.com
        caroline.perlis@phelps.com
        jennifer.clewis@phelps.com


        ATTORNEY FOR DEFENDANTS, CORA
        TEXAS GROWERS AND HARVESTERS
        AGRICULTURAL ASSOCIATION, INC
        AND CORA TEXAS MANUFACTURING
        COMPANY, LLC

PD.49591248.1