# Transcript of the Testimony of
# Ernesto Jimenez-Gonzales

## Date: April 30, 2025

**Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.

Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Case 3:24-cv-00820-SDD-RLB    Document 40-1    06/13/25    Page 2 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 1

```
           UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF LOUISIANA


ERNESTO JIMENEZ-GONZALES            CIVIL ACTION
AND JOSE ALBERTO                    3:24-CV-00820
TORRES-MARTINEZ,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED

VERSUS


CORA TEXAS GROWERS                  JUDGE DICK
AND HARVESTERS AGRICULTURAL
ASSOCIATION, INC. AND CORA
TEXAS MANUFACTURING
COMPANY, LLC

            DEPOSITION OF
ERNESTO JIMENEZ-GONZALES, AVENIDA
FERROCARRIL 749, COLONIA SAN JOAQUIN, TORREON,
COAHUILA, MEXICO CP 27340, TAKEN VIA ZOOM FROM
TORREON, MEXICO, ON THE 30TH DAY OF APRIL, 2025.


APPEARANCES:

    DAWSON MORTON, LLC
    (BY:  DAWSON MORTON, ESQUIRE)
    104 CAMBRIDGE AVENUE
    DECATUR, GEORGIA 30030

           - AND -

    JAMES KNOEPP, ESQUIRE
    150 E. PONCE DE LEON AVENUE
    SUITE 340
    DECATUR, GEORGIA 30030

      ATTORNEYS FOR PLAINTIFFS
```

Case 3:24-cv-00820-SDD-RLB   Document 40-1   06/13/25   Page 3 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

```
                                                          Page 2

 1    APPEARANCES CONTINUED:

 2

 3       PHELPS DUNBAR
         (BY:  BRANDON DAVIS, ESQUIRE)
 4       365 CANAL STREET
         SUITE 2000
 5       NEW ORLEANS, LOUISIANA 70130

 6           - AND -

 7       PHELPS DUNBAR
         (BY:  MOLLY McDIARMID, ESQUIRE)
 8       400 CONVENTION STREET
         SUITE 1100
 9       BATON ROUGE, LOUISIANA 70802

10         ATTORNEYS FOR DEFENDANTS

11
      REPORTED BY:
12

13       CATHY RENEE´ POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
14       (504)529-5255

15
      INTERPRETER:
16
         ERICA IBARRA
17       3233947485
         ericai79@yahoo.com
18
      ALSO PRESENT:
19

20       JOSE´ ALBERTO TORRES-MARTINEZ

21       TODD DOIRON
         CORA TEXAS MANUFACTURING, LLC
22
         KATIE NUNEZ
23       CORA TEXAS GROWERS AND HARVESTERS
            AGRICULTURAL ASSOCIATION, INC.
24                 *   *   *

25                EXAMINATION INDEX
```

Case 3:24-cv-00820-SDD-RLB    Document 40-1    06/13/25    Page 4 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 14

 1      Q.    What region of Mexico are you
 2   originally from?
 3      A.    Torreón, Coahuila.
 4      Q.    Where do you live?
 5            THE INTERPRETER:
 6               May the interpreter inquire for
 7   repetition?
 8            MR. MORTON:
 9               For the record, the witness
10   responded, "Here in Torreón or in
11   Coahuila?"
12   EXAMINATION BY MR. DAVIS:
13      Q.    How far away is your home from the
14   Azul Conference Center?
15      A.    Half and hour to 40 minutes.
16      Q.    How far is your home from Monterrey?
17      A.    Four hours.
18      Q.    Are you married?
19      A.    Yes.
20      Q.    How long have you been married?
21      A.    Thirty-six years.
22      Q.    Do you have children?
23      A.    Yes.
24      Q.    How many children do you have?
25      A.    Three in total, two girls and one boy.

Case 3:24-cv-00820-SDD-RLB   Document 40-1   06/13/25   Page 5 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 43

1    Q.   Now, this means that when you first
2  worked with Bernice to apply for an H-2A visa,
3  the information that you gave to her from year
4  to year did not change in a material way; is
5  that fair?
6    A.   Yes.
7    Q.   The information that you gave to
8  Bernice for your 2021 H-2A visa at pages 26 and
9  27 of your passport was truthful; is that
10 correct?
11   A.   Twenty-six and 27?  Yes.
12   Q.   And likewise, in the year 2022, the
13 information you gave to Bernice to obtain the
14 H-2A visa contained at pages 24 and 25 of your
15 passport, was that information also true?
16   A.   Yes.
17   Q.   Besides the 950 pesos that you paid to
18 Bernice, did you pay any other money out of your
19 pocket to leave your home here in Torreón and to
20 make the 4-hour drive to the U.S. Consulate at
21 Monterrey to apply for these visas?
22   A.   Yes.
23   Q.   What other money did you pay out of
24 pocket in the year 2022 besides the 950 pesos
25 for Bernice?

Case 3:24-cv-00820-SDD-RLB    Document 40-1    06/13/25   Page 6 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 44

1    A.   Well, costs related to gas, and also,
2    the money that you pay at the booth or at the
3    toll -- interpreter correction -- and for meals.
4    Q.   Other than the $950 you paid to
5    Bernice, the gas money, the tollbooths and your
6    meals, did you pay any other out-of-pocket
7    expenses for your trip from your home in Torreón
8    to the U.S. Consulate in Monterrey in 2020?
9    A.   Yes, to the lady that recruits us and
10   gives us the information.
11   Q.   How much did you pay the recruiter to
12   obtain the H-2A visas you applied for from the
13   U.S. consulate in Monterrey?
14   A.   1,000 pesos.
15   Q.   Did you pay the 1,000 pesos to the
16   recruiter in the year 2020?
17   A.   Yes.
18   Q.   Did you pay 1,000 pesos to the
19   recruiter in the year 2021?
20   A.   Yes.
21   Q.   Did you pay 1,000 pesos to the
22   recruiter in 2022?
23   A.   Yes.
24   Q.   Did you pay 1,000 pesos to the
25   recruiter in 2023?

Case 3:24-cv-00820-SDD-RLB    Document 40-1    06/13/25    Page 7 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 58

```
 1            MR. MORTON:
 2                 Objection.
 3            THE WITNESS:
 4                 I mean, they would state in the
 5       contract no more than 40, which is
 6       something that was not respected.
 7  EXAMINATION BY MR. DAVIS:
 8       Q.   So again, I will ask you, and I want
 9  to make sure that I am clear and that your
10  answer is clear.
11            Is it your testimony that you reviewed
12  a contract that said that your hours working in
13  the United States would be no more than 40 hours
14  in any workweek; yes or no?
15       A.   Yes.
16       Q.   Okay.  And did you review that
17  contract the same way each year that you arrived
18  to the United States, in 2021, in 2022 and in
19  2023?
20       A.   No.  I only checked on that one
21  occasion.
22       Q.   So after entering the United States in
23  2020, you never again received the Cora
24  Association applications and petitions
25  associated with working in the United States?
```

Case 3:24-cv-00820-SDD-RLB   Document 40-1   06/13/25   Page 8 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 59

1      A.   No, we simply just signed them.
2      Q.   And when you signed in 2021, you
3   signed without reading the documents?
4      A.   Yes, later on.  To me, it felt like
5   something normal and we would just sign.
6      Q.   In 2022, did you also sign without
7   reading the documents?
8      A.   Yes.
9      Q.   In 2023, did you also sign without
10  reading the documents?
11     A.   Yes.
12     Q.   Now, in 2021, when you read the
13  documents in Louisiana, were those documents
14  provided to you in English or in Spanish?
15     A.   They were given to us in English and
16  in Spanish.
17     Q.   Did you read the Spanish version in
18  the year 2020, when you entered Louisiana?
19     A.   Yes.
20     Q.   And that was a read that you made on
21  or around September 14 of 2020?
22     A.   Well, it was -- yes, in '20.
23     Q.   I have a question for you.  How is it
24  that you were admitted to the United States,
25  according to the stamp at page 28 in your

Case 3:24-cv-00820-SDD-RLB   Document 40-1   06/13/25   Page 9 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 76

 1      reminder about the lunch break.  I just
 2      want to exhaust the last minute that we
 3      agreed to.
 4  EXAMINATION BY MR. DAVIS:
 5      Q.   With the 2020 documents you were
 6  provided, did you understand that you had been
 7  provided that as a work contract?
 8      A.   Can you repeat that question?
 9      Q.   Sure.
10           Did you believe that you had a work
11  contract for your employment with the Cora
12  Association?
13          MR. MORTON:
14              Objection.
15          THE WITNESS:
16              I don't know what you are
17      referring to.  Is it a contract with Cora?
18  EXAMINATION BY MR. DAVIS:
19      Q.   Well, I would like you to explain it
20  to me.  Are you suing the Cora Association for
21  breach of contract?
22      A.   Yes.
23      Q.   And you believe you had a job contract
24  with the Cora Association?
25      A.   Well, we would work for them, and we

Case 3:24-cv-00820-SDD-RLB   Document 40-1   06/13/25   Page 10 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 77

1  would receive orders from Cora, correct.
2      Q.   My question is, you believe you had a
3  contract with the Cora Association?
4           MR. MORTON:
5                Objection.
6           THE WITNESS:
7                Well, the thing is, the company
8       names were all in English, and well, when
9       we would fill it out, we wouldn't even pay
10      attention.
11 EXAMINATION BY MR. DAVIS:
12     Q.   And this is true not only for you, but
13 for everyone you purport to represent, correct?
14     A.   I am unaware of everyone's situation,
15 but it probably will be the same situation.
16     Q.   I understand.
17          MR. DAVIS:
18               I think this is a good time to
19      take a break for lunch, and maybe we will
20      come back in 15 or 20 minutes.
21          (Recess for lunch.)
22          MR. DAVIS:
23               We are back on.
24          MR. MORTON:
25               Plaintiffs want to reserve the

Case 3:24-cv-00820-SDD-RLB   Document 40-1   06/13/25   Page 11 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 104

1  that employer name printed there?
2          MR. MORTON:
3              Objection.
4          THE WITNESS:
5              Yes.
6  EXAMINATION BY MR. MORTON:
7      Q.   Is that the correct employer that you
8  had in 2021?
9      A.   We have always been as trailer
10 drivers.
11     Q.   No.  My question is, the name of the
12 employer in your passport, is that correct for
13 the year 2021?
14     A.   Yes.
15     Q.   In '20, in the year 2020, did you work
16 for any other employer in the United States,
17 other than the Cora Association?
18     A.   No.
19     Q.   The petition number your 2021 visa was
20 issued under was IOE8041953913.  Do you see that
21 number?
22     A.   In 2021?
23     Q.   Yes.
24     A.   Control number?
25     Q.   No, sir.  It is the petition number.

Case 3:24-cv-00820-SDD-RLB   Document 40-1   06/13/25   Page 12 of 13

EXHIBIT 1

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 108

1 that was produced to us as Cora Texas 197
2 through 198.
3     Similar to the years, are you able to
4 identify the petition number that matches what
5 is produced in your Mexican passport, looking at
6 pages 6 and 7?
7     A.   Correct.
8     Q.   You did not apply for employment with
9 the Cora Association after the 2023 season, did
10 you?
11     A.   No.  I was fired.
12     Q.   Sorry for the pause, Mr. Jimenez.
13     I would like to show you a copy of --
14 I beg your pardon.
15     I would like to show you a copy of
16 your responses to the Defendants' Request for
17 Admissions.
18     MR. DAVIS:
19         Counsel, we have, of course, the
20     English version of Mr. Jimenez's responses
21     to the requests, and we have also
22     furnished, for this deposition, a Spanish
23     translation, so we will produce the hard
24     copy of the translation, but I did want to
25     show you the translation --

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 121

1         REPORTER'S CERTIFICATE

2

3      This certification is valid only for a
   transcript accompanied by my original signature
4  and original required seal on this page.

5

6      I, Cathy Reneeˊ Powell, Certified Court
   Reporter in and for the State of Louisiana, as the
7  officer before whom this testimony was taken do
   hereby certify that ERNESTO JIMENEZ-GONZALES, after
8  having been duly sworn by me upon authority of
   R.S. 37:2554, did testify as hereinbefore set forth
9  in the foregoing 120 pages; that this testimony was
   reported by me in the stenotype reporting method,
10 was prepared and transcribed by me or under my
   personal direction and supervision, and is a true
11 and correct transcript to the best of my ability and
   understanding; that the transcript has been prepared
12 in compliance with transcript format guidelines
   required by statute or by rules of the board, that I
13 have acted in compliance with the prohibition on
   contractual relationships, as defined by Louisiana
14 Code of Civil Procedure Article 1434 and in rules
   and advisory opinions of the board; that I am not
15 related to counsel or the parties herein, nor am I
   otherwise interested in the outcome of this matter.

16

17

18

19      _____
        CATHY RENEEˊ POWELL
20      CERTIFIED COURT REPORTER

21

22

23

24

25