# Transcript of the Testimony of
# Jose' Alberto Torres-Martinez

## Date: April 30, 2025

**Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

## Professional Shorthand Reporters, Inc.

Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Case 3:24-cv-00820-SDD-RLB     Document 40-2     06/13/25     Page 2 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 1

```
            UNITED STATES DISTRICT COURT
            MIDDLE DISTRICT OF LOUISIANA


ERNESTO JIMENEZ-GONZALES            CIVIL ACTION
AND JOSE ALBERTO                    3:24-CV-00820
TORRES-MARTINEZ,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED

VERSUS


CORA TEXAS GROWERS                  JUDGE DICK
AND HARVESTERS AGRICULTURAL
ASSOCIATION, INC. AND CORA
TEXAS MANUFACTURING
COMPANY, LLC

              DEPOSITION OF
JOSE´ ALBERTO TORRES-MARTINEZ, AVENIDA MORELOS
NO. 35, COLONIA MONTEMAYOR, FRANCISCO I. MADERO,
COAHUILA 27900, TAKEN VIA ZOOM FROM TORREON,
MEXICO, ON THE 30TH DAY OF APRIL, 2025.


APPEARANCES:

    DAWSON MORTON, LLC
    (BY:  DAWSON MORTON, ESQUIRE)
    104 CAMBRIDGE AVENUE
    DECATUR, GEORGIA 30030

          - AND -

    JAMES KNOEPP, ESQUIRE
    150 E. PONCE DE LEON AVENUE
    SUITE 340
    DECATUR, GEORGIA 30030

      ATTORNEYS FOR PLAINTIFFS
```

Case 3:24-cv-00820-SDD-RLB   Document 40-2   06/13/25   Page 3 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

```
                                                          Page 2

 1    APPEARANCES CONTINUED:

 2

 3        PHELPS DUNBAR
          (BY:  BRANDON DAVIS, ESQUIRE)
 4        365 CANAL STREET
          SUITE 2000
 5        NEW ORLEANS, LOUISIANA 70130

 6             - AND -

 7        PHELPS DUNBAR
          (BY:  MOLLY McDIARMID, ESQUIRE)
 8        400 CONVENTION STREET
          SUITE 1100
 9        BATON ROUGE, LOUISIANA 70802

10           ATTORNEYS FOR DEFENDANTS

11
      REPORTED BY:
12

13        CATHY RENEE´ POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
14        (504)529-5255

15    INTERPRETER:

16        ERICA IBARRA
          3233947485
17        ericai79@yahoo.com

18    ALSO PRESENT:

19        ERNESTO JIMENEZ-GONZALES

20        TODD DOIRON
          CORA TEXAS MANUFACTURING, LLC
21
          KATIE NUNEZ
22        CORA TEXAS GROWERS AND HARVESTERS
            AGRICULTURAL ASSOCIATION, INC.
23                    *   *   *

24               EXAMINATION INDEX

25    EXAMINATION BY MR. DAVIS ..............7
```

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 11

1     Q.   Yes, sir.  Based on what you heard
2  Mr. Jimenez testify to, under oath, today, do
3  you believe that any of his sworn testimony was
4  inaccurate?
5     A.   No.
6     Q.   I'm showing you a copy of a document
7  that you produced as Plaintiffs 170.
8          THE INTERPRETER:
9               Can you please repeat the
10     question?
11         MR. DAVIS:
12              Yes, ma'am.
13 EXAMINATION BY MR. DAVIS:
14    Q.   I am showing you a copy of what was
15 produced as Plaintiffs 170.  Can you identify
16 this document?
17    A.   Is it this one?
18    Q.   It is.
19    A.   No.
20    Q.   Is your name José Alberto Martinez?
21    A.   Yes.
22    Q.   Is your address Avenida Morelos #35,
23 Colonia Montemayor, Francisco I. Madero,
24 Coahuila CP 27099?  Correct?
25    A.   Yes.

Case 3:24-cv-00820-SDD-RLB  Document 40-2  06/13/25  Page 5 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 13

1  picture?
2     A.  In my home.
3     Q.  I want to show you a copy of what is
4  marked as PL00171.  And counsel is furnishing
5  you a copy.  Mr. Torres, are you able to
6  identify this document as one of your pay stubs?
7     A.  Yes.
8     Q.  This pay stub shows a rate paid of
9  $23.16 per hour.  Do you see that?
10    A.  Yes.
11    Q.  Is that the rate of pay that you
12 received in 2023?
13    A.  Yes.
14    Q.  This pay stub shows that travel and
15 subsistence pay was given to you in 2023.  Do
16 you see that?
17    A.  Yes.
18    Q.  As of October 27, 2023, do you dispute
19 you had been paid $492.43 in travel pay?
20        MR. MORTON:
21            Objection.
22        THE WITNESS:
23            I am unaware.
24 EXAMINATION BY MR. DAVIS:
25    Q.  So your testimony is you don't know if

Case 3:24-cv-00820-SDD-RLB  Document 40-2  06/13/25  Page 6 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

```
                                              Page 14
 1   you had received $492.43 in travel pay as of
 2   October 2023?
 3        A.   I'm not aware.
 4        Q.   Do you have any reason to dispute the
 5   pay stub that you produced to support your
 6   lawsuit?
 7        A.   I'm sorry?
 8             MR. DAVIS:
 9                  Sure.  Cathy?
10                  (Requested read back as follows:
11                  "Q. Do you have any reason to
12                  dispute the pay stub that you produced
13                  to support your lawsuit?")
14             THE WITNESS:
15                  No.
16   EXAMINATION BY MR. DAVIS:
17        Q.   This pay stub says you had received
18   $850 in incentive pay as of October of 2023.  Do
19   you dispute receiving that money?
20        A.   No.
21        Q.   I want to show you a copy of a
22   document you produced as Plaintiffs 173.
23   Mr. Torres, while your lawyer is looking at
24   Plaintiffs 173, I'm going to ask you, do you
25   have appropriate proficiency in the English
```

Case 3:24-cv-00820-SDD-RLB    Document 40-2    06/13/25    Page 7 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 15

1  language to read, write and understand English?

2        When your counsel passes the

3  Plaintiffs 173 to you, I would like to review

4  the Spanish portion of that document.

5        MR. MORTON:

6           Same objection I had earlier,

7     that this is not a document that Mr. Torres

8     produced. Plaintiffs' counsel issued this

9     in response to defendant's document

10     request, so this was not in Plaintiffs'

11     counsel's possession.

12  EXAMINATION BY MR. DAVIS:

13    Q.  Now, Mr. Torres, do you believe that

14  this document is important to the claims you are

15  raising in the case now against the Cora

16  Association?

17        MR. MORTON:

18           Objection.

19        THE WITNESS:

20           I am unaware.

21  EXAMINATION BY MR. DAVIS:

22    Q.  Is that true with respect to all of

23  the documents that were produced by Plaintiffs

24  in the case? Are you unaware of the documents

25  that were produced?

Case 3:24-cv-00820-SDD-RLB    Document 40-2    06/13/25    Page 8 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 16

```
 1            MR. MORTON:
 2                 Objection.
 3            THE WITNESS:
 4                 Well, some, yes, because I have
 5     not read them.
 6  EXAMINATION BY MR. DAVIS:
 7       Q.   Did you ever read the complaint that
 8  was filed in this lawsuit, under your name?
 9       A.   No.
10       Q.   I want to show you a copy of the
11  complaint.  Mr. Torres, I am showing you a
12  Spanish translation of the lawsuit that was
13  filed under your name.
14                 Before today, has a Spanish
15  translation of this document ever been provided
16  to you?
17       A.   No.
18       Q.   Okay.  Well, turning back to
19  Plaintiffs 173, is the only employer that you
20  had in the United States, in 2023, the Cora
21  Association Growers and Harvesters Agricultural
22  Association?
23            MR. MORTON:
24                 Objection.
25            THE WITNESS:
```

Case 3:24-cv-00820-SDD-RLB    Document 40-2    06/13/25    Page 9 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 17

1            Yes.
2    EXAMINATION BY MR. DAVIS:
3        Q.   Now, was that your only employer in
4    2024 also, the Cora Association Growers and
5    Harvesters Agricultural Association?
6             MR. MORTON:
7                  Objection.
8             THE WITNESS:
9                  2023?
10   EXAMINATION BY MR. DAVIS:
11       Q.   2024, sir.
12       A.   Oh.
13       Q.   You can answer.
14       A.   Can you...
15            MR. DAVIS:
16                 Cathy, will you read my question?
17                 (Requested read back as follows:
18                 "Q. Now, was that your only
19            employer in 2024 also, the Cora
20            Association Growers and Harvesters
21            Agricultural Association?")
22            MR. MORTON:
23                 Objection.
24   EXAMINATION BY MR. DAVIS:
25       Q.   Mr. Torres, I can't help but notice

Case 3:24-cv-00820-SDD-RLB    Document 40-2    06/13/25    Page 10 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 31

1  this refresh your recollection about when you
2  took this photograph?
3      A.   Yes.  It's, like -- yes.
4      Q.   The document shows you took this
5  picture on December 28 of 2023?
6      A.   Yes.
7      Q.   I want to show you a copy of
8  Plaintiffs 188.
9           Do you know why you took that picture
10 within 3 days of the expiration date of your
11 2023 visa?
12     A.   No.
13     Q.   Now, you did not work for Cora
14 Association in the year 2024?
15     A.   No.
16     Q.   And you listened to Mr. Jimenez's
17 testimony today, where he testified that he did
18 not work for the Cora Association in the year
19 2024?
20     A.   Yes.
21     Q.   Why do you believe you are adequate to
22 represent employees who worked for the
23 Association in 2024, if neither of you had
24 employment with the Cora Association at that
25 time?

Case 3:24-cv-00820-SDD-RLB   Document 40-2   06/13/25   Page 11 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 32

```
 1              MR. MORTON:
 2                   Objection.
 3    EXAMINATION BY MR. DAVIS:
 4         Q.   You can answer.
 5         A.   For previous years.
 6              MR. MORTON:
 7                   You missed part of the answer;
 8         part of the answer didn't translate.  The
 9         part that got translated was "previous,"
10         and he said, prior to that, "because we
11         worked previous years."
12              THE INTERPRETER:
13                   May the interpreter request --
14         the interpreter is having a hard time
15         hearing the witness.
16              THE WITNESS:
17                   Because I worked previous years.
18    EXAMINATION BY MR. DAVIS:
19         Q.   Your testimony is that your work in
20    2021, 2022 and 2023 relate to your intent to
21    represent individuals who worked in 2024?
22              MR. MORTON:
23                   Objection.
24              THE WITNESS:
25                   Yes.
```

Case 3:24-cv-00820-SDD-RLB    Document 40-2    06/13/25    Page 12 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 45

1    A.    Well, like the travel expenses when we
2    would go to Monterrey, those were not reimbursed
3    completely, and gas.
4    Q.    So with the travel expenses for when
5    you went to Monterrey, how much refund did you
6    receive?
7         MR. MORTON:
8              Objection.
9    EXAMINATION BY MR. DAVIS:
10    Q.    Can you repeat your answer?
11    A.    I don't recall.
12    Q.    So you were reimbursed for a portion
13    of the travel expenses associated with Monterrey
14    but not all?
15    A.    That is right.
16    Q.    Have you collected any receipts from
17    the people that you intend to represent to prove
18    the out of pocket expenses that they had which
19    were unreimbursed?
20    A.    No.
21    Q.    How much did you pay for gas to go to
22    Monterrey in each season that you worked?
23    A.    2,000 pesos.
24    Q.    I want to show you a copy of a
25    document produced on your behalf, which is

Case 3:24-cv-00820-SDD-RLB    Document 40-2    06/13/25    Page 13 of 13

EXHIBIT 2

Jose' Alberto Torres-Martinez
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 61

1                REPORTER'S CERTIFICATE

2

3       This certification is valid only for a
   transcript accompanied by my original signature
4  and original required seal on this page.

5

6       I, Cathy Renee´ Powell, Certified Court
   Reporter in and for the State of Louisiana, as the
7  officer before whom this testimony was taken, do
   hereby certify that JOSE´ ALBERTO TORRES-MARTINEZ,
8  after having been duly sworn by me upon authority of
   R.S. 37:2554, did testify as hereinbefore set forth
9  in the foregoing 60 pages; that this testimony was
   reported by me in the stenotype reporting method,
10 was prepared and transcribed by me or under my
   personal direction and supervision, and is a true
11 and correct transcript to the best of my ability and
   understanding; that the transcript has been prepared
12 in compliance with transcript format guidelines
   required by statute or by rules of the board, that I
13 have acted in compliance with the prohibition on
   contractual relationships, as defined by Louisiana
14 Code of Civil Procedure Article 1434 and in rules
   and advisory opinions of the board; that I am not
15 related to counsel or the parties herein, nor am I
   otherwise interested in the outcome of this matter.

16

17

18

19           _____
             CATHY RENEE´ POWELL
20           CERTIFIED COURT REPORTER

21

22

23

24

25