# Deposition Transcript

Case Number: 3:24-cv-00820-SDD-RLB
Date: April 28, 2025

In the matter of:

# ERNESTO JIMENEZ-GONZALEZ, et al. v CORA TEXAS GROWERS, et al.

# Katie Nunez, Nicole Kessler, & Todd Doiron



Reported by:
Alyssa A. Repsik

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

```
 1        IN THE UNITED STATES DISTRICT COURT FOR THE

 2              MIDDLE DISTRICT OF LOUISIANA

 3                          - - -

   ERNESTO                    ) CIVIL DIVISION
 4 JIMENEZ-GONZALEZ and       )
   JOSE ALBERTO               ) NO.
 5 TORRES-MARTINEZ, ON        ) 3:24-cv-00820-SDD-RLB
   BEHALF OF THEMSELVES,      )
 6 AND ALL OTHER SIMILARLY    )
   SITUATED,                  )
 7                            )
             Plaintiffs,      )
 8                            )
      -vs-                    )
 9                            )
   CORA TEXAS GROWERS AND     )
10 HARVESTERS AGRICULTURAL    )
   ASSOCIATION, INC., and     )
11 CORA TEXAS                 )
   MANUFACTURING COMPANY,     )
12 LLC,                       )

13
             Defendants.
14
                            - - -
15

16        REMOTE VIDEOTAPED DEPOSITION OF

17   KATIE NUNEZ, NICOLE KESSLER, and TODD DOIRON,

18   located in Louisiana, commencing at 9:00 A.M.

19   PDT, 12:00 P.M. EST, on Monday, April 28, 2025,

20   before ALYSSA A. REPSIK, Court Reporter and

21   Notary Public in and for the Commonwealth of

22   Pennsylvania.

23

24

25
```

```
 1   is what would be correct.
 2       Q.    Something that you can query your
 3   payroll system to find out the answer to?
 4       A.    Yes.
 5       Q.    Sorry.  I'm just going through to
 6   find the next topic that corresponds to the
 7   things you were designated on.
 8             I think I'd like to ask you some
 9   questions about the reimbursement of expenses
10   for H-2A workers.  So let's move on to that
11   topic, which I think is Topic Nos. 9 and 10.
12             What was the Association's policy
13   with respect to reimbursing H-2A workers for
14   any expenses that they incurred prior to coming
15   to the United States to begin work with the
16   Association each season?
17       A.    They're reimbursed upon arrival for
18   their travel, and that includes their
19   in-country travel from their home to the
20   consulate, their travel from the consulate to
21   the jobsite, the border crossing fee,
22   facilitator fee, if one was paid, the lodging
23   and travel and subsistence rate for the days
24   traveled.
25       Q.    Anything else?
```

```
 1        A.    I think that's all.
 2        Q.    And that policy, the reimbursement
 3   policy you just described to reimburse for
 4   those expenses, that applied to all of the H-2A
 5   workers who were employed as truck drivers
 6   between 2021 and 2024?
 7        A.    Yes, as a requirement by the H-2A
 8   program.
 9        Q.    What did -- when you say, "as a
10   requirement of the H-2A program," what did the
11   Association believe was required by the H-2A
12   program with respect to the reimbursement of
13   expenses that were incurred by workers before
14   they arrived at the jobsite?
15              ATTORNEY MCDIARMID:  I'm just
16   going to object to the extent you're asking her
17   to testify about, you know, legal regulations.
18              But to the extent she knows, she can
19   testify about her understanding.
20              THE WITNESS:  My understanding
21   is that we pay the inbound travel for workers,
22   and that, it consists of the things that I
23   listed previously.
24   BY ATTORNEY KNOEPP:
25        Q.    When did the Association provide
```

```
 1   these reimbursements to the H-2A workers each
 2   season?
 3        A.    Upon arrival.
 4        Q.    Prior to -- right whenever they
 5   arrived, or during their first paycheck?  What
 6   do you mean by "arrival"?
 7        A.    Usually the day they arrive.
 8        Q.    How did you determine the amount --
 9   the Association determine the amount of
10   reimbursement that would be needed for each
11   H-2A worker?
12        A.    I take the hometown of each worker
13   and look up bus tickets, as that's the most
14   economical means of transportation.  And so I
15   look up a bus ticket from their hometown to the
16   consulate, from the consulate to the jobsite.
17   I look at hotels in the area that they could
18   stay at, and generally, whatever the room rate
19   is, if it's a double room that two workers
20   would be staying in, I divide that nightly rate
21   by two.
22              The border crossing fee is standard,
23   and the travel meals and subsistence rate is --
24   that's set forth in regulation every year.  So
25   that rate is paid upon each -- each year -- or
```

```
 1   each day of travel.
 2             And then they're presented that on
 3   the first day of arrival, and in orientation,
 4   they're notified that these are estimates and
 5   if they have any issues with anything or any
 6   proof that they paid more than what was
 7   estimated, that they can come to me with the
 8   their receipts, and they'll be reimbursed the
 9   difference.
10       Q.   And it sounds like for the
11   transportation, you looked up what it would
12   cost to get a public bus in Mexico, for
13   example, to get from somebody's hometown to the
14   consulate.
15             Is that what you did?
16       A.   Yes.
17       Q.   Same thing for getting a public bus
18   from the consulate to Louisiana?
19       A.   Yes.  Those various bus lines.
20       Q.   You just look that up on the
21   internet to get sort of a general cost for
22   that?
23       A.   Yes.
24       Q.   And same thing with the hotels?  You
25   were looking at hotels in and around where the
```

```
 1   COMMONWEALTH OF PENNSYLVANIA          )
                                           ) SS
 2   COUNTY OF BERKS                       )

 3                   CERTIFICATE

 4     I, Alyssa A. Repsik, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witnesses, KATIE NUNEZ, NICOLE
     KESSLER, TODD DOIRON, was by me first duly sworn
 6   to testify the truth, the whole truth, and
     nothing but the truth; that the foregoing
 7   deposition was taken at the time and place
     stated herein; and that the said deposition was
 8   recorded stenographically by me and then
     reduced to typewriting under my direction and
 9   constitutes a true record of the testimony
     given by said witness.
10
       I further certify that I am not a relative,
11   employee, or attorney of any of the parties or
     a relative or employee of either counsel and
12   that I am in no way interested directly or
     indirectly in this action.
13
       IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office this 9th day
     of May 2025.
15

16

17              _____
                Alyssa A.  Repsik, Notary Public
18              Court Reporter
                         Notary Public
19                       Berks County
                         My Commission Expires
20                       March 12, 2028
                         Commission Number 1296614
21

22

23

24

25
```