IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | CIV. ACT.: 3:24-cv-820-SDD-RLB |
| Plaintiffs, | JUDGE SHELLY D. DICK |
| v. | MAG. JUDGE RICHARD L. BOURGEOIS, JR. |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOC., INC.; and CORA TEXAS MANUFACTURING CO., LLC, | CLASS ACTION |
| Defendants. | |

PLAINTIFFS' REQUEST TO FILE REPLY

Pursuant to Local Rule 7(f), Plaintiffs here by request permission to file a Reply in response to Defendants' Memorandum in Opposition, ECF 35, filed in opposition to Plaintiffs' Motion for 29 U.S.C. § 216(b) Notice and Disclosure of Contact Information. Plaintiffs wish to respond to Defendants' arguments raised in their opposition, particularly the claim that expenses which Defendants treated and paid collectively cannot now be litigated collectively and to address Defendants' edits to the proposed notice. Plaintiffs' reply would be due this Friday, June 20.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive

Columbia, SC 29205
Telephone:  (828) 379-3169
Email:   jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:   dawson@dawsonmorton.com


**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:   dan@estesdavislaw.com