UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | Case No. 3:24-cv-00820-SDD-RLB |
| Plaintiffs, | JUDGE SHELLY D. DICK |
| v. | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, | CLASS ACTION |
| Defendants. | |

PLAINTIFFS' REQUEST TO FILE REPLY AND SUPPLEMENTAL EXHIBIT

Pursuant to Local Rule 7(f), Plaintiffs hereby request permission to file a Reply in response to Defendants' Memorandum in Opposition, ECF No. 40, filed in opposition to Plaintiffs' Motion for Rule 23 Class Certification, ECF No. 33. Plaintiffs wish to detail how Defendants' opposition was untimely filed, and in the event it is considered, respond to Defendants' arguments raised in their opposition, particularly the claim that a Rule 23 class and a FLSA collective action are impermissible. Plaintiffs also request permission to file Exhibit 16, a new exhibit containing two additional supplemental pages from the deposition of Plaintiff Ernesto Jimenez-Gonzalez.

Plaintiffs' Reply would be due Friday, June 27, 2025.

Respectfully submitted,

**/s/ James M. Knoepp**

1

James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email:  jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com


**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com