EXHIBIT 16

SUPPLEMENTAL EXCERPTS FROM DEPOSITION OF
PLAINTIFF ERNESTO JIMENEZ-GONZALEZ

# Transcript of the Testimony of
# Ernesto Jimenez-Gonzales

## Date: April 30, 2025

**Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al**

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# Professional Shorthand Reporters, Inc.
Phone: 504-529-5255
Fax: 504-529-5257
Email: reporters@psrdocs.com
Internet: http://www.psrdocs.com

Case 3:24-cv-00820-SDD-RLB    Document 44-2    06/27/25    Page 3 of 5

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 1

```
         UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF LOUISIANA


ERNESTO JIMENEZ-GONZALES          CIVIL ACTION
AND JOSE ALBERTO                  3:24-CV-00820
TORRES-MARTINEZ,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED

VERSUS


CORA TEXAS GROWERS                JUDGE DICK
AND HARVESTERS AGRICULTURAL
ASSOCIATION, INC. AND CORA
TEXAS MANUFACTURING
COMPANY, LLC

            DEPOSITION OF
ERNESTO JIMENEZ-GONZALES, AVENIDA
FERROCARRIL 749, COLONIA SAN JOAQUIN, TORREON,
COAHUILA, MEXICO CP 27340, TAKEN VIA ZOOM FROM
TORREON, MEXICO, ON THE 30TH DAY OF APRIL, 2025.


APPEARANCES:

   DAWSON MORTON, LLC
   (BY:  DAWSON MORTON, ESQUIRE)
   104 CAMBRIDGE AVENUE
   DECATUR, GEORGIA 30030

            - AND -

   JAMES KNOEPP, ESQUIRE
   150 E. PONCE DE LEON AVENUE
   SUITE 340
   DECATUR, GEORGIA 30030

       ATTORNEYS FOR PLAINTIFFS
```

Case 3:24-cv-00820-SDD-RLB     Document 44-2     06/27/25     Page 4 of 5

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 55

1    Q.   Would you please pass your passport
2    back to me?
3         Thank you.
4         In the year 2020, you entered the
5    United States on September 12 of 2020, correct?
6    A.   One week later.
7    Q.   I want you to look at page 28 of your
8    passport.  There is an "Admitted Date" stamp in
9    your passport.  Can you read that date?
10   A.   Okay.  Yes.  We entered 2 days later.
11   Q.   Your testimony is that you reviewed
12   the Cora Association applications and petitions
13   after you entered on September 14 of 2020?
14   A.   More or less.
15   Q.   Did you review those documents before
16   you entered the United States at any time?
17   A.   No.  Once we arrived at Cora.
18   Q.   And so the facts are that you did not
19   review the Cora Association applications and
20   petitions in the year 2020 until sometime after
21   September 12 of 2020; is that correct?
22   A.   Yes.  But right there, with Bernice,
23   she gives us a paper that has the hour and the
24   price and the information, kind of like a copy
25   of the contract, and it has the company

Case 3:24-cv-00820-SDD-RLB    Document 44-2    06/27/25    Page 5 of 5

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 56

1   information and the hour and the information.
2   But it is not the whole contract.
3       Q.   Okay.  Good.
4            So you reviewed that information that
5   had been submitted by the Cora Association to
6   the U.S. government here in Torreón with Bernice
7   before you entered the United States, correct?
8            MR. MORTON:
9                Objection.
10           THE WITNESS:
11               No.  They simply gave us a paper
12      and that one is given to us in Monterrey.
13  EXAMINATION BY MR. DAVIS:
14      Q.   All right.  So the first time that you
15  reviewed the Cora Association applications and
16  petitions filed with the United States
17  government is when you arrived in the United
18  States?
19      A.   Yes.
20      Q.   When you were still in Torreón -- or
21  in Monterrey, you had not reviewed those
22  documents; is that accurate?
23      A.   No.  Not what the contract was.
24      Q.   You testified that you were told
25  information about what the Cora Association had