UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, <br><br> Defendants. | Case No. 3:24-cv-00820-SDD-RLB <br><br> JUDGE SHELLY D. DICK <br><br> MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. <br><br> CLASS ACTION |

**[PROPOSED] ORDER
ON PLAINTIFFS' REQUEST TO FILE REPLY**

Pursuant to Local Rule 7(f), Plaintiffs request permission to file a Reply and Supplemental Exhibit in response to Defendants' Memorandum in Opposition, ECF No. 40, which was filed in opposition to Plaintiffs' Motion for Rule 23 Class Certification, ECF No. 33. The Court GRANTS Plaintiffs request and orders the Clerk to file the proposed Reply and Exhibit 16 attached to Plaintiffs' Request.

So ORDERED this ___ day of July, 2025,

_____
JUDGE SHELLY D. DICK