# EXHIBIT 16

# SUPPLEMENTAL EXCERPTS FROM DEPOSITION OF PLAINTIFF ERNESTO JIMENEZ-GONZALEZ

# Transcript of the Testimony of
# Ernesto Jimenez-Gonzales

## Date: April 30, 2025

## Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

All electronic deposition & exhibit files
are available at **www.psrdocs.com**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**

# Professional Shorthand Reporters, Inc.

Phone:  504-529-5255
Fax:  504-529-5257
Email:  reporters@psrdocs.com
Internet: http://www.psrdocs.com

Case 3:24-cv-00820-SDD-RLB    Document 46-1    06/30/25    Page 3 of 5

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

```
                                                    Page 1
        UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF LOUISIANA


ERNESTO JIMENEZ-GONZALES            CIVIL ACTION
AND JOSE ALBERTO                    3:24-CV-00820
TORRES-MARTINEZ,
ON BEHALF OF THEMSELVES AND
OTHERS SIMILARLY SITUATED

VERSUS


CORA TEXAS GROWERS                  JUDGE DICK
AND HARVESTERS AGRICULTURAL
ASSOCIATION, INC. AND CORA
TEXAS MANUFACTURING
COMPANY, LLC

            DEPOSITION OF
ERNESTO JIMENEZ-GONZALES, AVENIDA
FERROCARRIL 749, COLONIA SAN JOAQUIN, TORREON,
COAHUILA, MEXICO CP 27340, TAKEN VIA ZOOM FROM
TORREON, MEXICO, ON THE 30TH DAY OF APRIL, 2025.


APPEARANCES:

   DAWSON MORTON, LLC
   (BY:  DAWSON MORTON, ESQUIRE)
   104 CAMBRIDGE AVENUE
   DECATUR, GEORGIA 30030

            - AND -

   JAMES KNOEPP, ESQUIRE
   150 E. PONCE DE LEON AVENUE
   SUITE 340
   DECATUR, GEORGIA 30030

      ATTORNEYS FOR PLAINTIFFS
```

Case 3:24-cv-00820-SDD-RLB     Document 46-1     06/30/25     Page 4 of 5

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 55

1      Q.    Would you please pass your passport
2   back to me?
3            Thank you.
4            In the year 2020, you entered the
5   United States on September 12 of 2020, correct?
6      A.    One week later.
7      Q.    I want you to look at page 28 of your
8   passport.  There is an "Admitted Date" stamp in
9   your passport.  Can you read that date?
10     A.    Okay.  Yes.  We entered 2 days later.
11     Q.    Your testimony is that you reviewed
12  the Cora Association applications and petitions
13  after you entered on September 14 of 2020?
14     A.    More or less.
15     Q.    Did you review those documents before
16  you entered the United States at any time?
17     A.    No.  Once we arrived at Cora.
18     Q.    And so the facts are that you did not
19  review the Cora Association applications and
20  petitions in the year 2020 until sometime after
21  September 12 of 2020; is that correct?
22     A.    Yes.  But right there, with Bernice,
23  she gives us a paper that has the hour and the
24  price and the information, kind of like a copy
25  of the contract, and it has the company

Case 3:24-cv-00820-SDD-RLB  Document 46-1  06/30/25  Page 5 of 5

Ernesto Jimenez-Gonzales
Ernesto Jimenez-Gonzales, et al v. Cora Texas Growers and Harvesters Agricultural Association, Inc., et al

Page 56

1    information and the hour and the information.

2    But it is not the whole contract.

3        Q.   Okay.  Good.

4        So you reviewed that information that

5    had been submitted by the Cora Association to

6    the U.S. government here in Torreón with Bernice

7    before you entered the United States, correct?

8        MR. MORTON:

9           Objection.

10       THE WITNESS:

11          No.  They simply gave us a paper

12    and that one is given to us in Monterrey.

13   EXAMINATION BY MR. DAVIS:

14       Q.   All right.  So the first time that you

15   reviewed the Cora Association applications and

16   petitions filed with the United States

17   government is when you arrived in the United

18   States?

19       A.   Yes.

20       Q.   When you were still in Torreón -- or

21   in Monterrey, you had not reviewed those

22   documents; is that accurate?

23       A.   No.  Not what the contract was.

24       Q.   You testified that you were told

25   information about what the Cora Association had