## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALES, ET AL. | CIVIL ACTION |
| VERSUS | NO. 24-820-SDD-RLB |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC., ET AL. | |

### ORDER OF RECUSAL

I hereby recuse myself from this matter.

Baton Rouge, Louisiana, this 21st day of August, 2025.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**