UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ, ET AL. | CIVIL ACTION |
| VERSUS | |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC., ET AL. | NO. 24-00820-BAJ-RLB |

ORDER

Considering **Plaintiffs' Motion For 29 U.S.C. § 216(b) Notice To Similarly Situated Workers And For Disclosure Of Contact Information (Doc. 32)**,

**IT IS ORDERED** that the referral of this **Motion (Doc. 32)** to the Magistrate Judge be and is hereby **WITHDRAWN**, pursuant to Local Civil Rule 73(a).

**IT IS FURTHER ORDERED** that a combined Collective-Action and Class-Action Certification Hearing addressing **Plaintiffs' Motion For 29 U.S.C. § 216(b) Notice To Similarly Situated Workers And For Disclosure Of Contact Information (Doc. 32)** and **Plaintiffs' Motion For Rule 23 Class Certification (Doc. 33)** be and is hereby **SET** for March 4, 2026, at 9:00 a.m., in Courtroom 2.

Baton Rouge, Louisiana, this 21ST day of January, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**