UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, <br><br> Defendants. | Case No. 3:24-cv-00820-SDD-RLB <br><br> JUDGE BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. <br><br> CLASS ACTION |

## NOTICE OF FILING FLSA CONSENT OF OPT-IN PLAINTIFF

Plaintiffs hereby give notice that, pursuant to 29 U.S.C. § 216(b), the following individual files their consent to sue under the Fair Labor Standards Act (FLSA):

8. Oscar Ernesto Jimenez-Marquez.

The FLSA consent is filed as an attachment to this Notice.

Respectfully submitted,

**/s/ James M. Knoepp**
James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone: (828) 379-3169
Email: jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*

1

1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com

**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com