UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, <br><br> Defendants. | Case No. 3:24-cv-00820-SDD-RLB <br><br> JUDGE BRIAN A. JACKSON <br><br> MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. <br><br> CLASS ACTION |

**PLAINTIFFS' MOTION TO TOLL STATUTE OF LIMITATIONS FOR POTENTIAL FAIR LABOR STANDARDS ACT OPT-IN PLAINTIFFS**

Plaintiffs filed a motion to send notice to similarly situated workers pursuant to 29 U.S.C. § 216(b) to inform them of this lawsuit and provide them an opportunity to opt-in to the Fair Labor Standards Act ("FLSA") portion of the case. (ECF No. 32.) Briefing on that motion was completed on June 26, 2025. (ECF No. 43.) The motion was pending before Judge Dick, who was previously assigned to this case but recused herself on August 21, 2025. (ECF No. 47.) Because the statute of limitations on potential opt-in Plaintiffs' FLSA claims continues to run until they file a notice of consent to join the lawsuit, the Plaintiffs hereby move the Court to equitably toll the statute of limitations from the time period when the motion was fully briefed until such time as Notice is sent to potential opt-in Plaintiffs, if authorized by the Court.

Respectfully submitted,

**/s/ James M. Knoepp**

1

James M. Knoepp* (Lead Attorney)
South Carolina Bar No. 102757
*Admitted Pro Hac Vice*
1612 Crestwood Drive
Columbia, SC 29205
Telephone:  (828) 379-3169
Email:   jim@dawsonmorton.com

**/s/ Dawson Morton**
Dawson Morton
California Bar No. 320811
*Admitted Pro Hac Vice*
1808 Sixth St.
Berkeley, CA  94710
Phone: (404) 590-1295
Email:  dawson@dawsonmorton.com


**/s/ Daniel Davis**
Daniel Davis, LA Bar No. 30141
Estes Davis Law, LLC
4465 Bluebonnet Blvd, Suite A
Baton Rouge, LA 70809
Telephone: (225) 336-3394
Fax: (225) 384-5419
Email:  dan@estesdavislaw.com