UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC,<br><br>Defendants. | Case No. 3:24-cv-00820-SDD-RLB<br><br>JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.<br><br>CLASS ACTION |

**PROPOSED ORDER**

Plaintiffs' Motion to toll the FLSA statute of limitations of potential opt-in Plaintiffs is GRANTED. Any individuals who file a FLSA consent to sue after the date of this Order shall have their statute of limitations equitably tolled for the time period from June 26, 2025, until the date that FLSA Notice is certified by Plaintiffs as having been sent to potential opt-in Plaintiffs.

IT IS SO ORDERED THIS ___ DAY OF _____, 2026

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE