UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ERNESTO JIMENEZ-GONZALEZ and JOSE ALBERTO TORRES-MARTINEZ, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | ) ) ) ) ) ) | Case No. 3:24-cv-00820-SDD-RLB |
| Plaintiffs, | ) ) | JUDGE BRIAN A. JACKSON |
| v. | ) ) ) | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC. and CORA TEXAS MANUFACTURING COMPANY, LLC, | ) ) ) ) ) | CLASS ACTION |
| Defendants. | ) ) | |

[PROPOSED] ORDER
ON PLAINTIFFS' REQUEST TO FILE REPLY

Pursuant to Local Rule 7(f), Plaintiffs request permission to file a Reply in response to Defendants' Memorandum in Opposition, ECF No. 57, which was filed in opposition to Plaintiffs' Motion to Toll Statute of Limitations for Potential Fair Labor Standards Act Opt-in Plaintiffs, ECF No. 56. The Court GRANTS Plaintiffs request and orders the Clerk to file the proposed Reply attached to Plaintiffs' Request.

So ORDERED this ___ day of _____, 2026,

_____
JUDGE BRIAN A. JACKSON