# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**ERNESTO JIMENEZ-GONZALEZ, ET AL.**

**VERSUS**

**CORA TEXAS GROWERS AND HARVESTERS AGRICULTURAL ASSOCIATION, INC., ET AL.**

CIVIL ACTION

NO. 24-00820-BAJ-RLB

## ORDER

Considering Plaintiffs' **Request to File Reply (Doc. 58)**, which the Court construes as a Motion for Leave to File a Reply,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' proposed pleading (Doc. 58-1) shall be entered into the record under a separate docket entry.

Baton Rouge, Louisiana, this 10th day of April, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**